IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Cauderlier & Associates, Inc.<br>1039 31st Street, N.W.<br>Washington, D.C. 20007<br><br>Plaintiff,<br><br>v.<br><br>Sergio Zambrana<br>725 Gormley Drive<br>Rockville, MD 20850<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER  1:05CV01653<br><br>JUDGE: Ellen Segal Huvelle<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 08/17/2005 |

## CAUDERLIER & ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT

I, the undersigned counsel of record for Cauderlier & Associate's Inc. ("CAI"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of CAI which have any outstanding shares in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Robert L. Green, Jr.
Robert L. Green, Jr. (D.C. Bar No. 935775)
Suzanne R. Clement (D.C. Bar No. 478569)
HOWREY, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
clements@howrey.com

Attorneys for
Cauderlier & Associates, Inc.

Dated: August 17, 2005