SERGIO ZAMBRANA
726 GORMLEY DR
ROCKVILLE, MD 20850-3007

THE RESERVE FUNDS
Founders of
"America's First Money Fund"

**101**

DATE *1-21-2000*

1-2/210

PAY TO THE
ORDER OF *LA ROCHE INC* $ *25,000.00/100*

*Twenty Five Thousand and 00/100* DOLLARS

THE RESERVE FUNDS
PAYABLE THROUGH
CHASE
1 WEST 51ST STREET
NEW YORK, NY 10019

FOR

⑆ 0210002 1 ⑈ 9991005353340 2 ⑈ 0101

**EXHIBIT A**

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2000 or tax year

beginning _____ , ending **EXTENSION GRANTED TO 09/17/01**

OMB No. 1545-0123

**2000**

**A Check if a:**
1 Consolidated return (attach Form 851)
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (as defined in Temp. Regs. sec. 1.441-4T)

Use IRS label. Other-wise, print or type.

**Name**
LA RUCHE, INC.

Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.)
1039 31ST STREET, N.W.

City or town, state, and ZIP code
WASHINGTON, DC 20007

**B** Employer identification number
52-1008812

**C** Date incorporated
12/17/1974

**D** Total assets (see page 8 of instructions)
$ 85,428.

**E Check applicable boxes:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change of address

### Income

| | | | |
|---|---|---|---|
| 1 a Gross receipts or sales | 1,017,875. | b Less returns and allowances | c Bal ▶ | 1c | 1,017,875. |
| 2 Cost of goods sold (Schedule A, line 8) | | | 2 | 305,015. |
| 3 Gross profit. Subtract line 2 from line 1c | | | 3 | 712,860. |
| 4 Dividends (Schedule C, line 19) | | | 4 | |
| 5 Interest | | | 5 | |
| 6 Gross rents | | | 6 | |
| 7 Gross royalties | | | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | |
| 10 Other income (attach schedule) | SEE STATEMENT 1 | | 10 | 1,024. |
| 11 Total income. Add lines 3 through 10 | | ▶ | 11 | 713,884. |

### Deductions

| | | | |
|---|---|---|---|
| 12 Compensation of officers (Schedule E, line 4) | | 12 | 20,000. |
| 13 Salaries and wages (less employment credits) | | 13 | 311,325. |
| 14 Repairs and maintenance | | 14 | 18,619. |
| 15 Bad debts | | 15 | |
| 16 Rents | | 16 | 138,863. |
| 17 Taxes and licenses | SEE STATEMENT 2 | 17 | 29,827. |
| 18 Interest | | 18 | 7,481. |
| 19 Charitable contributions | | 19 | |
| 20 Depreciation (attach Form 4562) | 20 | 5,131. | | |
| 21 Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 5,131. |
| 22 Depletion | | 22 | |
| 23 Advertising | | 23 | 3,720. |
| 24 Pension, profit-sharing, etc., plans | | 24 | |
| 25 Employee benefit programs | | 25 | 25,830. |
| 26 Other deductions (attach schedule) | SEE STATEMENT 3 | 26 | 143,341. |
| 27 Total deductions. Add lines 12 through 26 | | ▶ | 27 | 704,137. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 9,747. |
| 29 Less: a Net operating loss (NOL) deduction | 29a | | | |
|  b Special deductions (Schedule C, line 20) | 29b | | 29c | |

### Tax and Payments

| | | | |
|---|---|---|---|
| 30 Taxable income. Subtract line 29c from line 28 | | 30 | 9,747. |
| 31 Total tax (Schedule J, line 11) | | 31 | 1,462. |
| 32 Payments: a 1999 overpayment credited to 2000 | 32a | | | |
|  b 2000 estimated tax payments | 32b | | | |
|  Less 2000 refund applied for c on Form 4466 | 32c ( | ) d Bal ▶ | 32d | |
|  e Tax deposited with Form 7004 | | 32e | | |
|  f Credit for tax paid on undistributed capital gains (attach Form 2439) | | 32f | | |
|  g Credit for Federal tax on fuels (attach Form 4136) | 32g | | 32h | |
| 33 Estimated tax penalty. Check if Form 2220 is attached | ▶ ☒ | 33 | 58. |
| 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 | 1,520. |
| 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| 36 Enter amount of line 35 you want: Credited to 2001 estimated tax ▶ | Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title **PRESIDENT**

**Paid Preparer's Use Only**

| Preparer's signature | [signature] | Date 9/6/2001 | Check if self-employed ☐ | Preparer's SSN or PTIN P00192191 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | C. WEBB, INC. 3099 HAWTHORNE DR NE WASHINGTON, DC 20017 | | EIN 52 2083384 | |
| | | | Phone no. (202) 319-1950 | |

**EXHIBIT B**

011601 11-30-00  JWA  ▶ See Instructions for Paperwork Reduction Act Notice.

