IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.<br><br>Plaintiff<br><br>v.<br><br>SERGIO ZAMBRANA<br><br>Defendant | Civil Case No. 1:05CV01653<br>Judge Ellen Segal Huvelle<br>Deck Type: Contract<br>Date Stamp: August 17, 2005 |

## ORDER

Upon consideration of defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties and the Opposition filed by plaintiff thereto, it is this _____ day of _____, 2005, hereby

ORDERED that defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties be, and hereby is, GRANTED; and it is further

ORDERED that the Complaint filed herein be DISMISSED, without prejudice.

_____
Judge Ellen Segal Huvelle

COPIES TO:

Robert L. Green, Jr., Esquire
Suzanne R. Clement, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Benny L. Kass, Esquire
Jeffrey M. Hamberger, Esquire
1050 17th Street, N.W., #1100
Washington, D.C. 20036
blkass@kmklawyers.com
jhamberger@kmklawyers.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.<br><br>Plaintiff<br><br>v.<br><br>SERGIO ZAMBRANA<br><br>Defendant | Civil Case No. 1:05CV01653<br>Judge Ellen Segal Huvelle<br>Deck Type: Contract<br>Date Stamp: August 17, 2005 |

## ORDER

Upon consideration of defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties and the Opposition filed by plaintiff thereto, it is this _____ day of _____, 2005, hereby

ORDERED that defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties be, and hereby is, GRANTED; and it is further

ORDERED that Jean Claude Chauderlier be joined herein as a party plaintiff, and LaRuche, Inc. be joined herein as a party _____.

_____
Judge Ellen Segal Huvelle

COPIES TO:

Robert L. Green, Jr., Esquire
Suzanne R. Clement, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Benny L. Kass, Esquire
Jeffrey M. Hamberger, Esquire
1050 17th Street, N.W., #1100
Washington, D.C. 20036
blkass@kmklawyers.com
jhamberger@kmklawyers.com