IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cauderlier & Associates, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05-cv-01653-ESH |
| v. ) | |
| ) | |
| Sergio Zambrana, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of Defendant Sergio Zambana's Motion To Dismiss The Complaint Or, In The Alternative, Motion To Join Indispensable Parties, it is hereby **ORDERED AND ADJUDGED** this ____ day of _____, 2005, that Defendant's Motion To Dismiss is hereby **DENIED**; and

**SO ORDERED** this ____ day of _____, 2005.

_____
Judge Ellen Segal Huvelle
United States District Court Judge

Copies To:

Robert L. Green, Jr., Esq.
Suzanne R. Clement, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Benny L. Kass, Esq.
Jeffery M. Hamberger, Esq.
1050 17th Street, N.W. #1100
Washington, D.C. 20036
blkass@kmklawyers.com
jhamberger@kmklawyers.com