IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>**Plaintiff**<br><br>v.<br><br>**SERGIO ZAMBRANA**<br><br>**Defendant** | **Civil Case No. 1:05CV01653**<br>**Judge Ellen Segal Huvelle** |

## ORDER

Upon consideration of defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties and the Opposition filed by plaintiff thereto, it is this _____ day of _____, 2005, hereby

ORDERED that defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties be, and hereby is, GRANTED; and it is further

ORDERED that the Complaint filed herein be DISMISSED, without prejudice.

The Court finding that counsel for plaintiff has an irresolvable conflict of interest in this matter, it is this _____ day of _____, 2005, hereby

ORDERED that counsel for plaintiff withdraw from its representation of plaintiff after having ensured that plaintiff has engaged other competent counsel; and it is further

ORDERED that counsel for plaintiff conduct no further work on this action.

_____
Judge Ellen Segal Huvelle

COPIES TO:

Robert L. Green, Jr., Esquire
Suzanne R. Clement, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Benny L. Kass, Esquire
Jeffrey M. Hamberger, Esquire
1050 17th Street, N.W., #1100
Washington, D.C.  20036
blkass@kmklawyers.com
jhamberger@kmklawyers.com