

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

**Robert L. Green, Jr.**
Partner
T 202.383.6506
F 202.383.6610
greenr@howrey.com

July 26, 2005


Benny L. Kass, Esq.
Kass, Mitek & Kass
Suite 1100
1050 Seventeenth Street, N.W.
Washington, DC  20036-5596

    Re:    <u>La Ruche, Inc.</u>

Dear Mr. Kass:

    Please find enclosed the 2004 tax returns for La Ruche, Inc.

                      Very truly yours,

                      Robert L. Green, Jr.

RLG:dmp
Enclosure

**EXHIBIT 1**

AMSTERDAM   BRUSSELS   CHICAGO   HOUSTON   IRVINE   LONDON   LOS ANGELES   MENLO PARK   SAN FRANCISCO   WASHINGTON, DC



1299 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004-2402
PHONE 202.783.0800
FAX 202.383.6610
A LIMITED LIABILITY PARTNERSHIP

ROBERT L. GREEN, JR.
PARTNER
202.383.6506
greenr@howrey.com

January 27, 2005

**VIA HAND**

Benny L. Kass, Esq.
Kass, Mitek & Kass
Suite 1100
1050 Seventeenth Street, NW
Washington, DC  20036-5596

    Re:    <u>LaRuche, Inc. and Cauderlier & Associates, Inc.</u>

Dear Mr. Kass:

    This firm has been retained to represent Jean Claude Cauderlier with respect to claims asserted by your client, Sergio Zambrana. I am responding to your January 18, 2005 letter to Lonnie C. Rich.

# REDACTED

**EXHIBIT 2**



Benny L. Kass, Esq.
January 27, 2005
Page 2

# REDACTED

Very truly yours,

Robert L. Green, Jr.

RLG:dmp

cc:     Roger A. Klein, Esq.

# Form 1120 — U.S. Corporation Income Tax Return (2004)

Department of the Treasury — Internal Revenue Service

For calendar year 2004 or tax year beginning _____, ending _____

**EXTENSION GRANTED TO 09/15/05**

**A Check if:**
1. Consolidated return (attach Form 851) — [ ]
2. Personal holding co. (attach Sch. PH) — [ ]
3. Personal service corp. (see instructions) — [ ]
4. Schedule M-3 required (attach Sch. M-3) — [ ]

**Name:** LA RUCHE, INC.
**Number, street, and room or suite no.:** 1039 31ST STREET, N.W.
**City or town, state, and ZIP code:** WASHINGTON, DC 20007

**B Employer identification number:** 52-1008812
**C Date incorporated:** 12/17/1974
**D Total assets:** $169,666.

**E Check if:** (1) Initial return [ ]  (2) Final return [ ]  (3) Name change [ ]  (4) Address change [ ]

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 1,240,865. |
| 1b | Less returns and allowances | |
| 1c | Bal | 1,240,865. |
| 2 | Cost of goods sold (Schedule A, line 8) | 372,916. |
| 3 | Gross profit. Subtract line 2 from line 1c | 867,949. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (attach schedule) | |
| 11 | **Total income.** Add lines 3 through 10 | 867,949. |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 14,615. |
| 13 | Salaries and wages (less employment credits) | 321,712. |
| 14 | Repairs and maintenance | 18,367. |
| 15 | Bad debts | |
| 16 | Rents | 220,596. |
| 17 | Taxes and licenses — SEE STATEMENT 1 | 32,037. |
| 18 | Interest | 686. |
| 19 | Charitable contributions | |
| 20 | Depreciation (attach Form 4562) | 1,467. |
| 21a | Less depreciation claimed on Schedule A and elsewhere on return | |
| 21b | | 1,467. |
| 22 | Depletion | |
| 23 | Advertising | 21,000. |
| 24 | Pension, profit-sharing, etc., plans | |
| 25 | Employee benefit programs | |
| 26 | Other deductions (attach schedule) — SEE STATEMENT 2 | 193,433. |
| 27 | **Total deductions.** Add lines 12 through 26 | 823,913. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 44,036. |
| 29a | Less: Net operating loss deduction | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | |
| 30 | **Taxable income.** Subtract line 29c from line 28 | 44,036. |
| 31 | **Total tax** (Schedule J, line 11) | 6,605. |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 32a | 2003 overpayment credited to 2004 | |
| 32b | 2004 estimated tax payments | |
| 32c | Less 2004 refund applied for on Form 4466 | ( ) |
| 32d | Bal | |
| 32e | Tax deposited with Form 7004 | 5,900. |
| 32f | Credit for tax paid on undistributed capital gains (attach Form 2439) | |
| 32g | Credit for Federal tax on fuels (attach Form 4136) | |
| 32h | | 5,900. |
| 33 | Estimated tax penalty (see page 17 of instructions). Check if Form 2220 is attached [X] | 168. |
| 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 873. |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount of line 35 you want: Credited to 2005 estimated tax ▶ ___ Refunded ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return...

