| OTHER INFORMATION | 50% OR MORE OWNERSHIP QUESTION | STATEMENT 4 |
|---|---|---|

(A) NAME                    CAUDERLIER & ASSOCIATES, INC.
    ADDRESS                 1039 31ST ST NW, WASHINGTON DC
    EMPLOYER IDENTIFICATION
      NUMBER (EIN)          52-2199045
(B) PERCENT OF STOCK        100.00%
(C) TAXABLE INCOME (LOSS)       63,731.

✱

| SCHEDULE L | OTHER ASSETS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER DEPOSITS | 2,363. | 2,363. |
| TOTAL TO SCHEDULE L, LINE 14 | 2,363. | 2,363. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 7,456. | 8,501. |
| PAYROLL TAXES PAYABLE | 656. | 4,711. |
| FEDERAL ACCRUED TAXES | 5,827. | 6,605. |
| STATE ACCRUED TAXES | 4,393. | 4,879. |
| TOTAL TO SCHEDULE L, LINE 18 | 18,332. | 24,696. |

| SCHEDULE M-2 | UNAPPROPRIATED RETAINED EARNINGS - OTHER DECREASES | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAX PENALTIES | 1,226. |
| TOTAL TO SCHEDULE M-2, LINE 6 | 1,226. |

```
FORM 2220              COMPUTATION OF UNDERPAYMENT PENALTY           STATEMENT    8
```

| QTR | EVENT AMOUNT TYPE | * | REMAINING UNDERPAYMENT | PERIOD OF UNDERPAYMENT | | DAYS | INT RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | |
| | Q | | 1,457. | 04/15/2004 | 06/30/2004 | 76 | 5% | 15. |
| | R | | 1,457. | 06/30/2004 | 09/30/2004 | 92 | 4% | 15. |
| | R | | 1,457. | 09/30/2004 | 12/31/2004 | 92 | 5% | 18. |
| | L | | 1,457. | 12/31/2004 | 03/15/2005 | 74 | 5% | 15. |
| B | | | | | | | | |
| | Q | | 1,457. | 06/15/2004 | 06/30/2004 | 15 | 5% | 3. |
| | R | | 1,457. | 06/30/2004 | 09/30/2004 | 92 | 4% | 15. |
| | R | | 1,457. | 09/30/2004 | 12/31/2004 | 92 | 5% | 18. |
| | L | | 1,457. | 12/31/2004 | 03/15/2005 | 74 | 5% | 15. |
| C | | | | | | | | |
| | Q | | 1,165. | 09/15/2004 | 09/30/2004 | 15 | 4% | 2. |
| | R | | 1,165. | 09/30/2004 | 12/31/2004 | 92 | 5% | 15. |
| | L | | 1,165. | 12/31/2004 | 03/15/2005 | 74 | 5% | 12. |
| D | | | | | | | | |
| | Q | | 291. | 10/01/2004 | 12/31/2004 | 91 | 5% | 4. |
| | L | | 291. | 12/31/2004 | 03/15/2005 | 74 | 5% | 3. |
| E | | | | | | | | |
| | Q | | 1,457. | 12/15/2004 | 12/31/2004 | 16 | 5% | 3. |
| | L | | 1,457. | 12/31/2004 | 03/15/2005 | 74 | 5% | 15. |
| TOTAL TO FORM 2220, LINE 38 | | | | | | | | 168. |

```
    EVENT TYPE: Q = AMOUNT UNDERPAID AT START OF QUARTER
                P = PAYMENT
                W = WITHHOLDING
                R = INTEREST RATE CHANGE
                L = SWITCH TO OR FROM A LEAP YEAR
```

**Government of the District of Columbia**

**2004 D-20 JB Corporation Franchise Tax Return**

Federal Employer I.D. Number: 521008812

Number of business locations — In the District: 1   Outside the District: 0

OFFICIAL USE ONLY

*04200311019*

Name of corporation: LA RUCHE, INC.

Taxable year beginning MM/YY: 01/04
Taxable year ending MM/YY: 12/04

Business address line #1: 1039 31ST STREET, N.W.

Mark if is your first return or your address is different from last year's return.

