UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1653 |
| : | (ESH) |
| **SERGIO ZAMBRANA,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Having considered defendant's Motion to Dismiss the Complaint, or in the Alternative, to Join Indispensable Parties, the opposition thereto, and defendant's reply, the Court hereby denies the motion. As of this time, the Court finds that neither Mr. Cauderlier nor LaRuche is a necessary party within the meaning of Rule 19(a), or in the alternative, neither is indispensable within the meaning of Rule 19(b).

An initial scheduling conference is hereby set for October 27, 2005 at 1:45 p.m.


                                    s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

Date:  October 4, 2005