IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cauderlier & Associates, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05-cv-01653-ESH |
| v. ) | |
| ) | |
| Sergio Zambrana, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Upon consideration of the parties' Local Rule 16.3 Joint Meet And Confer Statement dated October 21, 2005, it is hereby ORDERED as follows:

1) Discovery may commence immediately and is to be completed by February 28, 2006.

2) The parties shall submit a Joint Stipulated Protective Order by _____.

3) Plaintiff and defendants may each serve a maximum of 25 interrogatories (including subparts) upon the other party, without leave of Court. Responses and objections to interrogatories shall be due 30 days after service.

4) Plaintiff and defendants may each take no more than 5 non-expert depositions, without leave of Court.

5) Each deposition is limited to a maximum of seven hours, unless extended by agreement of the parties or order of the Court.

6) Any and all dispositive motions are due from all parties by April 4, 2006.

2

       i.    Cross-motions and/or oppositions are due from all parties by May 2, 2006.

      ii.    Reply briefs are due from all parties by May 16, 2006.

7) A pretrial conference will be held on _____.

SO ORDERED.

Dated:

_____
The Hon. Ellen Segal Huvelle
United States District Court Judge

With Copies To:

Benny L. Kass, Esq.
Jeffrey M. Hamberger, Esq.
KASS, MITEK & KASS, PLC
1050 17th St., N.W. #1100
Washington, D.C. 20036
blkass@kmklawyers.com
jhamberger@kmklawerys.com
(202) 659-6500
*Counsel for Defendant Sergio Zambrana*


Robert L. Green, Jr., Esq.
Suzanne R. Clement, Esq.
HOWREY, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
clements@howrey.com
*Counsel For Plaintiff Cauderlier & Associates, Inc.*