UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **SERGIO ZAMBRANA,** : <br> : <br> Defendant. : <br> _____ : | Civil Action No. 05-1653 <br> (ESH) |

### ORDER OF REFERRAL

Based upon the status hearing this date, it is hereby

**ORDERED** this matter is referred to Magistrate Judge John M. Facciola for settlement discussions to begin on or about November 1, 2005. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge John M. Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                                                                                                               s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date: October 27, 2005