IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cauderlier & Associates, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Sergio Zambrana, )<br>)<br>Defendant. )<br>) | 1:05-cv-01653-ESH |

### PLAINTIFF CAUDERLIER & ASSOCIATES, INC.'S RULE 26(a)(1) DISCLOSURE

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Cauderlier & Associates, Inc. ("CAI"), makes the following initial disclosures based on knowledge available to date. CAI's disclosures represent a good faith effort to identify information reasonably believed to be discoverable and relevant to the factual disputes alleged with particularity in the pleadings. CAI reserves the right to supplement this disclosure as its investigation continues.

I.   **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

| Name | Address |
|---|---|
| Jean Claude Cauderlier | Cauderlier & Associates, Inc.<br>1039 31st Street, N.W.<br>Washington, D.C. 20007<br>(202) 965-2684 |
| Sergio Zambrana | 725 Gormley Drive<br>Rockville, MD 20850 |
| Charles Webb | C. Webb, Inc.<br>450 Taylor Street, N.E. #F42<br>Washington, D.C. 20017<br>(202) 269-0753 |

| **Name** | **Address** |
|---|---|
| Mahesh Naithani<br>Manager | Yes! 1035 Limited Partnership<br>1 Union Square South<br>PH-1H<br>New York, NY 10003<br>(212) 981-2040 |
| Jamie Powers, Esq.<br>CAI Incorporator<br>Former Secretary | Comstock Companies<br>11465 Sunset Hills Rd.,<br>Ste. 510<br>Reston, VA 20190<br>(703) 883-1700 |
| Pierre J. LaForce<br>CAI Incorporator | 2300 N St., N.W.<br>Washington, D.C. 20037 |
| Loretta B. Rias<br>CAI Incorporator | 2300 N St., N.W.<br>Washington, D.C. 20037 |
| Rev. David Bird, Ph.D | Trinity Cathedral<br>81 North Second Street<br>San Jose, CA 95113<br>(202) 905-5178 |

II.  **DESCRIPTION OF POTENTIALLY RELEVANT DOCUMENTS BY CATEGORY AND LOCATION**

The following is a description, by category and location, of all documents, data compilations, and tangible things in the possession, custody or control of CAI that are believed to be relevant to the disputed facts alleged with particularly in the pleadings. CAI provides the following list without any concession, agreement, admission or waiver of any ultimate determination of relevance or admissibility of particular documents or information for any purpose, and without waiver of any attorney-client, work, immunity or other privilege.

1. CAI's Corporate Records:

    Howrey LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004

### III.  DAMAGES CALCULATION

CAI seeks declaratory relief as outlined in its Complaint against Sergio Zambrana. CAI also seeks an award of costs, expenses, and reasonable attorneys fees incurred as a result of having to bring this action.

### IV.  INSURANCE AGREEMENTS

Not applicable.

Respectfully submitted,

*/s/ Robert L. Green, Jr.*
Robert L. Green, Jr. (D.C. Bar No. 935775)
Suzanne R. Clement (D.C. Bar No. 478569)
HOWREY, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
clements@howrey.com

Attorneys for
Cauderlier & Associates, Inc.

Dated: November 10, 2005

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Cauderlier & Associates, Inc.'s Rule 26(a)(1) Initial Disclosure Statement was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record registered with the Court's ECF system, and a true and accurate copy of Cauderlier & Associates, Inc.'s Rule 26(a)(1) Initial Disclosure Statement was also forwarded by First Class Mail, postage prepaid, this 10th Day of November 2005 to:

> Benny L. Kass, Esq.
> Jeffrey M. Hamberger, Esq.
> KASS, MITEK & KASS, PLC
> 1050 17th St., N.W. #1100
> Washington, D.C. 20036
> blkass@kmklawyers.com
> jhamberger@kmklawerys.com
> (202) 659-6500
>
> *Counsel for Defendant Sergio Zambrana*

_____
Suzanne R. Clement