IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>Plaintiff<br><br>v.<br><br>**SERGIO ZAMBRANA**<br><br>Defendant | Civil Case No. 1:05CV01653<br>Judge Ellen Segal Huvelle |

### RULE 26(a)(1) INITIAL DISCLOSURES OF SERGIO ZAMBRANA

Defendant/counter-plaintiff, Sergio Zambrana, by and through counsel, hereby provides the following initial disclosures, in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, as follows:

(A)  Names, addresses and telephone numbers of those persons likely to have discoverable evidence that Sergio Zambrana may use to support his claims or defenses:

1) Sergio Zambrana
   726 Gormley Drive
   Rockville, MD  20850

2) Jean C. Cauderlier
   6050 Hardwick Place
   Falls Church, VA 20041

3) Jamie A. Powers, Esq.
   11465 Sunset Hills Road
   5th Floor
   Reston, VA 20190
   703-883-1700

    4)    Mahesh Naithani
Yes! 1035 Limited Partnership
1 Union Square South
1H-PH
New York, NY 10003
212-981-2040

    5)    Charles Webb, CPA
C. Webb, Inc.
3099 Hawthorne Drive NE
Washington, DC 20017
202-269-0753

    6)    Alfonso Cabrera, CEM, CDSM
A.C. Engineering, Inc.
8811 Sudley Road
Suite 150
Manassas, VA 20110

    7)    Hugo Roell
[Address and telephone number unknown]

(B) Documents, data compilation, and tangible things in the possession, custody or control of Sergio Zambrana that Sergio Zambrana may use to support his claims or defenses:

    1)    Sergio Zambrana's $25,000 check payable to La Ruche, Inc. ("La Ruche")

    2)    Corporate and financial documents, including, but not limited to, tax returns and canceled checks, obtained from La Ruche, all of which are currently in the possession or control of Jean Claude, La Ruche, CAI, and their common attorney, Howrey, LLP

    3)    Annual reports filed with the District of Columbia by La Ruche

    4)    Annual reports filed with the District of Columbia by Cauderlier & Associates, Inc. ("CAI")

    5)    Exhibits attached to Sergio Zambrana's Motion to Dismiss the Complaint or, in the Alternative, Motion to Join Indispensable Parties, filed herein

    6)    Exhibits attached to Sergio Zambrana's Reply Memorandum, filed herein.

These documents can be viewed at the offices of Kass, Mitek & Kass, PLLC.

(C)  Categories of damages[1] claimed by Sergio Zambrana:

   1) Value of Sergio Zambrana's ownership share of stock in CAI

   2) Value of Sergio Zambrana's ownership share of stock in La Ruche

   3) Value of Sergio Zambrana's share of 1035, 1037 1039 31st Street, N.W., Washington, D.C. 20007 (the "Building")

   4) Value of Sergio Zambrana's share of La Ruche's payments to the seller of the Building, on behalf of CAI

   5) Value of Sergio Zambrana's share of La Ruche's payments to First Union Bank, on behalf of CAI

   6) Value of Sergio Zambrana's share of any other payments made by La Ruche, on behalf of CAI, or J.C.D. Cauderlier, or any other person or entity

   7) Leveraged value of $25,000 paid by Sergio Zambrana to La Ruche on behalf of CAI in January, 2000

   8) Value of Sergio Zambrana's share of excess rent paid by La Ruche to CAI

   9) Value of Sergio Zambrana's share of any or all income received by CAI

   10) Value of Sergio Zambrana's share of monies wrongfully paid out by CAI to any other person or entity.

---

[1] The computation of the amounts the damages claimed by Sergio Zambrana cannot be ascertained until discovery is conducted.

(D)  There are no applicable insurance policies known to Sergio Zambrana.

                    Respectfully submitted,

                    KASS, MITEK & KASS, PLLC

Dated: November 10, 2005      By:___/s/_____
                    Benny L. Kass (D.C. Bar No. #025155)
                    Jeffrey M. Hamberger (D.C. Bar No. 930362)
                    1050 17th Street, N.W., #1100
                    Washington, D.C. 20036
                    blkass@kmklawyers.com
                    jhamberger@kmklawyers.com
                    (202) 659-6500
                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Rule 26(a)(1) Initial Disclosures of Sergio Zambrana was served, via U.S. mail postage prepaid, and by email, this 10th day of November, 2005, to:

      Robert L. Green, Jr., Esquire
      Suzanne R. Clement, Esquire
      HOWREY, LLP
      1299 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004
      greenr@howrey.com
      clements@howrey.com

                  ___/s/_____
                  Jeffrey M. Hamberger