AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cauderlier & Associates, Inc.

PLAINTIFF

Sergio Zambrana

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Jean Claude Cauderlier

and

La Ruche, Inc.

V. THIRD PARTY DEFENDANT

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 1:05CV01653
Judge Ellen Segal Huevelle

To: Name and address of Third Party Defendant
La Ruche, Inc.
Serve: CT Corporation System
1015 15th Street, NW
Washington, DC  20005

YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Robert L. Green, Esq.
Suzanne R. Clement, Esq.
Howrey, LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Hamberger, Esq.
Kass, Mitek & Kass, PLLC
1050 17th Street, NW, Suite 1100
Washington, DC  20036

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

*Jackie Francis*
(By) DEPUTY CLERK

NOV 29 2005
DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| *Third Party | RETURN OF SERVICE | |
|---|---|---|
| * * Service of the Summons and complaint was made by me(1) | | DATE 11-30-05 at 3:50 p.m. |
| NAME OF SERVER Daniel F. Portnoy | | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Service was completed at 1015 15th Street, NW, Suite 1000, Washington, DC 20005.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-01-05
          Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.