IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Case No. 1:05CV01653 |
| SERGIO ZAMBRANA, ) | Judge Ellen Segal Huvelle |
| ) | |
| Defendant/Third-Party ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JEAN CLAUDE CAUDERLIER ) | |
| ) | |
| And ) | |
| ) | |
| LA RUCHE, INC. ) | |
| ) | |
| Third-Party Defendants ) | |
| ) | |

THIRD-PARTY DEFENDANT LaRUCHE, INC.'S
RULE 26(a)(1) DISCLOSURE

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Third-Party Defendant, LaRuche, Inc. ("LaRuche"), makes the following initial disclosures based on knowledge available to date. LaRuche's disclosures represent a good faith effort to identify information reasonably believed to be discoverable and relevant to the factual disputes alleged with particularity in the pleadings. LaRuche reserves the right to supplement this disclosure as its investigation continues.

I.   **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

| Name | Address |
|---|---|
| Jean Claude Cauderlier | Cauderlier & Associates, Inc.<br>1039 31st Street, N.W.<br>Washington, D.C. 20007<br>(202) 965-2684 |
| Sergio Zambrana | 725 Gormley Drive<br>Rockville, MD 20850 |
| Charles Webb | C. Webb, Inc.<br>450 Taylor Street, N.E. #F42<br>Washington, D.C. 20017<br>(202) 269-0753 |
| Mahesh Naithani<br>Manager | Yes! 1035 Limited Partnership<br>1 Union Square South<br>PH-1H<br>New York, NY 10003<br>(212) 981-2040 |
| Jamie Powers, Esq.<br>CAI Incorporator<br>Former Secretary | Comstock Companies<br>11465 Sunset Hills Rd.,<br>Ste. 510<br>Reston, VA 20190<br>(703) 883-1700 |
| Pierre J. LaForce<br>CAI Incorporator | 2300 N St., N.W.<br>Washington, D.C. 20037 |
| Loretta B. Rias<br>CAI Incorporator | 2300 N St., N.W.<br>Washington, D.C. 20037 |
| Rev. David Bird, Ph.D | Trinity Cathedral<br>81 North Second Street<br>San Jose, CA 95113<br>(202) 905-5178 |

II.  **DESCRIPTION OF POTENTIALLY RELEVANT DOCUMENTS BY CATEGORY AND LOCATION**

The following is a description, by category and location, of all documents, data compilations, and tangible things in the possession, custody or control of LaRuche that are believed to be relevant to the disputed facts alleged with particularly in the pleadings. LaRuche provides the following list without any concession, agreement, admission or waiver of any ultimate determination of relevance or admissibility of particular documents or information for any purpose, and without waiver of any attorney-client, work, immunity or other privilege.

1. LaRuche, Inc.'s Corporate Records:
   - Certificates of Incorporation
   - Articles of Incorporation
   - Bylaws, Organizational Meeting Consents, Annual Consents
   - Minutes
   - Annual Reports
   - Agreements
   - Stock Certificates
   - Fictitious Name Certificate for Café LaRuche
   - Alcoholic Beverage Control Renewal Notice
   - Charter Documents for LaRuche, Inc.
   - Certificates of Good Standing
   - Miscellaneous Corporate Correspondence and Notes
   - Restaurant Daily Reports
   - Restaurant Invoices
   - Payroll Information
   - Bank Statements, Account Information, Account Activity
   - Tax Returns

These documents are located at the offices of:

       Howrey LLP
       1299 Pennsylvania Ave., N.W.
       Washington, D.C. 20004

### III. DAMAGES CALCULATION

LaRuche does not believe that third-party plaintiff, Sergio Zambrana, is entitled to any damages in this action.

### IV. INSURANCE AGREEMENTS

       Not applicable.

       Respectfully submitted,

       _/s/ Suzanne R. Clement_
       Robert L. Green, Jr. (D.C. Bar No. 935775)
       Suzanne R. Clement (D.C. Bar No. 478569)
       HOWREY, LLP
       1299 Pennsylvania Ave., N.W.
       Washington, D.C. 20004
       (202) 783-0800
       (202) 383-6610 – facsimile
       greenr@howrey.com
       clements@howrey.com

       Attorneys for
       LaRuche, Inc.

Dated: January 4, 2006

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of LaRuche, Inc.'s Rule 26(a)(1) Initial Disclosure Statement was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record registered with the Court's ECF system, and a true and accurate copy of LaRuche, Inc.'s Rule 26(a)(1) Initial Disclosure Statement was also forwarded by First Class Mail, postage prepaid, this 4th Day of January 2006 to:

>Benny L. Kass, Esq.
>Jeffrey M. Hamberger, Esq.
>KASS, MITEK & KASS, PLC
>1050 17[th] St., N.W. #1100
>Washington, D.C. 20036
>blkass@kmklawyers.com
>jhamberger@kmklawerys.com
>(202) 659-6500
>
>*Counsel for Defendant Sergio Zambrana*

_____
Suzanne R. Clement