IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ZAMBRANA,<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>JEAN CLAUDE CAUDERLIER<br><br>And<br><br>LA RUCHE, INC.<br><br>Third-Party Defendants | Civil Case No. 1:05CV01653<br>Judge Ellen Segal Huvelle |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), Suzanne R. Clement (D.C. Bar No. 478569), hereby notices the withdrawal of her appearance on behalf of Plaintiff, Cauderlier and Associates, Inc. ("CAI"), and Third-Party Defendants, Jean Claude Cauderlier and LaRuche, Inc. ("LaRuche"). As of January 31, 2006, Ms. Clement will no longer be an employee of Howrey LLP. Robert L. Green (D.C. Bar No. 935775) of Howrey LLP will continue to represent CAI, Mr. Cauderlier and LaRuche.

Respectfully submitted,

*/s/ Suzanne R. Clement*
Robert L. Green, Jr. (D.C. Bar No. 935775)
Suzanne R. Clement (D.C. Bar No. 478569)
HOWREY, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
clements@howrey.com

Attorneys for
Cauderlier & Associates, Inc.; Jean Claude
Cauderlier; and LaRuche, Inc.

**SEEN AND AGREED TO:**

*/s/ Jean Claude Cauderlier*
Jean Claude Cauderlier on behalf of himself,

Cauderlier & Associates, Inc, and LaRuche, Inc.

Dated: January 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGIO ZAMBRANA, )<br>)<br>Defendant/Third-Party )<br>Plaintiff )<br>)<br>v. )<br>)<br>JEAN CLAUDE CAUDERLIER )<br>)<br>And )<br>)<br>LA RUCHE, INC. )<br>)<br>Third-Party Defendants )<br>) | Civil Case No. 1:05CV01653<br>Judge Ellen Segal Huvelle |

## ORDER

Upon consideration of Plaintiff's Notice for Withdrawal of Appearance, it is

ORDERED Plaintiff's Withdrawal is GRANTED and that Suzanne R. Clement (D.C. Bar No. 478569) is hereby considered to have withdrawn, and/or been discharged, as of the date of this order.

_____          _____
Date                                                           Ellen Segal Huvelle
                                                                     United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Notice of Withdrawal of Appearance was served by first class mail, under seal, this 26th day of January, 2006 upon the parties listed below:

> Benny L. Kass, Esq.
> Jeffrey M. Hamberger, Esq.
> 1050 17th St., N.W. #1100
> Washington, D.C. 20036
> blkass@kmklawyers.com
> jhamberger@kmklawerys.com
> (202) 659-6500

_____
Suzanne R. Clement