IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGIO ZAMBRANA, )<br>)<br>Defendant/Third-Party )<br>Plaintiff )<br>)<br>v. )<br>)<br>JEAN CLAUDE CAUDERLIER )<br>)<br>And )<br>)<br>LA RUCHE, INC. )<br>)<br>Third-Party Defendants )<br>) | Civil Case No. 1:05CV01653<br>Judge Ellen Segal Huvelle |

### NOTICE OF ENTRY OF AN APPEARANCE

PLEASE TAKE NOTICE that James B. Boles hereby enters his appearance as counsel for Plaintiff, Cauderlier & Associates, Inc., and Third-Party Defendants Jean Claude Cauderlier and La Ruche, Inc. in the above captioned action. As required by LCvR 83.6(a), Mr. Boles provides the following contact/identifying information:

Address:   Howrey LLP
           1299 Pennsylvania Avenue NW
           Washington D.C., 20004

Telephone: (202) 383-7312

D.C. Bar No.: 471818

Dated: January 31, 2006                    Respectfully submitted,

                                                           */s/ James B. Boles*
                                        Robert L. Green, Jr. (D.C. Bar No. 935775)
                                        James B. Boles (D.C. Bar No. 471818)
                                        HOWREY LLP
                                        1299 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20004
                                        (202) 783-0800
                                        (202) 383-6610 – facsimile
                                        greenr@howrey.com
                                        bolesj@howrey.com

                                        Attorneys for Cauderlier & Associates, Inc.,
                                        Jean Claude Cauderlier, and La Ruche, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Entry of an Appearance was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record registered with the Court's ECF system, and a true and accurate copy of the foregoing instrument was forwarded by overnight delivery to those attorneys not registered with the Court's ECF system, this 31st day of January 2006, as indicated below, to:

        Benny L. Kass, Esq.
        Jeffrey M. Hamberger, Esq.
        KASS, MITEK & KASS, PLC
        1050 17th St., N.W. #1100
        Washington, D.C. 20036
        blkass@kmklawyers.com
        jhamberger@kmklawerys.com
        (202) 659-6500

_____
James B. Boles