UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., | ) |
| Plaintiff, | ) ) ) ) |
|  | ) Civil Action No. 05-1653 (ESH) |
| SERGIO ZAMBRANA, | ) ) ) |
| Defendant. | ) ) |

### ORDER OF REFERRAL

It is hereby

**ORDERED** this matter is referred to Magistrate Judge Facciola for all discovery disputes, including any pending motions. On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　_____ s/ _____
　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 10, 2006

cc:   Magistrate Judge John Facciola