IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAUDERLIER & ASSOCIATES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1653 (ESH) |
| SERGIO ZAMBRANA, | ) ) | |
| Defendant/Third-Party Plaintiff | ) ) ) | |
| v. | ) ) | |
| JEAN CLAUDE CAUDERLIER | ) ) | |
| And | ) ) | |
| LA RUCHE, INC. | ) ) | |
| Third-Party Defendants | ) | |

## MOTION OF CAUDERLIER & ASSOCIATES, INC., LA RUCHE, INC., AND JEAN CLAUDE CAUDERLIER TO RESET DATE OF STATUS CONFERENCE AND CLOSE OF DISCOVERY

Cauderlier & Associates, Inc., La Ruche, Inc., and Jean Claude Cauderlier (collectively referred to hereinafter as the "Joint Parties") respectfully move this Court for an Order resetting the June 16, 2006 status conference hearing and the May 20, 2006 discovery closing dates. Although Counsel for Sergio Zambrana ("Mr. Zambrana") does not object to an extension of discovery, he declined to concur in requesting that the status conference date be reset. In support of this motion, the Joint Parties state as follows:

1. At the March 2, 2006 status conference, the Court set a June 16, 2006 status conference (and extended discovery to May 20, 2006) with the express hope that the Joint Parties and Mr. Zambrana would, in the interim, have an opportunity to work with Magistrate Judge Facciola on settling the disputes underlying this litigation.

- 2 -

2. As part of this process, the parties agreed that an appraisal would be obtained, with the costs to be split equally by the parties.

3. The Joint Parties received an appraisal of the property – meant to inform those aforementioned settlement discussions – on May 23, 2006.

4. The Magistrate Judge has scheduled a settlement conference with the Joint Parties and Mr. Zambrana for June 27, 2006.

5. The Joint Parties request that the deadline for the completion of all discovery be extended until July 28, 2006.

6. The goals of judicial economy and efficiency will be best served by holding the next status conference following the June 27 settlement conference and the completion of discovery.

For the foregoing reasons, the Joint Parties request that the deadline for the completion of all discovery be extended until July 28, 2006 and the June 16, 2006 status conference be reset for a date which follows the June 27, 2006 settlement conference and the completion of discovery.

Dated: May 24, 2006

Respectfully submitted,

/s/

Robert L. Green, Jr. (D.C. Bar No. 935775)
James B. Boles (D.C. Bar No. 471818)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
bolesj@howrey.com

Attorneys for Cauderlier & Associates, Inc., Jean Claude Cauderlier, and La Ruche, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion of Cauderlier & Associates, Inc., La Ruche, Inc., and Jean Claude Cauderlier to Reset Date of Status Conference and Close of Discovery was served by operation of the Court's electronic filing system upon all attorneys of record registered with the Court's ECF system, and a true and accurate copy of the foregoing instrument was forwarded by overnight delivery to those attorneys not registered with the Court's ECF system, this 24th day of May 2006, as indicated below, to:

>Benny L. Kass, Esq.
>Jeffrey M. Hamberger, Esq.
>KASS, MITEK & KASS, PLC
>1050 17th St., N.W. #1100
>Washington, D.C. 20036
>blkass@kmklawyers.com
>jhamberger@kmklawerys.com
>(202) 659-6500

_____
James B. Boles

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1653 (ESH/JMF) |
| SERGIO ZAMBRANA, | ) |
| Defendant/Third-Party Plaintiff | ) |
| v. | ) |
| JEAN CLAUDE CAUDERLIER | ) |
| And | ) |
| LA RUCHE, INC. | ) |
| Third-Party Defendants | ) |

## PROPOSED ORDER

Upon consideration of the Motion of Cauderlier & Associates, Inc. ("CAI"), La Ruche, Inc. ("La Ruche"), and Jean Claude Cauderlier ("Mr. Cauderlier") to Reset Date of Status Conference and Close of Discovery, it is hereby **ORDERED and ADJUDGED** this ____ day of _____, 2006, that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that discovery be extended through July 28, 2006; and it is further

**ORDERED** that the June 16, 2006, 9:45 a.m. status conference is reset to _____, 2006 at _____.

**SO ORDERED.**

_____
Ellen S. Huvelle
United States District Court Judge