IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.<br><br>Plaintiff<br><br>v.<br><br>SERGIO ZAMBRANA<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>JEAN CLAUDE CAUDERLIER<br><br>and<br><br>LA RUCHE, INC.<br><br>Third-Party Defendants | Civil Action No. 05-1653 (ESH/JMF) |

### ZAMBRANA'S MOTION FOR STAY OF PROCEEDINGS, MOTION TO EXTEND DISCOVERY DEADLINE, AND MOTION FOR SANCTIONS

Sergio Zambrana hereby moves this Court for Orders (a) staying the instant proceedings, (b) extending the deadline for the filing of discovery, and (c) assessing sanctions against the Joint Parties[1] and their counsel. Counsel for Mr. Zambrana sought the consent of counsel for the Joint Parties as to motions (a) and (b) above, but the Joint Parties' counsel declined to consent and indicated an intention to oppose both motions.

---

[1] The parties opposing Mr. Zambrana herein, those being Cauderlier & Associates, Inc, La Ruche, Inc. and Jean Claude Cauderlier, shall be referred to in this Motion and the Points and Authorities in support hereof as the "Joint Parties."

For the reasons elucidated in the Points and Authorities supporting this motion, Mr. Zambrana remains in rules upon his Motion for Order Requiring Counsel to Withdraw,[2] filed herein on May 9, 2006. Mr. Zambrana, therefore, requests that the *status quo* be maintained[3] until the Court has determined whether the Joint Parties must each hire separate counsel for this litigation, or whether their current joint counsel, HOWREY, LLP, and its individual attorneys, may continue to represent all three parties.

In addition, Mr. Zambrana asks that the discovery deadline extended for at least six (6) weeks after the stay is lifted by this Court. Like the Joint Parties, Mr. Zambrana desires to depose several witnesses, at the appropriate time, including Jean Claude Cauderlier, Mahesh Naithani, and Charles R. Webb.

Finally, Mr. Zambrana requests that the Court impose sanctions against the Joint Parties and their counsel, Robert L. Green, Jr., Esquire, James B. Boles, Esquire, and HOWREY, LLP, for reasons set forth in the accompanying Points and Authorities.

WHEREFORE, Sergio Zambrana, prays that the Court (1) issue an order staying these proceedings until a final order has been entered regarding the Motion for Order Requiring Counsel to Withdraw; (2) extend the discovery deadline for at least six (6) after the stay has been lifted; and (3) impose sanctions, against Robert L. Green, Jr., Esquire, James B. Boles, Esquire,

---

[2] In the proposed order attached to that motion, Mr. Zambrana also suggested that "all proceedings herein be suspended, until the entry of the appearances of counsel for Cauderlier & Associates, Inc., Jean Claude Cauderlier, and La Ruche, Inc., respectively."

[3] Mr. Zambrana requests that said stay continue until an appeal of the Court's ruling of said motion to disqualify counsel has been decided by the D.C. Court of Appeals, in the event this Court rules in favor of the Joint Parties on said motion and decides to certify the issue as a "controlling question of law," from which Mr. Zambrana might appeal within ten (10) days of such decision, under §11-721(d) of the D.C. Official Code (2001 Edition).

and HOWREY, LLP, as the Court deems meet and proper, including an award of attorney's fees and costs to Mr. Zambrana.

                              Respectfully submitted,

                              KASS, MITEK & KASS, PLLC

Dated: July 11, 2006                By: _____
                              Jeffrey M. Hamberger (Bar No. 930362)
                              1050 17th Street, N.W., #1100
                              Washington, D.C.  20036
                              (202) 659-6500
                              Attorneys for Sergio Zambrana
                              jhamberger@kmklawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions, and accompanying Points and Authorities, were filed electronically through the Court's ECF system, and were mailed, via first class mail, postage prepaid, and emailed, this __11__ th day of July, 2006, to:

                Robert L. Green, Jr., Esquire
                James B. Boles, Esquire
                HOWREY, LLP
                1299 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
                greenr@howrey.com
                bolesj@howrey.com

                              _____
                              Jeffrey M. Hamberger

F:\WP_FILES\CLIENTS\04300.101\Motion to Stay Proceedings.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>Plaintiff<br><br>v.<br><br>**SERGIO ZAMBRANA**<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>**JEAN CLAUDE CAUDERLIER**<br><br>and<br><br>**LA RUCHE, INC.**<br><br>Third-Party Defendants | Civil Action No. 05-1653 (ESH/JMF) |

POINTS AND AUTHORITIES IN SUPPORT OF MOTION
FOR STAY OF PROCEEDINGS, MOTION TO EXTEND
DISCOVERY DEADLINE, AND MOTION FOR SANCTIONS

Sergio Zambrana hereby offers the following points and authorities in support of his Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions. As he has argued in prior filings with this Court,[1] and asserted to opposing counsel,[2] Mr. Zambrana contends he is prejudiced in his ability to conduct this litigation by the fact that the

---

[1] *See* Defendant's Reply Memorandum, filed September 30, 2005; Motion for Order Requiring Counsel to Withdraw, filed May 9, 2006; and Sergio Zambrana's Reply to Joint Parties' Opposition to His Motion for Order Requiring Counsel to Withdraw, filed May 19, 2006.

