IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.<br><br>Plaintiff<br><br>v.<br><br>SERGIO ZAMBRANA<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>JEAN CLAUDE CAUDERLIER<br><br>and<br><br>LA RUCHE, INC.<br><br>Third-Party Defendants | Civil Action No. 05-1653 (ESH/JMF) |

### AMENDED[1] MOTION FOR STAY OF PROCEEDINGS, MOTION TO EXTEND DISCOVERY DEADLINE, AND MOTION FOR SANCTIONS

Sergio Zambrana hereby moves this Court for Orders (a) staying the instant proceedings, (b) extending the deadline for the filing of discovery, and (c) assessing sanctions against the Joint Parties[2] and their counsel. Counsel for Mr. Zambrana sought the consent of counsel for the Joint Parties as to motions (a) and (b) above, but the Joint Parties' counsel declined to consent and indicated an intention to oppose both motions.

---

[1] Mr. Zambrana is submitting this amended motion to rectify an inadvertent excision of language in the first sentence on page 2 of the original motion. Counsel for Mr. Zambrana regrets the error.

[2] The parties opposing Mr. Zambrana herein, those being Cauderlier & Associates, Inc, La Ruche, Inc. and Jean Claude Cauderlier, shall be referred to in this Motion and the Points and Authorities in support hereof as the "Joint Parties."

For the reasons elucidated in the Points and Authorities supporting this motion, Mr. Zambrana remains in an untenable position in this litigation, from which he cannot be extricated, until the Court rules upon his Motion for Order Requiring Counsel to Withdraw,[3] filed herein on May 9, 2006. Mr. Zambrana, therefore, requests that the *status quo* be maintained[4] until the Court has determined whether the Joint Parties must each hire separate counsel for this litigation, or whether their current joint counsel, HOWREY, LLP, and its individual attorneys, may continue to represent all three parties.

In addition, Mr. Zambrana asks that the discovery deadline extended for at least six (6) weeks after the stay is lifted by this Court. Like the Joint Parties, Mr. Zambrana desires to depose several witnesses, at the appropriate time, including Jean Claude Cauderlier, Mahesh Naithani, and Charles R. Webb.

Finally, Mr. Zambrana requests that the Court impose sanctions against the Joint Parties and their counsel, Robert L. Green, Jr., Esquire, James B. Boles, Esquire, and HOWREY, LLP, for reasons set forth in the accompanying Points and Authorities.

WHEREFORE, Sergio Zambrana, prays that the Court (1) issue an order staying these proceedings until a final order has been entered regarding the Motion for Order Requiring Counsel to Withdraw; (2) extend the discovery deadline for at least six (6) after the stay has been lifted; and (3) impose sanctions, against Robert L. Green, Jr., Esquire, James B. Boles, Esquire,

---

[3] In the proposed order attached to that motion, Mr. Zambrana also suggested that "all proceedings herein be suspended, until the entry of the appearances of counsel for Cauderlier & Associates, Inc., Jean Claude Cauderlier, and La Ruche, Inc., respectively."

[4] Mr. Zambrana requests that said stay continue until an appeal of the Court's ruling of said motion to disqualify counsel has been decided by the D.C. Court of Appeals, in the event this Court rules in favor of the Joint Parties on said motion and decides to certify the issue as a "controlling question of law," from which Mr. Zambrana might appeal within ten (10) days of such decision, under §11-721(d) of the D.C. Official Code (2001 Edition).

and HOWREY, LLP, as the Court deems meet and proper, including an award of attorney's fees and costs to Mr. Zambrana.

                                  Respectfully submitted,

                                  KASS, MITEK & KASS, PLLC

Dated: July 11, 2006            By: _____
                                  Jeffrey M. Hamberger (Bar No. 930362)
                                  1050 17th Street, N.W., #1100
                                  Washington, D.C. 20036
                                  (202) 659-6500
                                  Attorneys for Sergio Zambrana
                                  jhamberger@kmklawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions, and accompanying Points and Authorities, were filed electronically through the Court's ECF system, and were mailed, via first class mail, postage prepaid, and emailed, this 11th day of July, 2006, to:

                Robert L. Green, Jr., Esquire
                James B. Boles, Esquire
                HOWREY, LLP
                1299 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
                greenr@howrey.com
                bolesj@howrey.com

                                    _____
                                    Jeffrey M. Hamberger