UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.,<br>        Plaintiff,<br><br>    v.<br><br>SERGIO ZAMBRANA,<br>        Defendant/Third-Party<br>        Plaintiff,<br><br>    v.<br><br>JEAN CLAUDE CAUDERLIER and<br>LA RUCHE, INC.,<br>        Third-Party Defendants. | Civil Action No. 05-1653 (ESH/JMF) |

**MEMORANDUM ORDER**

This case was referred to me for the resolution of all discovery disputes and the defendant and third party plaintiff Sergio Zambrana's ("Zambrana") Motion For Order Requiring Counsel to Withdraw [#27].  Currently pending before me for resolution are the following four motions: (1) Zambrana's Motion For Order Requiring Counsel to Withdraw; (2) Motion for Protective Order of Defendant/Third-Party Plaintiff, Sergio Zambrana [#26]; (3) Zambrana's Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions [#34]; and (4) Zambrana's Amended Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions [#35].

In his Motion For Order Requiring Counsel to Withdraw, Zambrana seeks a order compelling counsel for the opposing parties, Cauderlier & Associates, Inc., Jean Claude Cauderlier, and La Ruche, Inc., to withdraw.  While the parties have addressed aspects of this

issue in their briefs, neither has considered the question whether Zambrana, who is neither a present nor former client of opposing counsel, has standing to complain about the conflict of interest that he alleges mandates opposing counsel's withdrawal. This question of standing is a significant one because it goes the Court's jurisdiction to consider the matter. See Ivy Johnson, Standing to Raise a Conflict of Interest, 23 N.Ill. U. L. Rev. 1 (2002); Douglas R. Richmond, The Rude Question of Standing in Attorney Disaqualification Disputes, 25 Am. J. Trial Advoc. 17 (2001). I, therefore, **ORDER** counsel to file supplemental briefs addressed to that issue according to the following schedule:

August 1, 2006   Defendant/third-party plaintiff's supplemental brief due

August 15, 2006   Plaintiff and third-party defendants' supplemental brief due.

In the meanwhile, as requested in the remaining three motions, all discovery is **STAYED** pending resolution of Zambrana's Motion for Order Requiring Counsel to Withdraw and, with the permission of Judge Huvelle, the status conference set for August 8, 2006 is **CANCELLED**.

With the exception of Zambrana's request that discovery be stayed, all other requests made in the Motion for Protective Order of Defendant/Third-Party Plaintiff, Sergio Zambrana, Zambrana's Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions, and the Amended Motion for Stay of Proceedings, Motion to Extend Discovery Deadline, and Motion for Sanctions are **DENIED**.

**SO ORDERED.**

_____
Dated:                             JOHN M. FACCIOLA
                                   UNITED STATES MAGISTRATE JUDGE