IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC.<br><br>    Plaintiff<br><br>    v.<br><br>SERGIO ZAMBRANA<br><br>    Defendant/Third-Party<br>    Plaintiff<br><br>    v.<br><br>JEAN CLAUDE CAUDERLIER and<br>LA RUCHE, INC.<br><br>    Third-Party Defendants | Civil Action No. 05-1653<br>(ESH/JMF) |

## ORDER

Upon consideration of the Motion of Cauderlier & Associates, Inc., La Ruche, Inc., and Jean Claude Cauderlier for Rule 11 Sanctions, and the Opposition thereto filed herein, it is this _____ day of _____, 2006, hereby

ORDERED that said Motion of Cauderlier & Associates, Inc., La Ruche, Inc., and Jean Claude Cauderlier for Rule 11 Sanctions be, and hereby is, DENIED.

                                                                  _____
                                                                  Judge Ellen Segal Huvelle

COPIES TO:

Robert L. Green, Jr., Esquire
James B. Boles, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Benny L. Kass, Esquire
Jeffrey M. Hamberger, Esquire
1050 17th Street, N.W., #1100
Washington, D.C. 20036
blkass@kmklawyers.com
jhamberger@kmklawyers.com

F:\WP_FILES\CLIENTS\04300.101\Order Denying Motion for Sanctions.wpd