Form **1120** (2000)

| Schedule A | Cost of Goods Sold (See page 14 of instructions.) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 5,100. |
| 2 | Purchases | 2 | 306,115. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 311,215. |
| 7 | Inventory at end of year | 7 | 6,200. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on line 2, page 1 | 8 | 305,015. |

9 a Check all methods used for valuing closing inventory:
- (i) [X] Cost as described in Regulations section 1.471-3
- (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
- (iii) [ ] Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........ ▶ [ ]

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ [ ]

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of
closing inventory computed under LIFO | 9d | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ........ [ ] Yes [X] No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
If "Yes," attach explanation ........ [ ] Yes [X] No

| Schedule C | Dividends and Special Deductions | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (sec. 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |

20 Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ........ ▶

| Schedule E | Compensation of Officers | (See instructions for line 12, page 1.) Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more. | | | | |
|---|---|---|---|---|---|---|
| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
| | | | | (d) Common | (e) Preferred | |
| 1 | JEAN-CLAUDE CAUDERLIER | 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 | ALL | 100.00% | | 20,000. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | Total compensation of officers | | | | | 20,000. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | | | | | 20,000. |

011611
11-29-00

Form 1120 (2000)

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**3082**

PAY *One thousand six hundred twenty five & 12/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| First Union | 1.700 | Loan | 3082 | | | 1,625.12 |

# 24-48-44549986 -
99100101.79.

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003082⑈ ⑆054000030⑈ 1720143 1⑈ ⑈0000162512⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| S004008635 | |
| | |
| | |

15-3/540

**3089**

PAY *Five thousand nine hundred thirty one & 38/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| DC Treasurer | 1.1900 | Dec 99 Sales Tax. | 3089 | | | 5,931.38 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003089⑈ ⑆054000030⑈ 1720143 1⑈ ⑈0000593138⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**3080**

PAY *Six thousand six hundred eighteen & 65/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| YES Inc. | 1.500 | Jan 00 | 3080 | | | 6,618.65 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈3080⑈ ⑆054000030⑈ 1720143 1⑈ ⑈0000661865⑈

# EXHIBIT C

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**3091**

PAY  _Four hundred ninety two 00/100_

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CITY PAPER | 12/00 | 4508-1584 004 0378 E7 ADV | 3091 | 21 | 27 | 492 00 |

**DOLLARS**

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑆003091⑆ ⑈054000030⑈   1720143 1⑆    ⑈0000049200⑆

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

ACC u
4617

15-3/540

**3083**

PAY  _Two hundred nine eight 83/100_

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Mr. Tire | 1.10.00 | NEW TIRES | 3083 | | | 298 83 |

**DOLLARS**

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑆003083⑆ ⑈054000030⑈   1720143 1⑆    ⑈0000029883⑆

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**3090**

PAY  _Twenty eight thousand 00/100_

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| RIGGS - BANK | 1/8.00 | CANDERVEG & ASSOC | 3090 | | | 28 000 00 |

**DOLLARS**

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑆003090⑆ ⑈054000030⑈   1720143 1⑆    ⑈0002800000⑆

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3118**

51290

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

PAY *Three hundred Sixteen & 64/100* ——————— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| National Distributing Co. | 8-1-00 | #24823 & 24 | 3118 |  |  | 316 64 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑆003118⑆ ⑈054000030⑉ 1720143⑈ ⑆000003166⑆

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3115**

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

PAY *One thousand Six hundred twenty five & 12/100* ——— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION | 8-5-00 | 8448-4494986- | 3115 |  |  | 1625 12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑆003115⑆ ⑈054000030⑉ 1720143⑈ ⑆000162512⑆

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3114**

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

PAY *One thousand three hundred & 00/100* ——— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| YOLANDA ROBINSON DAYCARE | 2.500 | DC Walking Jan 12 | 3114 |  |  | 1300 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑆003114⑆ ⑈054000030⑉ 1720143⑈ ⑆000130000⑆

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3172

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY  *Nine thousand four hundred eighty & 00/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CHARLES WEBB | 3-14-00 | S.B.A. Anderson Frasino | 3172 | | | 9480 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003172⑈ ⑉054000030⑈ 1720143⑈ ⑈0000948000⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3165

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY  *Six thousand & 00/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| BERNARD LOCRAFT 1249 CONGRESS CT NW WASHINGTON DC 20007-3403 | 3-7-00 | LAND SURVEY Re Anderson Rsn | 3165 | | | 6000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003165⑈ ⑉054000030⑈ 1720143⑈ ⑈0000600000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3215

| | EXPLANATION | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

PAY Two thousand & 00/100 DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| MAHESH NATHANI | 3·29·00 | Notes | 3215 | | | 2 000 0 |

1 UNION SQ SOUTH #22F
NEW YORK. N.Y. 10003

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003215⑈ ⑈054000030⑈ 1720 1431⑈ ⑈0000200000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3222

| | EXPLANATION | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

PAY One thousand Six hundred twenty five & 12/100 DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| First Union | 4·9·00 | 2448449492-6 | 3222 | | | 1 625 1 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003222⑈ ⑈054000030⑈ 1720 1431⑈ ⑈0000162512⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3251

| | EXPLANATION | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

PAY Ten thousand & 00/100 DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| CANDERLIER & ASSO | 4·24·00 | Rent | 3251 | | | 10 000 0 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003251⑈ ⑈054000030⑈ 1720 1431⑈ ⑈0001000000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3284

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

PAY *Three thousand eighty Two & 00/100*

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| Bc / Bs | 5-17-00 | Mree 00 -- | 3284 | | | 3 082 0 |
| 5578 | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

"003284"  ":054000030:"    1720 1431"    "0000 308 200"