Title: PRESIDENT

May the IRS discuss this return with the preparer shown below? [X] Yes [ ] No

**Paid Preparer's Use Only**
Preparer's signature: _____ Date: 6/9/05
Check if self-employed [ ]
Preparer's SSN or PTIN: P00192191
Firm's name: C. WEBB, INC.
Address: 450 TAYLOR STREET, NE, #F42
WASHINGTON, DC 20017-4334
EIN: 52-2083384

411601 12-22-04  JWA   For Privacy/Paperwork Reduction Act Notice, see instructions.   Form 1120 (2004)

## Schedule A  Cost of Goods Sold (see page 17 of instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 6,135. |
| 2 | Purchases | 2 | 373,281. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 379,416. |
| 7 | Inventory at end of year | 7 | 6,500. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 372,916. |

9 a  Check all methods used for valuing closing inventory:
  (i)  [X] Cost as described in Regulations section 1.471-3
  (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
  (iii)[ ] Other (Specify method used and attach explanation.) ▶
 b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ [ ]
 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]
 d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ............ 9d
 e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ........ [ ] Yes [X] No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
    If "Yes," attach explanation .................. [ ] Yes [X] No

## Schedule C — Dividends and Special Deductions (see page 18 of instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs that are subject to the 100% deduction | | 100 | |
| 12 | Dividends from controlled foreign corporations subject to the 85% deduction (attach Form 8895) | | 85 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E — Compensation of Officers (see instructions for page 1, line 12, on page 13 of instructions)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 JEAN-CLAUDE P. CAUDERLIER | 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 | ALL | 90.00% | | 14,615. |
| | | | | | |
| | | | | | |
| 2 Total compensation of officers | | | | | 14,615. |
| 3 Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | | 14,615. |

411611
12-22-04  JWA

Form **1120** (2004)

| Schedule J | Tax Computation (see page 20 of instructions) | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐ | | |
| | **Important:** Members of a controlled group, see page 20 of instructions. | | |
| 2a | If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order): | | |
| | (1) $ _____  (2) $ _____  (3) $ _____ | | |
| b | Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750)  $ _____ | | |
| | (2) Additional 3% tax (not more than $100,000)  $ _____ | | |
| 3 | Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 21) ▶ ☐    STMT 3 | 3 | 6,605. |
| 4 | Alternative minimum tax (attach Form 4626) | 4 | |
| 5 | Add lines 3 and 4 | 5 | 6,605. |
| 6a | Foreign tax credit (attach Form 1118) | 6a | |
| b | Possessions tax credit (attach Form 5735) | 6b | |
| c | Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) | 6c | |
| d | General business credit. Check box(es) and indicate which forms are attached: ☐ Form 3800  ☐ Form(s) (specify) ▶ | 6d | |
| e | Credit for prior year minimum tax (attach Form 8827) | 6e | |
| f | Qualified zone academy bond credit (attach Form 8860) | 6f | |
| 7 | **Total credits.** Add lines 6a through 6f | 7 | |
| 8 | Subtract line 7 from line 5 | 8 | 6,605. |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120)) | 9 | |
| 10 | Other taxes. Check if from:  ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Other (attach schedule) | 10 | |
| 11 | **Total tax.** Add lines 8 through 10. Enter here and on page 1, line 31 | 11 | 6,605. |