City: WASHINGTON   State: DC   Zipcode: 20007

Mark if:
- AMENDED RETURN
- CERTIFIED QHTC
- CONSOLIDATED RETURN
- FINAL RETURN

NAICS CODE: 722110

• READ INSTRUCTIONS BEFORE PREPARING RETURN
(Allocate Non-Business Items. See instructions.)

Enter dollar amounts only. If amount is zero, leave line blank.

**GROSS INCOME**

| # | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts, minus returns and allowances | 1 | 1240865.00 |
| 2 | Cost of goods sold (from Schedule A) and/or operations Attach statement | 2 | 372916.00 |
| 3 | Gross profit from sales and/or operations Line 1 minus Line 2  Mark if minus | 3 | 867949.00 |
| 4 | Dividends From Schedule B | 4 | .00 |
| 5 | Interest Attach statement | 5 | .00 |
| 6 | Gross rental income  Mark if minus | 6 | .00 |
| 7 | Royalties Attach statement | 7 | .00 |
| 8(a) | Net capital gain (loss) Attach copy of Federal Schedule D  Mark if minus | 8(a) | .00 |
| 8(b) | Ordinary gain (loss) from Part II, federal Form 4797 Attach copy of completed Form 4797  Mark if minus | 8(b) | .00 |
| 9 | Other income (loss) Attach statement  Mark if minus | 9 | .00 |
| 10 | Total gross income Add Lines 3-9  Mark if minus | 10 | 867949.00 |

**DEDUCTIONS**

| # | Description | | Amount |
|---|---|---|---|
| 11 | Compensation of officers From Schedule C | 11 | 14615.00 |
| 12 | Salaries and wages | 12 | 321712.00 |
| 13 | Repairs | 13 | 18367.00 |
| 14 | Bad debts | 14 | .00 |
| 15 | Rent Do not take federal bonus depreciation or extra IRC § 179 expenses | 15 | 220596.00 |
| 16 | Taxes From Schedule D | 16 | 27158.00 |
| 17 | Interest Attach statement   SEE STATEMENT 1 | 17 | 686.00 |
| 18 | Contributions or gifts Attach statement | 18 | .00 |
| 19 | Amortization Attach copy of your Federal Form 4562 | 19 | .00 |
| 20 | Depreciation Attach copy of your Federal Form 4562 Do not include additional federal bonus depreciation. | 20 | 1467.00 |
| 21 | Depletion Attach statement | 21 | .00 |
| 22 | Advertising | 22 | 21000.00 |

STAPLE CHECK OR MONEY ORDER HERE

443401 / 12-15-04

2004 D-20 SUB P1



Taxpayer Name: **LA RUCHE, INC.**

Federal Employer I.D. Number: **521008812**

## DEDUCTIONS

ENTER DOLLAR AMOUNTS ONLY

| # | Description | Line | Amount |
|---|---|---|---|
| 23. | Pension, profit-sharing plans | 23 | .00 |
| 24. | Other deductions Attach statement    SEE STATEMENT 2 | 24 | 193433.00 |
| 25. | Total deductions Add Lines 11 - 24 | 25 | 819034.00 |
| 26. | Net income Line 10 minus Line 25    Mark if minus | 26 | 48915.00 |
| 27. | Net operating loss deduction (Before year 2000) | 27 | .00 |
| 28. | Net income after net operating loss deduction Line 26 minus Line 27    Mark if minus | 28 | 48915.00 |

## TAXABLE INCOME

| # | Description | Line | Amount |
|---|---|---|---|
| 29. (a) | Non-business income Attach statement    Mark if minus | 29a | .00 |
| (b) | Expense related to non-business income Attach statement | 29b | .00 |
| (c) | 29(a) minus 29(b)    Mark if minus | 29c | .00 |
| 30. | Net income subject to apportionment Line 28 minus 29(c)    Mark if minus | 30 | 48915.00 |
| 31. | DC apportionment factor From Line 5, column 3, Schedule F | 31 | 1.000000 |
| 32. | Net income from trade or business apportioned to DC    Mark if minus Line 30 amount multiplied by Line 31 factor. | 32 | 48915.00 |
| 33. | Portion of Line 29(c) attributable to DC Attach statement    Mark if minus | 33 | 0.00 |
| 34. | Total taxable income before apportioned NOL deduction    Mark if minus Line 32 plus or minus Line 33 | 34 | 48915.00 |
| 35. | Apportioned NOL deduction (Losses occurring in year 2000 and later) | 35 | 0.00 |
| 36. | Total District taxable income Line 34 plus or minus Line 35    Mark if minus | 36 | 48915.00 |