[2] These conversations and correspondence are described in Section 3 of Mr. Zambrana's Motion for Order Requiring Counsel to Withdraw.

other parties in this case, Cauderlier & Associates, Inc, La Ruche, Inc. and Jean Claude Cauderlier (the "Joint Parties") are represented by the same attorneys and law firm.

To that end, Mr. Zambrana filed a Motion for Order Requiring Counsel to Withdraw, on May 9, 2006. That motion has not yet been decided. In the meantime, counsel for the Joint Parties have attempted to schedule Mr. Zambrana's deposition for July 12th [3] (*See* Notice of Deposition, attached hereto as Exhibit 1). While counsel for the Joint Parties were technically within their rights to schedule a deposition of Mr. Zambrana before the discovery deadline, July 28, 2006, said counsel should not have opposed Mr. Zambrana's request for consent to his motion to stay these proceedings until the court determines whether to grant his motion to disqualify the Joint Parties' counsel.

Mr. Zambrana will not repeat the arguments he has put forth in his motion to disqualify counsel, except to restate his contention that this case should not proceed so long as Robert L. Green, Jr., Esquire, James B. Boles, Esquire, and HOWREY, LLP remain the attorneys for the Joint Parties. Among other things, it is unfair and unnecessary to subject Mr. Zambrana to the time and expense of being deposed, when there exists the possibility that the Joint Parties' counsel will be replaced by other attorneys who may, themselves, assert a right to depose Mr. Zambrana at another time. Therefore, these proceedings should be stayed until this Court decides whether to permit the above-named attorneys to continue to serve as counsel to the Joint Parties.

Mr. Zambrana requests that the stay be extended until after the Court of Appeals has ruled on the Motion for Order Requiring Counsel to Withdraw, in the event this Court denies the

---

[3] In a separate letter, the Joint Parties' counsel offered alternative dates, during the weeks of July 10th and 17th..

2

motion and certifies the issue as a "controlling question of law," from which Mr. Zambrana might appeal within ten (10) days of such decision, under §11-721(d) of the D.C. Official Code (2001 Edition).[4]

Mr. Zambrana likewise requests that the discovery deadline be extended at least six (6) beyond the lifting of the stay, with the understanding that the deadline might need to be extended for a longer period of time, should the Court grant the motion to disqualify counsel.

Finally, Mr. Zambrana contends that counsel for the Joint Parties should be sanctioned for (1) not consenting to the instant motion for a stay and motion for an extension of the discovery deadline, and (2) persisting in their attempt to require Mr. Zambrana to expend legal fees unnecessarily.

Mr. Zambrana would point out that he was required to file a Motion for Protective Order on May 3, 2006, as a result of Joint Parties' counsel's similar intransigence in refusing to consent to an earlier postponement of Mr. Zambrana's deposition. The protective order motion prayed that the Court postpone "the taking of further depositions" until the completion of court-ordered mediation,[5] and that the Court "extend the Discovery Deadline to a date deemed

---

[4] §11-721(d) of the D.C. Official Code (2001 Edition) reads in part:

> (d) When a judge of the Superior Court of the District of Columbia in making in a civil case . . . a ruling or order not otherwise appealable under this section, shall be of the opinion that the ruling or order involves a controlling question of law as to which there is substantial ground for a difference of opinion and that an immediate appeal from the ruling or order may materially advance the ultimate termination of the litigation or case, the judge shall so state in writing in the ruling or order.

[5] At the time said motion was filed, Mr. Zambrana had not yet decided to file his Motion for Order Requiring Counsel to Withdraw, which was filed on May 9, 2006. Now, the discovery deadline should be extended beyond the mediation date, since the June 27, 2006 Settlement Conference before Judge Facciola proved to be fruitless, and the motion to disqualify counsel is still pending.

3

appropriate by the Court." Not only did the Joint Parties file a "Joint Memorandum" [6] in opposition to Mr. Zambrana's request for a protective order, they then filed their own motion, less than two weeks later, to extend the close of discovery and reset the date of the status conference,[7] which motion Judge Huvelle readily granted in 2½ hours .[8]

Moreover, the Joint Parties have refused to bargain in good faith with Mr. Zambrana, by failing to make a single offer of settlement, despite their acknowledgment that Mr. Zambrana possesses at least a 10% ownership in La Ruche, Inc. The Joint Parties have wasted the Court's time, and Mr. Zambrana's, by attending two court-ordered settlement conferences without any intention of presenting a meaningful offer, reducing the mediations to a charade.

And, as argued in Mr. Zambrana's motion to disqualify counsel, counsel for the Joint Parties initially brought the suit in the name of the wrong party while knowing better, and they have steadfastly refused to step aside in the interest of the efficient administration of justice and fairness to all parties involved.

Mr. Zambrana contends that the behavior of the Joint Parties counsel leads to only one conclusion: Cauderlier & Associates, Inc, La Ruche, Inc. and Jean Claude Cauderlier are

---

[6] Joint Memorandum of Cauderlier & Associates, Inc, La Ruche, Inc. and Jean Claude Cauderlier in Opposition to Sergio Zambrana's Motion for Protective Order, filed May 12, 2006.