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3260

| EXPLANATION | AMOUNT |
|---|---|
| | |

140195010 05 051500 046047963

PAY *Two thousand & 00/100* —

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUN |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| MAHESH NAITHANI | 5-2-00 | NOTE Cand W/ WAem | 3260 | | | 2 000 0 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

"003260"  ":054000030:"    1720 1431"    "0000 200000"

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3255

| EXPLANATION | AMOUNT |
|---|---|
| Payback NOTE | |
| 1-21-00 | |
| from Caudelier & DSappints | |

AY *Five thousand & 00/100* —

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| J C CAUDERLIER | 5-2-00 | Payback NOTE | 3255 | | | 5 000 0 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

"003255"  ":054000030:"    1720 1431"    "0000 500000"

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3260

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY  Two thousand & 00/100

140195010  05  051500  046047963

DOLLAR

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| MAHESH NAITHANI | 5/2/00 | Note Payable w Anne | 3260 | | | 2 000 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003260⑈ ⑆054000030⑆ 1720 1431⑈ ⑈0000 200000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3296

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY  Ten thousand & 00/100

DOLLAR

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| CHUDERLION & Assoc. | 5/18/00 | Junes Rent | 3296 | | | 10 000 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003296⑈ ⑆054000030⑆ 1720 1431⑈ ⑈000 1000000⑈

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3262

| EXPLANATION | AMOUNT |
|-------------|--------|
| #58274 | |

PAY One thousand two hundred thirty seven & 44/100                    DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT NO SUB | GEN | CHECK AMOUNT |
|-----------------|------|-------------|----------|-----|-----|--------------|
| WILKINSON BARKER KNAUER | 5-200 | Candelier Assoc #58274 | 3262 | | | 1,237.44 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003262⑈ ⑆054000030⑆ 1720L431⑈ ⑈0000123744⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3261

| EXPLANATION | AMOUNT |
|-------------|--------|
| #56887 | |

PAY One thousand seven hundred ninety seven & 22/100 —                   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT NO SUB | GEN | CHECK AMOUNT |
|-----------------|------|-------------|----------|-----|-----|--------------|
| WILKINSON BARKER KNAUER | 5-200 | Candelier Assoc #56887 | 3261 | | | 1,797.22 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003261⑈ ⑆054000030⑆ 1720L431⑈ ⑈0000179722⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3304

| EXPLANATION | AMOUNT |
|-------------|--------|
| | |

PAY One thousand thirty five & 30/100 —                    DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT NO SUB | GEN | CHECK AMOUNT |
|-----------------|------|-------------|----------|-----|-----|--------------|
| C.N.A | 5-2500 | IIS 003406662 | 3304 | | | 1,035.30 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003304⑈ ⑆054000030⑆ 1720L431⑈ ⑈0000103530⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

3263

PAY One thousand six hundred twenty five & 12/100                                    DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION | 5/2/00 | 24-4844A 4998-6 3263 | | | | 1625 |

297967 0882 1580 15

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003263⑈ ⑈054000030⑈    1720143⑈    ⑈000016251⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

3278

PAY Fifty two & 31/100                                    DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| SHULMAN ROGERS PA | 1/17/00 | #9826 5272 | 3278 | | | 52 |

045347

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003278⑈ ⑈054000030⑈    1720143⑈    ⑈00000052 31⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

3296

PAY Ten thousand & 00/100                                    DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CHMBERLIN & ASSOC. | 5/18/00 | Jan's Rent | 3296 | | | 10,000 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003296⑈ ⑈054000030⑈    1720143⑈    ⑈0001000000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

15-3/540

3315

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Five thousand & 00/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| J.C. CAUDERLIER | 6.8.00 | 1998 PR | 3-715 | | | 5000.00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003315⑈ ⑊054000030⑈    1720143⑈    ⑈0000500000⑈

---

**LA RUCHE  OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

15-3/540

3309

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Two thousand & 00/100*

150261316 05 061200 046047963

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| MAHESH NATHANI | 6.4.00 | NOTE / INC CC | 3309 | | | 2000.00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003309⑈ ⑊054000030⑈    1720143⑈    ⑈0000200000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

15-3/540

3310

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *One thousand six hundred twenty five & 12/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| FIRST UNION | 6.5.00 | 24.48 | 3310 | | | 1625.12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003310⑈ ⑊054000030⑈    1720143⑈    ⑈0000162512⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

15-3/540

**3403**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Ten thousand & 00/100* —

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| CHAUDERLIER & Assoc. | 7-23-00 | La Ruche's July | 3403 | | | 10000 0 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003403⑈ ⑆054000030⑆    1720143⑈    ⑈0001000000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

15-3/540

**3367**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *One thousand six hundred twenty five & 12/100* —

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| FIRST UNION | 7-7-00 | 001-000-4570 | 3767 | | | 1625 12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

501800 9097-241 14

⑈003367⑈ ⑆054000030⑆    1720143⑈    ⑈0000162512⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039  31ST STREET, N.W.
WASHINGTON, D.C.    20007
202 965 2684

15-3/540

**3362**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| 159547876  05  071000  146047963 | |

PAY *Two thousand & 00/100* —

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| MAHESH NATHANI | 7-1-00 | Note Payable | 3362 | | | 2000 0 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003362⑈ ⑆054000030⑆    1720143⑈    ⑈0000200000⑈