**Schedule K**  Other Information (see page 23 of instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See page 25 of the instructions and enter the: | | |
| | a Business activity code no. ▶ 722110 | | |
| | b Business activity ▶ RESTAURANT | | |
| | c Product or service ▶ FOOD/BEVERAGE | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | X | |
| | If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.  STATEMENT 4 | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) | X | |
| | If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on **Form 851,** Affiliations Schedule, for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? | | X |
| | If "Yes," enter: (a) Percentage owned ▶ _____ and (b) Owner's country ▶ | | |
| | c The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶  2 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ | | |

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

411621
12-27-04  JWA

Form **1120** (2004)

Case 1:05-cv-01653-JMF    Document 5-3    Filed 09/30/2005    Page 7 of 17

## Schedule L — Balance Sheets per Books

| Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|
| 1  Cash | | 26,881. | | 113,384. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3  Inventories | | 6,135. | | 6,500. |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities | | | | |
| 6  Other current assets (att. sch.) | | | | |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (att. sch.) | | | | |
| 10a Buildings and other depreciable assets | 136,105. | | 136,105. | |
| b Less accumulated depreciation | ( 87,219.) | 48,886. | ( 88,686.) | 47,419. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (att. sch.) STMT 5 | | 2,363. | | 2,363. |
| 15 Total assets | | 84,265. | | 169,666. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 87,386. | | 137,097. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 6,879. | | |
| 18 Other current liabilities (att. sch.) STMT 6 | | 18,332. | | 24,696. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (att. sch.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 10,000. | 10,000. | 35,000. | 35,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach schedule) | | | | |
| 25 Retained earnings - Unappropriated | | 86,668. | | 122,873. |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( 125,000.) | | ( 150,000.) |
| 28 Total liabilities and shareholders' equity | | 84,265. | | 169,666. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (see page 24 of instructions)

| | | |
|---|---|---|
| 1 Net income (loss) per books | 37,431. | |
| 2 Federal income tax per books | 6,605. | |
| 3 Excess of capital losses over capital gains | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize):<br>a Depreciation $ _____<br>b Charitable contributions $ _____<br>c Travel and entertainment $ _____ | | |
| 7 Income recorded on books this year not included on this return (itemize):<br>Tax-exempt interest $ _____ | | |
| 8 Deductions on this return not charged against book income this year (itemize):<br>a Depreciation $ _____<br>b Charitable contributions $ _____ | | |
| 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | 44,036. | |
| 10 Income (page 1, line 28) - line 6 less line 9 | | 44,036. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | |
|---|---|---|
| 1 Balance at beginning of year | 86,668. | |
| 2 Net income (loss) per books | 37,431. | |
| 3 Other increases (itemize): | | |
| 5 Distributions: a Cash | | |
| b Stock | | |
| c Property | | |
| 6 Other decreases (itemize): SEE STATEMENT 7 | | 1,226. |
| 7 Add lines 5 and 6 | | 1,226. |
| 4 Add lines 1, 2, and 3 | 124,099. | |
| 8 Balance at end of year (line 4 less line 7) | | 122,873. |

# Form 4626 — Alternative Minimum Tax — Corporations

Form **4626**
Department of the Treasury
Internal Revenue Service

▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175

**2004**

| Name | Employer identification number |
|---|---|
| LA RUCHE, INC. | 52-1008812 |