## TAX AND CREDITS

| # | Description | Line | Amount |
|---|---|---|---|
| 37. | **TAX** 9.975% of Line 36. If less than $100, enter $100 | 37 | 4879.00 |
| 38. (a) | Tax paid if any with request for extension of time to file or paid with original return if this is an amended return. | 38a | 4300.00 |
| (b) | 2004 estimated franchise tax payments | 38b | .00 |
| (c) | Economic development zone incentives credit from worksheet | 38c | .00 |
| (d) | QHTC credits Do no apply against minimum tax Attach D.C. Form D-20CR | 38d | .00 |
| 39. | Add Lines 38(a), (b), (c), and (d) Enter total | 39 | 4300.00 |
| 40. | Tax due If Line 37 is larger, subtract Line 39 from Line 37 | 40 | 579.00 |
| 41. | Penalty  $         .00            Total penalty and interest    Interest $         .00 | 41 | .00 |
| 42. | Total due Add Lines 40 and 41 | 42 | 579.00 |
| 43. | Overpayment If Line 39 is larger, subtract Line 37 from Line 39 | 43 | .00 |
| 44. | Retraining costs credit Part G, Line 5, DC Form D-20CR | 44 | .00 |
| 45. | Amount you want to apply to your 2005 estimated franchise tax | 45 | .00 |
| 46. | Amount to be refunded Line 43 plus Line 44 minus Line 45 | 46 | .00 |

Under penalties of law, I declare that I have examined this return and to the best of my knowledge, it is correct. Declaration of paid preparer is based on all information available to the preparer.

**PLEASE SIGN HERE**

Officer's signature      Title **PRESIDENT**      Date      Telephone number of person to contact **9652684**

**PAID PREPARER ONLY**

Preparer's signature (If other than taxpayer)      Date

Preparer's FEIN, SSN or PTIN **522083384**      Firm name/address **C. WEBB, INC.  WASHINGTON, DC 20017-4334**

Do you want to allow the preparer to discuss this return with the Office of Tax and Revenue? If YES, mark here **X**

Make check or money order payable to the D.C. Treasurer. Include your FEIN, D-20 and tax year on your payment. Mail return and payment to: Office of Tax and Revenue, P.O. Box 601, Washington, D.C. 20044-0601, on or before the 15th day of the third month following the close of the tax year.

443411 / 12-06-04

## Schedule A - Cost of Goods Sold (See specific instructions for Line 2)

| | Amount |
|---|---|
| 1. Inventory at beginning of year | $ 6,135. |
| 2. Merchandise bought for manufacture or sale | 373,281. |
| 3. Salaries and wages | |
| 4. Other costs per books (attach statement) (additional federal bonus deprec. is not allowable) | |
| 5. Total | $ 379,416. |
| 6. Minus: Inventory at end of tax year | 6,500. |
| 7. Cost of goods sold (enter here and on Line 2, Page 1) | $ 372,916. |

Method of inventory valuation: COST

## Schedule B - Dividends (See specific instructions for Line 4)

| NAME AND ADDRESS OF DECLARING CORPORATION | AMOUNT |
|---|---|
| | |
| Total Dividends | |
| Minus deduction for Subpart F Income | |
| Minus deduction for dividends received from wholly-owned subsidiary | |
| TOTAL (enter here and on Line 4, Page 1) | $ |

## Schedule C - Compensation of officers (See specific instructions for Line 11)

| Col. 1 Name, Address and SSN of Officer | Col. 2 Official Title | Col. 3 Time Devoted to Business | Percent of Corporation Stock Owned | | Col. 6 Amount of Compensation | Col. 7 Expense Account Allowances |
|---|---|---|---|---|---|---|
| | | | Col. 4 Common | Col. 5 Preferred | | |
| JEAN-CLAUDE P. CAUDERLIER FALLS CHURCH, VA 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 | | ALL | 90.00% | % | 14,615. | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