[7] Motion of Cauderlier & Associates, Inc, La Ruche, Inc. and Jean Claude Cauderlier to Reset Date of Status Conference and Close of Discovery, filed May 24, 2006.

[8] MINUTE ORDER granting [33] Motion to Reset Date of Status Conference and Close of Discovery. Discovery shall close on July 28, 2006. The June 16, 2006 status conference is hereby VACATED and RESET for August 8, 2006 at 9:15 a.m. Signed by Judge Ellen S. Huvelle on 5/24/2006.

waging a war of attrition against Mr. Zambrana, hoping that he does not possess sufficient resources to see this case through to the end.

For the foregoing reasons, Mr. Zambrana requests that this Court impose sanctions against Joint Parties and their counsel, Robert L. Green, Jr., Esquire, James B. Boles, Esquire, and HOWREY, LLP, for violating Rule 11(b) of the Rules of Civil Procedure of this Court, among other reasons.

                                        Respectfully submitted,

                                        KASS, MITEK & KASS, PLLC

Dated: July 11, 2006               By: _____
                                        Jeffrey M. Hamberger (Bar No. 930362)
                                        1050 17th Street, N.W., #1100
                                        Washington, D.C. 20036
                                        (202) 659-6500
                                        jhamberger@kmklawyers.com
                                        Attorneys for Sergio Zambrana

F:\WP_FILES\CLIENTS\04300.101\P&A in Support of Motion for Stay of Proceedings.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Case No. 1:05CV01653 |
| SERGIO ZAMBRANA, ) | Judge Ellen Segal Huvelle |
| ) | |
| Defendant/Third-Party ) | |
| Plaintiff ) | NOTICE OF DEPOSITION OF |
| ) | SERGIO ZAMBRANA |
| v. ) | |
| ) | |
| JEAN CLAUDE CAUDERLIER ) | |
| ) | |
| And ) | |
| ) | |
| LA RUCHE, INC. ) | |
| ) | |
| Third-Party Defendants ) | |
| ) | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Cauderlier & Associates, Inc. will take the deposition upon oral examination of Defendant and Third-Party Plaintiff Mr. Sergio Zambrana on July 12, 2006, beginning at 9:00 a.m. The deposition will take place at the offices of Howrey LLP, 1299 Pennsylvania Avenue NW, Second Floor (Room TBD), Washington D.C., 20004.

DM_US\8313844.v2

**EXHIBIT 1**

The deposition will be stenographically recorded and will continue until completed.

DATED this 30th day of June, 2006.

Respectfully submitted,

/s/

Robert L. Green, Jr. (D.C. Bar No. 935775)
James B. Boles (D.C. Bar No. 471818)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
bolesj@howrey.com

Attorneys for Cauderlier & Associates, Inc.,
Jean Claude Cauderlier, and La Ruche, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition of Sergio Zambrana was served by both e-mail and by conventional mail, postage prepaid, this 30th day of June, 2006 upon the parties listed below:

>Benny L. Kass, Esq.
>Jeffrey M. Hamberger, Esq.
>KASS, MITEK & KASS, PLC
>1050 17th St., N.W. #1100
>Washington, D.C. 20036
>blkass@kmklawyers.com
>jhamberger@kmklawerys.com
>(202) 659-6500

_____
James B. Boles

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>Plaintiff<br><br>v.<br><br>**SERGIO ZAMBRANA**<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>**JEAN CLAUDE CAUDERLIER**<br><br>and<br><br>**LA RUCHE, INC.**<br><br>Third-Party Defendants | Civil Action No. 05-1653 (ESH/JMF) |

### ORDER

Upon consideration of Sergio Zambrana's Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions, and the Opposition(s) filed thereto, it is this ____ day of _____, 2006, hereby

ORDERED that defendant's Motion for Stay of Proceedings be, and hereby is, GRANTED;

ORDERED that defendant's Motion to Extend Discovery Deadline, be, and hereby is, GRANTED;

ORDERED that defendant's Motion for Sanctions be, and hereby is, GRANTED;

and it is further

    ORDERED that

_____

_____

_____

_____;

and further

    ORDERED that HOWREY LLP, Robert L. Green, Jr., Esquire and James B. Boles, Esquire, jointly and severally, shall pay the sum of $_____ in legal fees and costs to Mr. Zambrana; and further

    ORDERED that HOWREY LLP, Robert L. Green, Jr., Esquire and James B. Boles, Esquire, and each of them, be sanctioned as follows:

_____

_____

_____

_____.

                                                _____

                                                Judge Ellen Segal Huvelle

COPIES TO:

Robert L. Green, Jr., Esquire
James B. Boles, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Benny L. Kass, Esquire
Jeffrey M. Hamberger, Esquire
1050 17th Street, N.W., #1100
Washington, D.C. 20036
blkass@kmklawyers.com
jhamberger@kmklawyers.com

F:\WP_FILES\CLIENTS\04300.101\Order Staying Proceedings.wpd