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**3408**

150123451  05  080800  046047963

PAY  *Two thousand + 00/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MAHESH VAITHANI | 8-2-00 | August 00. | 3408 | | | 2 000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003408⑈ ⑈054000030⑈ 1720143 1 ⑈0000200000⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| STAPLES | |
| Home Depot | |
| Hechinger. | |

15-3/540

**2991**

PAY  *Four hundred thirty two x 30/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| J.C. CHANDELLIER | 8/00 | OFFICE SUPPLY | | | | 432 30 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈002991⑈ ⑈054000030⑈ 1720143 1 ⑈0000043230⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**3405**

PAY  *Five thousand + 00/100*

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| J.C. CHANDELLIER | 8/00 | PR 98- | 3405 | | | 5000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003405⑈ ⑈054000030⑈ 1720143 1 ⑈0000500000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT | |
|---|---|---|
| INV #1672 | | |

15-3/540

**3420**

PAY _Four hundred six v 08/100_ _____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| CANDIE PARE LTD. | 8/9/00 | Candle Holder 32 | 3420 | | | 406 08 |
| 1208 EDNOR RD | 230194894 | 004  0377  0580 | 21 | 23 | | |
| SILVER-SPRING MD 20906 | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003420⑈ ⑆054000030⑆ 1720143 1⑈ ⑈00000040608⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| 24·48·4494 998-6· | |

15-3/540

**3456**

PAY One thousand six hundred twenty five & 12/100 —————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION BL | 82900 | 24·48·4494 986 | 3466 | | | 1625 12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

514667 0006

⑈003456⑈ ⑈054000030⑈ 1720143⑈ ⑈0000162512⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |

15-3/540

**3462**

160355308 05 092200 046047963

PAY Two thousand & 00/100 DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MAHESH NATHANI | 9400 | NOTE. | 3462 | | | 2 000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003462⑈ ⑈054000030⑈ 1720143⑈ ⑈0000200000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT | |
|---|---|---|
| | | 15-3/540 |
| | | |
| | | |

S0041033Θ0   **3534**

PAY Ninethousand five hundred sixty four & 74/100

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| DC TREASURER   0025529 | 10 20 00 | Sept Sales Tax | 3534 | | | 9564 74 |

FUNB LOCKBOX
ACCEPTED AS  $ 9564.74

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003534⑈ ⑆054000030⑆ 1720143⑈ ⑈0000956474⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT | |
|---|---|---|
| | | 15-3/540 |
| | | |
| | | |

**3505**

PAY Five hundred fifty six & 67/100

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Cesar E. | 10 10 00 | 81 00 - 101000 | 3505 | | | 556 67 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003505⑈ ⑆054000030⑆ 1720143⑈ ⑈0000055667⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT | |
|---|---|---|
| | | 15-3/540 |
| | | |
| | | |

**3498**

PAY Twothousand & 00/100

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MANJESH NAITHANI | 10 2 00 | NOTE - Oct-00 | 3498 | | | 2000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003498⑈ ⑆054000030⑆ 1720143⑈ ⑈0000200000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

51290

15-3/540

3503

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY  One hundred eighty two & 35/100 _____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| National Distributing Co. | 10600 | 112453 & 454 | 3503 | | | 182 35 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003503⑈ ⑆054000030⑆ 1720143⑈ ⑈000018235⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3500

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY  One thousand six hundred twenty five & 12/100 ____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION | 10300 | 2448 4494998-6 | 3500 | | | 1625 12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003500⑈ ⑆054000030⑆ 1720143⑈ ⑈0000162512⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3520

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY  Two thousand six hundred eighty seven & 00/100 ____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| B.C. BC | 10500 | 11 27 11 3000 | 3520 | | | 2687 00 |
| S 578. | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003520⑈ ⑆054000030⑆ 1720143⑈ ⑈0000268700⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

15-3/540

**3552**

PAY  *Five hundred eighteen & 16/100 —*                                        **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| ACCLIANT | 11000 | Oct 00 | 3552 |  |  | 518 16 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003552⑈ ⑆054000030⑆ 1720143⑈ ⑈000005l8l6⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

15-3/540

**3546**

PAY  *Four thousand one hundred forty & 00/100 —*                              **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| A.C. ENGINEERING Inc. | 11300 | See Caudwlswhats | 3546 |  |  | 4140 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003546⑈ ⑆054000030⑆ 1720143⑈ ⑈0000414000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

15-3/540

**3547**

AY  *One thousand six hundred twenty five & 12/100 —*                         **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION | 11500 | 24-HR. 44949886 | 3547 |  |  | 1625 12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003547⑈ ⑆054000030⑆ 1720143⑈ ⑈0000162512⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3572**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY _Ten Thousand & °°/100 —_

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CHANDELIER ASSOC | 11.10.00 | L/R Rent's Nov. | 3572 | | | 10,000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003572⑈ ⑆054000030⑆ 1720 1431⑈ ⑈0001000000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3549**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY _Two thousand one hundred twenty five & °°/100 —_

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| WICKINSON·BARKER·KNAUER | 11 00 00 | Re Chandelier Assoc - | 3549 | | | 2,125 00 |
| 2300 N St. N.W #700 | | | | | | |
| WASHINGTON DC 20037 | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003549⑈ ⑆054000030⑆ 1720 1431⑈ ⑈0000212500⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3543**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