**Note:** See page 1 of the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).

| | | | |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | 44,036. |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | 2a | <148.> |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | |
| o | Other adjustments and preferences | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | 3 | 43,888. |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |
| a | ACE from line 10 of the worksheet on page 11 of the instructions … 4a  43,846. | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount. See examples on page 6 of the instructions … 4b  <42.> | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount … 4c  32. | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see page 6 of the instructions). **Note:** You **must** enter an amount on line 4d (even if line 4b is positive) … 4d | | |
| e | ACE adjustment. <br>• If line 4b is zero or more, enter the amount from line 4c <br>• If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | 0. |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | 5 | 43,888. |
| 6 | Alternative tax net operating loss deduction (see page 7 of the instructions) | 6 | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see page 7 of the instructions | 7 | 43,888. |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see page 7 of the instructions). If zero or less, enter -0- … 8a  0. | | |
| b | Multiply line 8a by 25% (.25) … 8b  0. | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see page 7 of the instructions). If zero or less, enter -0- | 8c | 40,000. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | 9 | 3,888. |
| 10 | Multiply line 9 by 20% (.20) | 10 | 778. |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see page 7 of the instructions) | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | 12 | 778. |
| 13 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | 13 | 6,605. |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 4, or the appropriate line of the corporation's income tax return | 14 | 0. |

JWA   For Paperwork Reduction Act Notice, see page 10 of the instructions.

Form **4626** (2004)

417001
01-05-05

# Adjusted Current Earnings (ACE) Worksheet

► See ACE Worksheet Instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 | | 1 | 43,888. |
| 2 | ACE depreciation adjustment: | | | |
| a | AMT depreciation | 2a   1,615. | | |
| b | ACE depreciation: | | | |
| (1) | Post-1993 property | 2b(1)   1,432. | | |
| (2) | Post-1989, pre-1994 property | 2b(2)   30. | | |
| (3) | Pre-1990 MACRS property | 2b(3)   195. | | |
| (4) | Pre-1990 original ACRS property | 2b(4) | | |
| (5) | Property described in sections 168(f)(1) through (4) | 2b(5) | | |
| (6) | Other property | 2b(6) | | |
| (7) | Total ACE depreciation. Add lines 2b(1) through 2b(6) | 2b(7)   1,657. | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a | | 2c | <42.> |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | | |
| a | Tax-exempt interest income | 3a | | |
| b | Death benefits from life insurance contracts | 3b | | |
| c | All other distributions from life insurance contracts (including surrenders) | 3c | | |
| d | Inside buildup of undistributed income in life insurance contracts | 3d | | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) | 3e | | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e | | 3f | |
| 4 | Disallowance of items not deductible from E&P: | | | |
| a | Certain dividends received | 4a | | |
| b | Dividends paid on certain preferred stock of public utilities that are deductible under section 247 | 4b | | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) | 4c | | |
| d | Nonpatronage dividends that are paid and deductible under section 1382(c) | 4d | | |
| e | Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) | 4e | | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e | | 4f | |
| 5 | Other adjustments based on rules for figuring E&P: | | | |
| a | Intangible drilling costs | 5a | | |
| b | Circulation expenditures | 5b | | |
| c | Organizational expenditures | 5c | | |
| d | LIFO inventory adjustments | 5d | | |
| e | Installment sales | 5e | | |
| f | Total other E&P adjustments. Combine lines 5a through 5e | | 5f | |
| 6 | Disallowance of loss on exchange of debt pools | | 6 | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts | | 7 | |
| 8 | Depletion | | 8 | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property | | 9 | |
| 10 | **Adjusted current earnings.** Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 | | 10 | 43,846. |

417021
01-05-05

| Form **2220** | Underpayment of Estimated Tax by Corporations | OMB No. 1545-0142 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach to the corporation's tax return. | **2004** |

| Name | Employer identification number |
|---|---|
| LA RUCHE, INC. | 52-1008812 |

**Note:** In most cases, the corporation is not required to file Form 2220. (see Part I below for exceptions) because the IRS will figure any penalty owed and bill the corporation. Even if Form 2220 is not required, the corporation may still use it to figure the penalty. In such a case, enter the amount from page 2, line 38 on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

### Part I — Reasons for Filing
Check the boxes below that apply. If any boxes are checked, and line 6, below, is $500 or more, the corporation **must** file Form 2220, even if it does not owe a penalty.

1. ☐ The corporation is using the adjusted seasonal installment method.
2. ☐ The corporation is using the annualized income installment method.
3. ☐ The corporation is a "large corporation" figuring its first required installment based on the prior year's tax.