**TOTAL COMPENSATION OF OFFICERS** (also enter on Line 11, Page 1)   $ 14,615.

## Schedule D - Taxes (See specific instructions for Line 16)

| EXPLANATION | AMOUNT | EXPLANATION | AMOUNT |
|---|---|---|---|
| PAYROLL | $ 25,729. | | $ |
| BUSINESS LICENSES AND PERMITS | 1,429. | | |
| | | TOTAL (enter here and on Line 16, Page 1) | $ 27,158. |

## Schedule E - Reconciliation of the net income reported on federal and DC returns

| | Amount | | Amount |
|---|---|---|---|
| 1. Taxable income before net operating loss deduction and special deductions (Page 1 of your Federal corporate return) | $ 44,036. | 7. Total District taxable income reported (from Line 36, Page 2) | $ 48,915. |
| **UNALLOWABLE DEDUCTIONS AND ADDITIONAL INCOME** | | **NON-TAXABLE INCOME AND ADDITIONAL DEDUCTIONS** | |
| 2. Income taxes (see specific instructions for line 16) | | | |
| 3. DC income taxes and franchise taxes imposed by DC Revenue Act of 1947, as amended | 4,879. | 8. Net income apportioned or allocated outside DC | |
| 4. Interest on obligations of states, territories of the U.S. or any Political Subdivision thereof | | 9. Other non-taxable income and additional deductions (itemize): | |
| 5. Other unallowable deductions and additional inc (itemize, include additional fed bonus depr and additional IRC § 179 exp) (a) _____ (b) _____ | | (a) _____ (b) _____ | |
| 6. TOTAL (Lines 1-5) | $ 48,915. | 10. TOTAL (Lines 7, 8 and 9) | $ 48,915. |

443412
12-15-04

## Schedule F - DC Apportionment factor (See instructions under Form D-20 schedules)

Round cents to the nearest dollar. If an amount is zero, leave the line blank.

Carry all factors to six decimal places

| | Column 1 TOTAL | Column 2 In DC | Column 3 Factor (Col. 2 divided by Column 1) |
|---|---|---|---|
| 1. PROPERTY FACTOR: Average value of real estate and tangible personal property owned or rented to and used by the corporation (Financial institutions do not complete this item) | $ | .00  $ | .00 |
| 2. PAYROLL FACTOR: Total compensation paid or accrued by the corporation | $ | .00  $ | .00 |
| 3. SALES FACTOR: All gross receipts of the corporation other than gross receipts from non-business income | $ | .00  $ | .00 |

4. SUM OF FACTORS: (Add Column 3)

5. DC APPORTIONMENT FACTOR: Line 4 divided by the number 3; or 3 reduced by the number of factors without a denominator
   Note: Financial institutions using a two-factor formula should divide Line 4 by 2. (Enter the factor on Line 31, page 2, D-20.)

## Schedule G - Balance Sheets

| | | Beginning of Taxable Year | | End of Taxable Year | |
|---|---|---|---|---|---|
| | | (A) Amount | (B) Total | (A) Amount | (B) Total |
| ASSETS | 1. Cash | | 26,881. | | 113,384. |
| | 2. Trade notes and accounts receivable | | | | |
| | (a) MINUS: Allowance for bad debts | | | | |
| | 3. Inventories | | 6,135. | | 6,500. |
| | 4. Gov't obligations: (a) U.S. and its instrumentalities | | | | |
| | (b) State, subdivisions thereof, etc. | | | | |
| | 5. Other current assets (attach statement) | | | | |
| | 6. Loans to stockholders | | | | |
| | 7. Mortgage and real estate loans | | | | |
| | 8. Other investments (attach statement) | | | | |
| | 9. Buildings and other fixed depreciable assets | 136,105. | | 136,105. | |
| | (a) MINUS: Accumulated depreciation | 87,219. | 48,886. | 88,686. | 47,419. |
| | 10. Depletable assets | | | | |
| | (a) MINUS: Accumulated depletion | | | | |
| | 11. Land (net of any amortization) | | | | |
| | 12. Intangible assets (amortizable only) | | | | |
| | (a) MINUS: Accumulated amortization | | | | |
| | 13. Other assets (attach statement) STATEMENT 3 | | 2,363. | | 2,363. |
| | 14. TOTAL ASSETS | | 84,265. | | 169,666. |
| LIABILITIES AND CAPITAL | 15. Accounts payable | | 87,386. | | 137,097. |
| | 16. Mortgages, notes, bonds payable in less than 1 year | | 6,879. | | |
| | 17. Other current liabilities (attach statement) STATEMENT 4 | | 18,332. | | 24,696. |
| | 18. Loans from stockholders | | | | |
| | 19. Mortgages, notes, bonds payable in 1 year or more | | | | |
| | 20. Other liabilities (attach statement) | | | | |
| | 21. Capital stock: (a) Preferred stock | | | | |
| | (b) Common stock | 10,000. | 10,000. | 35,000. | 35,000. |
| | 22. Paid-in or capital surplus (attach statement) | | | | |
| | 23. Retained earnings - Appropriated (attach statement) | | | | |
| | 24. Retained earnings - Unappropriated | | 86,668. | | 122,873. |
| | 25. MINUS: Cost of treasury stock | | 125,000. | | 150,000. |
| | 26. TOTAL LIABILITIES AND CAPITAL | | 84,265. | | 169,666. |