140104386 05 111300 046047963

PAY _Three thousand & °°/100 —_

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MAHESH NAITHANI | 11-2 00 | Note · Nov 00 | 3543 | | | 3,000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003543⑈ ⑆054000030⑆ 1720 1431⑈ ⑈0000300000⑈

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3678**

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

PAY One thousand six hundred twenty five + 12/100 _____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION | 2 401 | 244849498 6 | 3678 |  |  | 1625 12 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

627516 8005 285 56

⑈003678⑈ ⑆054000030⑆ ⑈720143⑈ ⑈0000162512⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3677**

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

PAY Three hundred seventy + 00/100 _____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CONSTITUTION PARKING | 2.401 | Rent. | 3677 |  |  | 370 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003677⑈ ⑆054000030⑆ ⑈720143⑈ ⑈000037000⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3676**

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
| 1467 |  |
|  |  |

PAY Two hundred twenty nine + 18/100 _____ DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| WASHINGTON WHOLESALE | 220/ | 299480 1748369 | 3676 |  |  | 229 18 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003676⑈ ⑆054000030⑆ ⑈720143⑈ ⑈000022918⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3693**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Two hundred fifty & 00/100*     DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Cid PHELTON | | | | | 05 28 | 250 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003693⑈ ⑆054000030⑆ ⑈720143⑈ ⑈0000025000⑈

---

*[handwritten notes]*

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3692**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *One hundred & 00/100*     DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| DC TREASURER | 2/8/01 | Filing Cert. of Amend | 3692 | | | 100 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003692⑈ ⑆054000030⑆ ⑈720143⑈ ⑈0000010000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3691**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

130072528  05  022601  046047963

PAY *Ten Thousand & 00/100*     DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MAHESH NAITHANI | 8/1/01 | NOTE | 3691 | | | 10000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003691⑈ ⑆054000030⑆ ⑈720143⑈ ⑈0001000000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3752

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY Sixty eight & 43/100 —

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| DC Washington | 4/00/ | ADV Tax. | 3752 | | | 68 43 |

DOLLARS

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003752⑈ ⑈054000030⑈ 1720143⑈ ⑈0000006843⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3751

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY Ten thousand & 00/100 —

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| CANDERZ, JOSO & Assoc. | 4 9 01 | Prep bag 2nd Half01 | 3751 | | | 10,000 00 |

DOLLARS

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003751⑈ ⑈054000030⑈ 1720143⑈ ⑈0001000000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

3750

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY One thousand six hundred twenty five & 12/100 —

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| FIRST UNION | 4 5 01 | 24.48.449.98 6 | 3750 | | | 1,625 12 |

DOLLARS

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003750⑈ ⑈054000030⑈ 1720143⑈ ⑈0000162512⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 · 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3777**

| EXPLANATION | AMOUNT |
|---|---|
| 1746? | |
| | |
| | |

PAY *Three hundred twenty & 65/100* ————————

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| WASHINGTON WHOLESALE | 4-26-01 | #3/4789756/43 | 3777 | | | 32065 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003777⑈ ⑆054000030⑆ 1720143⑈ ⑈000003 2065⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 · 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3780**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Two hundred twenty three & 90/100* ———

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| Premium Distributors | 42601 | # 81330/ | 3780 | | | 22390 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003780⑈ ⑆054000030⑆ 1720143⑈ ⑈000022390⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 · 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3775**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| 140097923 05 042701    CHARGE | |

PAY *Five thousand & 00/100*

**DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| MAHESH NAITHANI | 42001 | NOTE | 3775 | | | 5000 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈003775⑈ ⑆054000030⑆ 1720143⑈ ⑈000050000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

15-3/540

**3827**

PAY *One hundred eighty 8-9-8 37/100* DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | CHECK AMOUNT |
|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| Nt'l Distributing Co. | 2501 | #204193 #194 | 3827 | | | 186 37 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003827⑈ ⑆054000030⑆ 1720 1431⑈ ⑈00000 18637⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

15-3/540

**3792**

PAY *One thousand six hundred twenty five & 12/100* DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | CHECK AMOUNT |
|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| FIRST UNION | 1601 | 2448 4454 4986 | 3792 | | | 1625 12 |

230539402  080  0892  1451  21  23

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003792⑈ ⑆054000030⑆ 1720 1431⑈ ⑈00000 162512⑈

---

51780

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

15-3/540

**3811**

PAY *Four hundred thirty eight & 84/100* DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | CHECK AMOUNT |
|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| Nt'l Distributing Co. | 1101 | 198642 #643 | 3811 | | | 438 84 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C. 20074-6758

⑈003811⑈ ⑆054000030⑆ 1720 1431⑈ ⑈0000043884⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3958**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *One thousand eighty five & 89/100* ————— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION | 8 20 01 | CLOSING - MSR.O. | 3918 | | | 1,085 89 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003958⑈ ⑆054000030⑆   1720143⑈   ⑈0000108589⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3959**

| EXPLANATION | AMOUNT |
|---|---|
| 6·22 | 63·44 |
| 7·6 | 63·00 |
| 8·3 | 63·88 |
| 8·20 | 64·31 |

PAY *Three hundred eleven & 07/100* ————— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| NATIONS BANK | 8 20 01 | Oscar Romero - 8·20 | 3919 | | | 311 07 |