### Part II — Figuring the Underpayment

| | | |
|---|---|---|
| 4 | Total tax (see instructions) | 6,605. |
| 5a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 4 | |
| 5b | Look-back interest included on line 4 under section 460(b)(2) for completed long-term contracts or of section 167(g) for depreciation under the income forecast method | |
| 5c | Credit for Federal tax paid on fuels (see instructions) | |
| 5d | **Total.** Add lines 5a through 5c | |
| 6 | Subtract line 5d from line 4. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty | 6,605. |
| 7 | Enter the tax shown on the corporation's 2003 income tax return. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 6 on line 8 | 5,827. |
| 8 | Enter the **smaller** of line 6 or line 7. If the corporation is required to skip line 7, enter the amount from line 6 | 5,827. |

| | | (a) | (b) | (c) | (d) | (e) |
|---|---|---|---|---|---|---|
| 9 | Installment due dates. | 04/15/2004 | 06/15/2004 | 09/15/2004 | 10/01/2004 | 12/15/2004 |
| 10 | Required installments. | 1,457. | 1,457. | 1,165. | 291. | 1,457. |
| 11 | Estimated tax paid or credited for each period | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | | | | | |
| 13 | Add lines 11 and 12 | | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | | 1,457. | 2,914. | 4,079. | 4,370. |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | | | | | |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | | 1,457. | 2,914. | 4,079. | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | 1,457. | 1,457. | 1,165. | 291. | 1,457. |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | | | | | |

Go to Part III on page 2 to figure the penalty. Do not go to Part III if there are no entries on line 17 - no penalty is owed.

412801 01-03-05   JWA   For Paperwork Reduction Act Notice, see separate instructions.   Form **2220** (2004)

**Part III  Figuring the Penalty**

|  |  | (a) | (b) | (c) | (d) | (e) |
|---|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see instructions). (Form 990-PF and Form 990-T filers: Use 5th month instead of 3rd month.) | | STATEMENT 8 | | | |
| 20 | Number of days from due date of installment on ln 9 to the date shown on line 19 | | | | | |
| 21 | Number of days on line 20 after 4/15/2004 and before 7/1/2004 | | | | | |
| 22 | Underpayment on line 17 x Number of days on line 21 x 5% / 366 | $ | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2004 and before 10/1/2004 | | | | | |
| 24 | Underpayment on line 17 x Number of days on line 23 x 4% / 366 | $ | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2004 and before 1/1/2005 | | | | | |
| 26 | Underpayment on line 17 x Number of days on line 25 x 5% / 366 | $ | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2004 and before 4/1/2005 | | | | | |
| 28 | Underpayment on line 17 x Number of days on line 27 X 5% / 365 | $ | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2005 and before 7/1/2005 | | | | | |
| 30 | Underpayment on line 17 x Number of days on line 29 x *% / 365 | $ | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2005 and before 10/1/2005 | | | | | |
| 32 | Underpayment on line 17 x Number of days on line 31 x *% / 365 | $ | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2005 and before 1/1/2006 | | | | | |
| 34 | Underpayment on line 17 x Number of days on line 33 x *% / 365 | $ | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2005 and before 2/16/2006 | | | | | |
| 36 | Underpayment on line 17 x Number of days on line 35 x *% / 365 | $ | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, & 36 | $ 63. | $ 51. | $ 29. | $ 7. | $ 18. |

**38 Penalty.** Add columns (a) through (e), of line 37. Enter the total here and on Form 1120; line 33, Form 1120-A, line 29; or the comparable line for other income tax returns .................................................................. **38** $ 168.

* **For underpayments paid after March 31, 2005:** For lines 30, 32, 34, and 36, use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at **www.irs.gov**. You can also call 1-800-829-1040 to get interest rate information.