443421
12-15-04

## Schedule H-1 - Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | |
|---|---|---|
| 1. Net income per books | $ 37,431. | 7. Income recorded on books this year not included in this return (itemize) $ |
| 2. Federal income tax | 6,605. | (a) Tax-exempt interest $ |
| 3. Excess of capital losses over capital gains | | |
| 4. Taxable income not recorded on books this year (itemize) | | |
| 5. Expenses recorded on books this year and not deducted on this return (itemize) | | 8. Deductions on this tax return and not charged against book income this year (itemize) |
| (a) Depreciation $ | | (a) Depreciation $ |
| (b) Depletion $ | | (b) Depletion $ |
| | | 9. TOTAL of Lines 7 and 8 $ |
| 6. TOTAL of Lines 1 through 5 | $ 44,036. | 10. Income (line 28, page 1 of federal Form 1120) (Line 6 minus Line 9) $ 44,036. |

## Schedule H-2 - Analysis of Unappropriated Retained Earnings per Books

| | | |
|---|---|---|
| 1. Balance at beginning of year | $ 86,668. | 5. Distributions: (a) Cash $ |
| 2. Net income per books | 37,431. | (b) Stock |
| 3. Other increases (itemize) | | (c) Property |
| | | 6. Other decreases (itemize) STATEMENT 5  1,226. |
| | | 7. TOTAL of Lines 5 and 6 $ 1,226. |
| 4. TOTAL of Lines 1, 2 and 3 | $ 124,099. | 8. Balance at end of year (Line 4 minus Line 7) $ 122,873. |

**Supplemental Information**

| 1. STATE OR COUNTRY OF INCORPORATION | 2.(a) DATE OF INCORPORATION | 2(b) DATE BUSINESS BEGAN IN DC | 3. IRS SERVICE CENTER WHERE FEDERAL RETURN WAS FILED FOR PERIOD COVERED BY THIS RETURN: |
|---|---|---|---|
| DIST OF COL | 12/17/1974 | 12/17/1974 | CINCINNATI |
| 4. THE CORPORATION'S BOOKS ARE IN CARE OF CORPORATION | | 5. LOCATED AT ADDRESS PER RETURN | |

6. During 2004, has the Internal Revenue Service made or proposed any adjustments to your federal income tax returns, or did you file any amended returns with the IRS? ☐ YES ☒ NO  If "YES", please submit separately a detailed statement, unless previously submitted, to the address shown in General Instructions. If you have already provided a detailed statement, enter the date it was sent.    MMDDYYYY

7. Is this corporation affiliated with a partnership or another corporation?   ☒ YES  ☐ NO   If yes, explain:
CAUDERLIER & ASSOC - MGMT CO

8. Is this return made on the accrual basis?   ☐ YES  ☒ NO   If no, indicate basis used: ☒ Cash Basis  ☐ Other (specify)

9. Did you file a franchise tax return with DC for the year 2003?   ☒ YES  ☐ NO   If no, state reason:

10. Did you withhold DC income tax from wages paid to your DC resident employees during 2004?   ☒ YES  ☐ NO   If no, state reason:

11. Have you filed annual information returns, federal forms 1096 and 1099, pertaining to payment of dividends and interest for 2004?   ☒ YES  ☐ NO

12. (a) Has the business been terminated?  ☐ YES  ☒ NO   If yes, explain and give date:
    (b) Have you moved out of DC?   ☐ YES  ☒ NO