W J A # 52482865 7 (6)
CC8206·99

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003959⑈ ⑆054000030⑆   1720143⑈   ⑈000003 1107⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3977**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Twenty one & 00/100* ————— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| SHULMAN ROGERS, P.A. | 8 24 01 | INV# 98303454 | 3977 | | | 21 00 |

45347

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈003977⑈ ⑆054000030⑆   1720143⑈   ⑈0000002100⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

*17467*

15-3/540

**3981**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY One hundred twenty eight + 66/100 —

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| WASHINGTON WHOLESALE | 8 3 01 | # 3 3 6 2 9 1 | 3981 | | | 128 66 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑇003981⑇ ⑆054000030⑇ 1720 1431⑇ ⑇000001 2866⑇

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3979**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY Two thousand x 00/100 —

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MAHESH NATHANI | 4 26 01 75950 052 0887 | 3999 | 21 | 26 | 2 000 00 |
| 1 UNION SQ South | | | | | |
| NEW YORK NY 10003 | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑇003979⑇ ⑆054000030⑇ 1720 1431⑇ ⑇0000 200000⑇

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**3980**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY Two thousand one hundred twenty seven & 86/100 — DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Cannon's Seafood | 8 28 01 | June 01 | 3980 | | | 2 127 86 |
| 1065 31st NW | | | | | |
| WASHINGTON DC 20007 | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑇003980⑇ ⑆054000030⑇ 1720 1431⑇ ⑇0000 212786⑇

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

15-3/540

**4082**

PAY *Six Thousand 9°°/100*                                                                 DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| MAHESH NATHANI | 11-3-01 | Bud Opira/Deck) | 4082 |  |  | 6,000.00 |
| 1 UNION SQ South #22F |  |  |  |  |  |  |
| New York - NY 10003 |  |  |  |  |  |  |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004082⑈ ⑆054000030⑆ 1720143⑈ ⑈0000600000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

15-3/540

**4093**

PAY *Ten thousand 9°°/100*                                                                 DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CARROLL J&D LASSO | 11-19-01 | Rent | 4093 |  |  | 10,000.00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004093⑈ ⑆054000030⑆ 1720143⑈ ⑈0001000000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

15-3/540

**4048**

PAY *Eight thousand eight hundred seventeen 4 96/100*                          DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| DC Treasurer | 10-19-01 | Sept01/Sls Tax | 4048 |  |  | 8,817.96 |

S0142246?3

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004048⑈ ⑆054000030⑆ 1720143⑈ ⑈0000881796⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**4343**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY _Two thousand six hundred nine & 67/100_ —                              **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| THE HARTFORD | 5/02 | WORK-COMP. | 4343 | | | 2609 67 |
| 42 - 10525703. | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004343⑈ ⑆054000030⑆     1720143⑈          ⑈0000260967⑈


**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**4379**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY _Nine hundred fifty nine & 87/100_                              **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| FIRST UNION BANK | 5/19/02 | 24.48. 4494998-6 | 4379 | | | 959 87 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004379⑈ ⑆054000030⑆     1720143⑈          ⑈000009587⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

15-3/540

4468

PAY Three thousand twenty four *90/100 —                                   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| KEANY Produce. | 7 202 | MN 702 | 4468 | | | 3024 90 |
| 3310 75th Ave | | | | | | |
| LANDOVER md 20785 | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004468⑈ ⑉054000030⑈      ⑈720 1431⑈        ⑈0000 3024 90⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| #911436 | |
| | |
| | |

15-3/540

4478

PAY One thousand eighty six *00/100 —                                   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| Wines Limited | 7502 | June 02 | 4478 | | | 1086 00 |
| 7231 PARKWAY Dr | | | | | | |
| HANOVER- md - 21076 | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004478⑈ ⑉054000030⑈      ⑈720 1431⑈        ⑈0000 1086 00⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| 6.86 + 7.6 | |
| | |
| | |

15-3/540

4473

PAY Two hundred seventy *00/100 —                                   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| | 7.502 | Oymna. | 4473 | | | 270 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004473⑈ ⑉054000030⑈      ⑈720 1431⑈        ⑈00000 27000⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4449

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Two hundred seventy 00/100*   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 6 30 02 | Oyuna. | 4449 | | | 270 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑃004449⑃ ⑆054000030⑆ 1720143 1⑃   ⑃00000 27000⑃

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4441

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Two hundred seventy 00/100*   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 6 21 02 | Oyuna. | 4441 | | | 270 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑃004441⑃ ⑆054000030⑆ 1720143 1⑃   ⑃00000 27000⑃

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4408

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *One hundred eighty 00/100*   DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 6 9 02 | Oyuna - | 4408 | | | 180 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑃004408⑃ ⑆054000030⑆ 1720143 1⑃   ⑃00000 18000⑃

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

15-3/540

4471

PAY _Seven Hundred 4 00/100_ ————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Sergio Zambrana. | 7·1·02 | | 4471 | | | 700.00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004471⑈ ⑆054000030⑆ 1720143 1⑈ ⑈00000 70000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