JWA

Form **2220** (2004)

412802
01-24-05

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **(Including Information on Listed Property)**   OTHER ▶ See separate instructions.   ▶ Attach to your tax return. | **2004** Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LA RUCHE, INC. | OTHER DEPRECIATION | 52-1008812 |

### Part I  Election To Expense Certain Property Under Section 179  Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount. See instructions for a higher limit for certain businesses | 1 | 102,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 410,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2003 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 Other depreciation (including ACRS) (see instructions) | 16 | |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2004 | 17 | 1,467. |
| 18 If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2004 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 1,467. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

416251 11-15-04   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2004)

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: *See instructions for limits for passenger automobiles.*)

**24a** Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No    **24b** If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

**25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ............. **25**

**26** Property used more than 50% in a qualified business use:

|   |   | % |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   |   | % |   |   |   |   |   |   |
|   |   | % |   |   |   |   |   |   |

**27** Property used 50% or less in a qualified business use:

|   |   | % |   |   |   | S/L - |   |   |
|---|---|---|---|---|---|-------|---|---|
|   |   | % |   |   |   | S/L - |   |   |
|   |   | % |   |   |   | S/L - |   |   |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .......... **28**

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................................ **29**

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

|  | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
|  | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

|  | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

### Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

**42** Amortization of costs that begins during your 2004 tax year:

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

**43** Amortization of costs that began before your 2004 tax year ............... **43**

**44 Total.** Add amounts in column (f). See instructions for where to report ............... **44**

**2004 DEPRECIATION AND AMORTIZATION REPORT**
**OTHER DEPRECIATION**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | OTHER | | |
| 1 | FURNITURE AND FIXTURES | 070175 | SL | 10.00 | 16 | 15,431. | | | 15,431. | 15,431. | | 0. |
| 2 | FURNITURE AND FIXTURES | 070176 | SL | 10.00 | 16 | 440. | | | 440. | 440. | | 0. |
| 3 | FURNITURE AND FIXTURES | 070177 | SL | 10.00 | 16 | 3,974. | | | 3,974. | 3,974. | | 0. |
| 4 | FURNITURE AND FIXTURES | 070178 | SL | 10.00 | 16 | 1,238. | | | 1,238. | 1,238. | | 0. |
| 5 | FURNITURE AND FIXTURES | 070179 | SL | 10.00 | 16 | 60,926. | | | 60,926. | 60,926. | | 0. |
| 6 | FURNITURE AND FIXTURES | 070180 | SL | 10.00 | 16 | 3,732. | | | 3,732. | 3,732. | | 0. |
| 7 | FURNITURE AND FIXTURES | 070181 | SL | 10.00 | 16 | 374. | | | 374. | 374. | | 0. |
| 8 | FURNITURE AND FIXTURES | 070182 | SL | 10.00 | 16 | 2,600. | | | 2,600. | 2,600. | | 0. |
| 9 | LEASEHOLD IMPROVEMENTS | 070182 | SL | 10.00 | 16 | 67,970. | | | 67,970. | 67,970. | | 0. |
| 10 | FURNITURE AND FIXTURES | 070183 | SL | 10.00 | 16 | 2,700. | | | 2,700. | 2,700. | | 0. |
| 11 | FURNITURE AND FIXTURES | 070185 | SL | 10.00 | 16 | 3,428. | | | 3,428. | 3,428. | | 0. |
| 12 | FURNITURE AND FIXTURES | 090188 | 200DB | 10.00 | 17 | 2,349. | | | 2,349. | 2,349. | | 0. |
| 13 | LEASEHOLD IMPROVEMENTS | 060188 | 200DB | 10.00 | 17 | 3,290. | | | 3,290. | 3,290. | | 0. |
| 15 | FURNITURE AND FIXTURES | 090191 | 200DB | 10.00 | 17 | 475. | | | 475. | 475. | | 0. |
| 16 | EQUIPMENT (DISHWASHER) | 032797 | 200DB | 5.00 | 17 | 2,800. | | 2,800. | | 2,800. | | 0. |
| 17 | KITCHEN STOVE | 031297 | 200DB | 5.00 | 17 | 2,800. | | | 2,800. | | | 0. |
| 18 | KITCHEN EQUIP (FRYER) | 032797 | 200DB | 5.00 | 17 | 1,250. | | 1,250. | | | | 0. |
| 20 | EQUIPMENT (BAR) | 0982 | 00DB | 5.00 | 17 | 15,746. | | | 15,746. | 15,746. | | 0. |