443431
12-15-04

| DC FORM D-20 | INTEREST EXPENSE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST EXPENSE FROM FED FORM 1120 | 686. |
| TOTAL TO FORM D-20, PAGE 1, LINE 17 | 686. |

| DC FORM D-20 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE AND MISCELLANEOUS EXPENSE | 22,541. |
| CREDIT CARD FEES | 33,532. |
| GENERAL INSURANCE | 35,792. |
| PROFESSIONAL SERVICES | 5,232. |
| RESTAURANT SUPPLIES AND SERVICES | 42,561. |
| TELEPHONE AND UTILITIES | 24,975. |
| MANAGEMENT FEES | 28,800. |
| TOTAL TO FORM D-20, PAGE 2, LINE 24 | 193,433. |

| DC SCHEDULE G | OTHER ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER DEPOSITS | 2,363. | 2,363. |
| TOTAL TO SCHEDULE G, LINE 13 | 2,363. | 2,363. |

| DC SCHEDULE G | OTHER CURRENT LIABILITIES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 7,456. | 8,501. |
| PAYROLL TAXES PAYABLE | 656. | 4,711. |
| FEDERAL ACCRUED TAXES | 5,827. | 6,605. |
| STATE ACCRUED TAXES | 4,393. | 4,879. |
| TOTAL TO SCHEDULE G, LINE 17 | 18,332. | 24,696. |

STATEMENT(S) 1, 2, 3, 4

| DC SCHEDULE H-2 | UNAPPROPRIATED RETAINED EARNINGS OTHER DECREASES | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAX PENALTIES | 1,226. |
| TOTAL TO SCHEDULE H-2, LINE 6 | 1,226. |

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) OTHER | | OMB No. 1545-0172 **2004** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions.  ▶ Attach to your tax return. | | Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LA RUCHE, INC. | OTHER DEPRECIATION | 52-1008812 |

### Part I  Election To Expense Certain Property Under Section 179  Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1  Maximum amount. See instructions for a higher limit for certain businesses | **1** | 25,000. |
| 2  Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3  Threshold cost of section 179 property before reduction in limitation | **3** | 200,000. |
| 4  Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5  Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7  Listed property. Enter the amount from line 29 | **7** | |
| 8  Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9  Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 Carryover of disallowed deduction from line 13 of your 2003 Form 4562 | **10** | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 ▶ **13** | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 Property subject to section 168(f)(1) election (see instructions) | **15** | |
| 16 Other depreciation (including ACRS) (see instructions) | **16** | |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2004 | **17** | 1,467. |
| 18 If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

#### Section B - Assets Placed in Service During 2004 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | **21** | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 1,467. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

416251
11-15-04  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  Form **4562** (2004)

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: *See instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ………………………………………………… | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ………………… | | | | | | | 28 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 …………………………………………………………… | | | | | | | | 29 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

## Part VI Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2004 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2004 tax year ……………………………………………………… | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See instructions for where to report …………………………………………… | | | | 44 | |

| OTHER INFORMATION | 50% OR MORE OWNERSHIP QUESTION | STATEMENT 4 |

(A) NAME                           CAUDERLIER & ASSOCIATES, INC.
    ADDRESS                        1039 31ST ST NW, WASHINGTON DC
    EMPLOYER IDENTIFICATION
      NUMBER (EIN)                 52-2199045
(B) PERCENT OF STOCK               100.00%
(C) TAXABLE INCOME (LOSS)              63,731.

| SCHEDULE L | OTHER ASSETS | STATEMENT 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER DEPOSITS | 2,363. | 2,363. |
| TOTAL TO SCHEDULE L, LINE 14 | 2,363. | 2,363. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 7,456. | 8,501. |
| PAYROLL TAXES PAYABLE | 656. | 4,711. |
| FEDERAL ACCRUED TAXES | 5,827. | 6,605. |
| STATE ACCRUED TAXES | 4,393. | 4,879. |
| TOTAL TO SCHEDULE L, LINE 18 | 18,332. | 24,696. |

| SCHEDULE M-2 | UNAPPROPRIATED RETAINED EARNINGS - OTHER DECREASES | STATEMENT 7 |

| DESCRIPTION | AMOUNT |
|---|---|
| TAX PENALTIES | 1,226. |
| TOTAL TO SCHEDULE M-2, LINE 6 | 1,226. |