15-3/540

4395

PAY _One Hundred eighty 00/100_ ————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 6·2·02 | Oyuna | 4395 | | | 180.00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004395⑈ ⑆054000030⑆ 1720143 1⑈ ⑈00000 18000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.    20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

15-3/540

4385

PAY _One Hundred eighty 00/100_ ————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Oyuna. | 3·86·02 | | 4385 | | | 180.00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004385⑈ ⑆054000030⑆ 1720143 1⑈ ⑈00000 18000⑈

5/290

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**4483**

PAY *One hundred forty-five x 29/100*—————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| *N&P Distributing Co.* | 110 02 | 48367787P | 4483 | | | 145.29 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004483⑈ ⑆054000030⑆ ⑈720143⑈ ⑈000014529⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**4480**

PAY *Three thousand & 00/100*—————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| *O'Brien & Long* | 7-9 02 | 4Bc's Pas. Legal | 4480 | | | 3000.00 |
| | 280011623 171 3701 | 3536 | 05 | 28 | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004480⑈ ⑆054000030⑆ ⑈720143⑈ ⑈0000300000⑈

---

## LA RUCHE OF GEORGETOWN
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.  20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

15-3/540

**4461**

PAY *Five hundred ninety & 00/100*—————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| *WASHINGTON GAS* | 7 02 | < 24 >68 02 | 4461 | | | 590.47 |
| *05GH.0760H0-618.* | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004461⑈ ⑆054000030⑆ ⑈720143⑈ ⑈000059047⑈

## LA RUCHE OF GEORGETOWN
### La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4458

| EXPLANATION | AMOUNT |
|---|---|
| CP 504. | |

PAY  One Hundred fourteen 31/100 —                         DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB GEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| UNITED STATES TREASURY  220080728  050  234° 2347  Treasury 7 102 | 11-20-12-31-02 | 4458 | | | 114 31 |

52 100 8812

030042157  310  24  1758  1783

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004458⑈  ⑈054000030⑈     1720 1431 ⑈     ⑈000001143 1⑈

---

## LA RUCHE OF GEORGETOWN
### La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4492

| EXPLANATION | AMOUNT |
|---|---|
| | |

PAY  Seven Hundred & 00/100 —                         DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB GEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| Sylvio FAMBRANA | 7/19/02 | 7-19-02 | 4492 | | 700 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈00449 2⑈  ⑈054000030⑈     1720 1431 ⑈     ⑈000007000 0⑈

---

## LA RUCHE OF GEORGETOWN
### La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4497

| EXPLANATION | AMOUNT |
|---|---|
| | |

PAY  Ten thousand & 00/100 —                         DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB GEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| CAUDERLIER & Assoc | 7-2-02 | Rent | 4497 | | 10,000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈00449 7⑈  ⑈054000030⑈     1720 1431 ⑈     ⑈000 1000000 0⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4502

| EXPLANATION | AMOUNT |
|---|---|
| Rest. Depot - 6-5-02 | |
| Office Depot. | |
| Superior Products | |
| Home Depot. | 6·89·02 |

PAY *Five thousand four hundred ninety three & 80/100* ——————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| J.C CAUDERLIER. | 7·24·02 | 250343502 170 3512 Rest. Supply | 4502 | 05 | 25 | 5 493 80 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈004502⑈ ⑆054000030⑆ 1720143⑈ ⑈0000549380⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4501

| EXPLANATION | AMOUNT | |
|---|---|---|
| Restaurant Dept | 63 | 40 |
| Staples | 26 | 43 |

PAY *Six hundred sixty one & 83/100* ————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| JC CAUDERLIER | 7·24·02 | 250343501 170 3512 Restaurant supply | 3638 | 05 | 25 | 661 83 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈004501⑈ ⑆054000030⑆ 1720143⑈ ⑈0000066183⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4465

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Nine thousand eight hundred eighty four & 74/100*————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| The Hartford. | 7·20·02 | #42-1062 5703 | 4465 | | | 9 884 74 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈004465⑈ ⑆054000030⑆ 1720143⑈ ⑈0000984274⑈