(D) - Asset disposed  * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

428102 10-08-04

**2004 DEPRECIATION AND AMORTIZATION REPORT**
**OTHER DEPRECIATION**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | TABLE/CHAIRS-RENO | 0798 | 200DB | 7.00 | 17 | 18,633. | | 18,500. | 133. | 116. | | 11. |
| 22 | EQUIP-MEAT SLICER | 0998 | 200DB | 3.00 | 17 | 1,322. | | | 1,322. | 1,322. | | 0. |
| 23 | EQUIP-ENTERTAINMENT | 0798 | 200DB | 3.00 | 17 | 1,595. | | | 1,595. | 1,595. | | 0. |
| 24 | LEASEHOLD IMPROVEMENTS | 0798 | SL | 39.00 | 17 | 56,790. | | | 56,790. | 7,947. | | 1,456. |
| 28 | FURNITURE & FIXTURES | VARIES | 200DB | 5.00 | 17 | <84,063.> | | | <84,063.> | <84,063.> | | 0. |
| 29 | LEASEHOLD IMPROVEMENTS | 0701 | 82PRE | 5.00 | 16 | <53,324.> | | | <53,324.> | <53,324.> | | 0. |
| 31 | WATER HEATER | 1011992 | 00DB | 10.00 | 17 | 750. | | 750. | | | | 0. |
| 32 | COURTYARD TABLE & CHAIRS - | 02120 | 2200DB | 5.00 | 17 | 3,000. | | 3,000. | | | | 0. |
| | COURTYARD | | | | | 136,226. | | 26,300. | 109,926. | 61,066. | 0. | 1,467. |
| | * TOTAL OTHER DEPRECIATION | | | | | | | | | | | |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL | 25,729. |
| BUSINESS LICENSES AND PERMITS | 1,429. |
| D.C. TAXES - BASED ON INCOME | 4,879. |
| TOTAL TO FORM 1120, LINE 17 | 32,037. |

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE AND MISCELLANEOUS EXPENSE | 22,541. |
| CREDIT CARD FEES | 33,532. |
| GENERAL INSURANCE | 35,792. |
| PROFESSIONAL SERVICES | 5,232. |
| RESTAURANT SUPPLIES AND SERVICES | 42,561. |
| TELEPHONE AND UTILITIES | 24,975. |
| MANAGEMENT FEES | 28,800. |
| TOTAL TO FORM 1120, LINE 26 | 193,433. |

```
                            TAX COMPUTATION                          STATEMENT   3
```

| | | |
|---|---|---:|
| 1. | TAXABLE INCOME . . . . . . . . . . . . . . . . . . | 44,036 |
| 2. | LESSER OF LINE 1 OR FIRST BRACKET AMOUNT . . | 44,036 |
| 3. | LINE 1 LESS LINE 2 . . . . . . . . . . . . . . . | 0 |
| 4. | LESSER OF LINE 3 OR SECOND BRACKET AMOUNT . . | 0 |
| 5. | LINE 3 LESS LINE 4 . . . . . . . . . . . . . . . | 0 |
| 6. | INCOME SUBJECT TO 34% TAX RATE . . . . . . . . | 0 |
| 7. | INCOME SUBJECT TO 35% TAX RATE . . . . . . . . | 0 |
| 8. | 15 PERCENT OF LINE 2 . . . . . . . . . . . . . | 6,605 |
| 9. | 25 PERCENT OF LINE 4 . . . . . . . . . . . . . | 0 |
| 10. | 34 PERCENT OF LINE 6 . . . . . . . . . . . . . | 0 |
| 11. | 35 PERCENT OF LINE 7 . . . . . . . . . . . . . | 0 |
| 12. | ADDITIONAL 5% SURTAX. . . . . . . . . . . . . . | 0 |
| 13. | ADDITIONAL 3% SURTAX . . . . . . . . . . . . . | 0 |
| 14. | TOTAL INCOME TAX . . . . . . . . . . . . . . . | 6,605 |