# RIGGS

Statement

ΙιΙιΙΙΙιιΙΙιιΙΙιιΙιιΙιΙιΙιΙιΙΙιιιιΙΙιΙιΙΙ                                107

LA RUCHE INC
1039 31ST ST NW
WASHINGTON          DC   20007-4401


17-201-431                                              PAGE     2

STATEMENT PERIOD 07-01-2002    THROUGH 07-31-2002

_____CHECKING ACTIVITY CONTINUED_____

| DEPOSITS | DATE | AMOUNT | DEPOSITS | DATE | AMOUNT |
|---|---|---|---|---|---|
| REF 01 | 07-09 | 57.95 | REF 07 | 07-16 | 98.23 |
| REF 02 | 07-09 | 809.68 | REF 01 | 07-16 | 206.57 |
| REF 01 | 07-10 | 37.69 | REF 02 | 07-16 | 723.49 |
| REF 03 | 07-10 | 110.00 | REF 04 | 07-16 | 2,523.29 |
| DEPOSIT | 07-10 | 141.00 | DEPOSIT | 07-17 | 37.00 |
| DEPOSIT | 07-10 | 223.00 | DEPOSIT | 07-17 | 80.00 |
| DEPOSIT | 07-10 | 240.00 | REF 01 | 07-17 | 118.46 |
| DEPOSIT | 07-10 | 330.00 | REF 02 | 07-17 | 658.02 |
| DEPOSIT | 07-10 | 395.00 | REF 04 | 07-17 | 10,473.10 |
| REF 02 | 07-10 | 895.17 | DEPOSIT | 07-18 | 7.00 |
| REF 04 | 07-10 | 8,574.60 | REF 01 | 07-18 | 64.99 |
| REF 05 | 07-11 | 54.81 | DEPOSIT | 07-18 | 150.00 |
| REF 02 | 07-11 | 429.96 | DEPOSIT | 07-18 | 218.00 |
| REF 04 | 07-11 | 1,344.54 | DEPOSIT | 07-18 | 300.00 |
| REF 02 | 07-12 | 647.48 | DEPOSIT | 07-18 | 482.00 |
| REF 04 | 07-12 | 961.01 | DEPOSIT | 07-18 | 631.00 |
| REF 01 | 07-15 | 50.00 | REF 02 | 07-18 | 720.33 |
| REF 06 | 07-15 | 123.27 | REF 04 | 07-18 | 1,845.79 |
| REF 02 | 07-15 | 267.33 | REF 01 | 07-19 | 60.82 |
| REF 02 | 07-15 | 967.94 | REF 02 | 07-19 | 283.21 |
| REF 04 | 07-15 | 1,408.27 | REF 04 | 07-19 | 2,517.33 |
| REF 01 | 07-16 | 66.49 | *MORE*REF 01 | 07-22 | 32.02 |

REFERENCE DESCRIPTION

REF 01  ACH CREDIT DISCOVER BUS SVC SETTLEMENT CAFE LA RUCHE
        601101313465666
REF 02  ACH CREDIT AMERICAN EXPRESS SETTLEMENT LA RUCHE INC408102
        4081026809
REF 03  DEPOSIT CORRECTION
REF 04  ACH CREDIT BANKCARD MERCH DEP CAFE LA RUCHE INC 951000000944412
REF 05  ACH CREDIT DINERS CLUB ESTAB PYMT CAFE LA RUCH190014 0108018250
REF 06  ACH CREDIT DINERS CLUB ESTAB PYMT CAFE LA RUCH192008 0108018250
REF 07  ACH CREDIT DINERS CLUB ESTAB PYMT CAFE LA RUCH193009 0108018250

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4366

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY One thousand one hundred nine & 16/100

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| The French Bread Factory | 51202 | 34·30·02 | 4366 | | | 1,109 16 |
| 8455-V TYCO RD | | | | | | |
| VIENNA- VA- 22182 | | | | | | |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004366⑈ ⑈054000030⑈ ⑈720143⑈ ⑈0000110916⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4387

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY Ten Thousand & 00/100

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| CANDERINDy Assoc | 5800 | Rent | 4387 | | | 10000 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004387⑈ ⑈054000030⑈ ⑈720143⑈ ⑈0001000000⑈

---

CAF120

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

4313

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY One thousand thirty five & 99/100

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Congressional Seafood | 42502 | 2·28→3·2902 | 4313 | | | 1035 99 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.  20074-6758

⑈004313⑈ ⑈054000030⑈ ⑈720143⑈ ⑈0000103599⑈

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**4315**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY _Seven hundred & 00/100_ ————————— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| Sergio Zambrana. | 42602 | 4.21.02 | 4315 | | | 700 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈004315⑈ ⑆054000030⑆ 1720143⑈ ⑈00000?0000⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**4332**

| EXPLANATION | AMOUNT |
|---|---|
| Office Depot   See Attach | |
| Home Depot | |
| Restaurant Depot | |
| | |

PAY _Two thousand one hundred four $35/100_ ——— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| J. C. CANDELIER. | 5 02 | Office Home Rest | 4332 | | | 2 104 35 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈004332⑈ ⑆054000030⑆ 1720143⑈ ⑈0000210435⑈

---

**LA RUCHE OF GEORGETOWN**
La Ruche, Inc.
1039 - 31ST STREET, N.W.
WASHINGTON, D.C.   20007
202-965-2684

15-3/540

**4353**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY _Seven hundred & 00/100_ ———————— **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | ACCT. NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| SERGIO. ZAMBRANA. | 5 02 | | 4353 | | | 700 00 |

THE RIGGS NATIONAL BANK OF WASHINGTON, D.C.
WASHINGTON, D.C.   20074-6758

⑈004353⑈ ⑆054000030⑆ 1720143⑈ ⑈00000?0000⑈

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |





## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

## Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** 1 2 3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

**Organization**

| | |
|---|---|
| Organization Name: | LA RUCHE, INC. |
| State: | DC |
| Status: | ACTIVE |
| Initial Date of Registration: | 12/17/1974 |
| File No.: | 742933 |
| Organization Type: | DOMESTIC BUSINESS CORPORATION |

**Registered Agent**

C T Corporation System
1015 15th Street, N.W. Ste. 1000
Washington, DC 20005

[ << Back to Main Page ]   [ < Return To Search Results ]   [ Print Results ]

[ New Search ]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by
Topic | Agencies | DC
Council | Search |
Elected Officials

Feedback | Translation
| Accessibility | Privacy
& Security | Terms &
Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT D