IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>Plaintiff<br><br>v.<br><br>**SERGIO ZAMBRANA**<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>**JEAN CLAUDE CAUDERLIER and LA RUCHE, INC.**<br><br>Third-Party Defendants | Civil Action No. 05-1653<br>Judge Ellen Segal Huvelle<br>(ESH) |

## DEFENDANT/THIRD-PARTY PLAINTIFF SERGIO ZAMBRANA'S STATEMENT PURSUANT TO CIVIL PROCEDURE RULE 26(a)(2)

Defendant/Third-Party Plaintiff, Sergio Zambrana, by and through counsel, Kass, Mitek & Kass, PLLC, hereby submits this Statement pursuant to Rule of Civil Procedure 26(a)(2) and the Judge Huvelle's Minute Order dated December 12, 2006.

Mr. Zambrana expects to call Mr. John C. Dempsey, a licensed real estate appraiser in the District of Columbia. Mr. Dempsey will testify, if the parties do not stipulate, that the value of the property located at Square 1190, Lot 80, Gerogetown Neighborhood, with the street address 1035-1039 31 Street, N.W., Washington, D.C., was, as of April 14, 2006, Two Million Two Hundred Seventy Thousand Dollars ($2,270,000). Mr. Dempsey's appraisal report has been provided by Mr. Dempsey to opposing counsel.

Mr. Zambrana also expects to call Bert Swain, CPA, CFE, to testify regarding the financial records of plaintiff, Cauderlier & Associates, Inc., and third-party defendants, Jean Claude Cauderlier and La Ruche, Inc. Mr. Swain will testify that he has reviewed the financial records and tax returns made available to Mr. Zambrana by said opposing parties, and, based upon that review, he is of the opinion that said records and tax returns reveal an apparent intermingling of funds of the corporations, and apparent payment for some of Mr. Cauderlier's personal needs by La Ruche, Inc. Mr. Swain will further testify that he concludes that there is a clear need for an accounting of the financial transactions of La Ruche, Inc., CAI and Mr. Cauderlier, to determine the appropriate accounting for each party; this cannot be accomplished without full disclosure and complete access to the accounting and financial records of each party, and a review of the tax returns of Cauderlier & Associates, Inc., Jean Claude Cauderlier, and La Ruche, Inc., dating back to the year Cauderlier & Associates, Inc. was first created. Mr. Swain has not produced a written report at this time.

Mr. Zambrana reserves the right to supplement this Statement at a later time if additional witnesses are to be called.

Respectfully submitted,

KASS, MITEK & KASS, PLLC

Dated: January 31, 2007

By: /s/ M. Hamberger
Benny L. Kass #026155
Jeffrey M. Hamberger #930362
1050 17th Street, N.W., #1100
Washington, D.C. 20036
(202) 659-6500
blkass@kmklawyers.com
jhamberger@kmklawyers.com
Attorneys for Sergio Zambrana

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant/Third-Party Plaintiff Sergio Zambrana's Statement Pursuant to Civil Procedure Rule 26(a)(2), with attachments, was mailed first class, postage prepaid, and emailed, this 31st day of January, 2007, to :

>Robert L. Green, Jr., Esquire
>James B. Boles, Esquire
>HOWREY, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>greenr@howrey.com
>bolesj@howrey.com

*[signature]*
Jeffrey M. Hamberger

F:\WP_FILES\CLIENTS\04300.101\Rule 26(a)(2) Statement.wpd

3

# *JOHN C. DEMPSEY*
Real Estate Appraiser
(301) 951-3636; (301) 652-1650 fax; jdempsey@cbiz.com

## QUALIFICATIONS:

**Employment History:**

1985 to Present -   Real Property Appraiser

**Experience History:**

Wide-ranging experience in appraising residential, multi-family, subdivision, commercial and industrial properties of many types, as well as partial takings.

| | |
|---|---|
| Residential - | from individual row homes and condominium units to very large estate properties. |
| Multi-family - | small and medium apartment buildings. |
| Subdivision - | from individual lots to entire subdivisions, and from townhouse to estate lot sizes, including a major condominium development. |
| Commercial - | from individual office condominium units to small and medium office buildings, commercially zoned land; strip centers; and retail and service, including restaurant and copy services operations, day care centers and funeral homes. |
| Industrial - | a wide range of warehouse and light to heavy industrial property types, including an ethylene glycol recycling facility, a crematorium, beverage bottling facilities, a multiple site fertilizer manufacturer, and a food processing and packaging facility. |
| Partial Takings - | Right of Way appraisal assignments for a local jurisdiction. |

**Educational Background:**

University of Maryland at College Park - Bachelor of Arts, 1974

Specific Appraisal Education (1984 to the present) -
  courses at local institutions, such as American University and Montgomery College, leading to qualification for the highest real estate appraisal certification offered by Washington, DC, Maryland and Virginia, as well as ongoing continuing education to stay abreast of changes in the discipline of appraisal and maintain certification.

**Memberships:** Appraisal Institute - Associate

**Further Qualifications:**   Certified General Real Estate Appraiser -
  Virginia, License No. 4001 002333
  Maryland, License No. 10545
  Washington, DC, License No. GA00010294

**Institutions and Organizations Served (partial):**

| | |
|---|---|
| Access National Bank | Kass Mitek & Kass, PLLC |
| Business Loan Express | Maryland-National Capital Park and Planning Comm. |
| Cardinal Bank | Prince George's County Dept. of Public Works |
| Eagle Bank | Second Bank & Trust of Virginia |
| First Virginia Bank | Superior Court of Washington, DC |
| G.E. Capital Corp. | |

*Current real estate appraisal licenses held by John C. Dempsey (temporary licensing can be obtained in most other jurisdictions, when needed):*



★★★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
OCCUPATIONAL AND PROFESSIONAL LICENSING ADMINISTRATION
BOARD OF APPRAISERS
*certifies that*
**JOHN C DEMPSEY**
5905 WALTON ROAD
BETHESDA MD 20817

*has met all requirements prescribed by law and regulations and is hereby licensed as:*
**General Appraiser**
License Number: GA10294

ISSUE DATE: 03/01/2004    EXPIRATION DATE: 02/28/2006

Director
Department of Consumer and Regulatory Affairs

---

10 04   10545                                           2,893,241

LICENSE, REGISTRATION, OR CERTIFICATION

Parris N. Glendening, Governor
Kathleen Kennedy Townsend, Lt. Governor
John P. O'Connor, Secretary

*State of Maryland*

**DEPARTMENT OF LABOR, LICENSING AND REGULATION**
COMMISSION OF RE APPRAISERS & HOME INSPECTORS
CERTIFIES THAT
JOHN CHARLES DEMPSEY

IS AN AUTHORIZED   CERTIFIED GENERAL

LIC. REG. CERT. NO.   EXPIRATION DATE   EFFECTIVE DATE   CATEGORY
10545                 12-15-2005        12-18-2002       04

WHERE REQUIRED BY LAW THIS MUST BE CONSPICUOUSLY DISPLAYED IN OFFICE TO WHICH IT APPLIES    2893241

---

**DEPARTMENT OF PROFESSIONAL AND OCCUPATIONAL REGULATION**
**COMMONWEALTH OF VIRGINIA**
3600 West Broad Street, Richmond, VA 23230
Telephone: 1 (804) 367-8500

EXPIRES ON: 12-31-2005
NUMBER: 4001 002333

REAL ESTATE APPRAISER BOARD
CERTIFIED GENERAL REAL ESTATE APPRAISER

JOHN C DEMPSEY
5905 WALTON RD
BETHESDA MD 20817 0000

Louise F. Ware, Director

ALTERATION OF THIS DOCUMENT, USE AFTER EXPIRATION, OR USE BY PERSONS OR FIRMS OTHER THAN THOSE NAMED MAY RESULT IN CRIMINAL PROSECUTION UNDER THE CODE OF VIRGINIA

(SEE REVERSE SIDE FOR NAME AND/OR ADDRESS CHANGE)

| | | | | | Client#: 2372 | | | CENTBUS | |
|---|---|---|---|---|---|---|---|---|---|

## ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 1/26/05

**PRODUCER**
CBIZ Insurance Services Inc.
9302 Lee Highway Suite 200
Fairfax, VA 22031
703 654-6300

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** | NAIC #

**INSURED**
Century Business Services, Inc.
6050 Oak Tree Blvd., South, Suite 500
Cleveland, OH 44131

INSURER A: Indian Harbor Ins. Co.
INSURER B:
INSURER C:
INSURER D:
INSURER E:

### COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | ☐ WC STATUTORY LIMITS ☐ OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | OTHER Professional E&O | ELU08773404 | 12/15/04 | 12/15/05 | $15,000,000 Per Claim $15,000,000 Aggregate | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

**CERTIFICATE HOLDER**
Information Only-
CBIZ Internal Use Only

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
CBIZ Benefits & Insurance Services

ACORD 25 (2001/08) 1 of 2   #S148660/M143760   OCW   © ACORD CORPORATION 1988

CBIZ Internal Use Only

E&O Insurance Information

## **BERT L. SWAIN, CPA, CFE**

Mr. Swain attended American University on scholarship and graduated in 1979 with a Bachelor's Degree in Accounting. He later returned and earned a Master's Degree in Taxation in 1987.

After graduation in 1979, Mr. Swain was immediately employed by a national accounting firm where his work concentrated in the area of audits of not-for-profit organizations, retail, wholesale and government contracting.

In 1983, Mr. Swain joined Harab, Kamerow & Associates, P.C., predecessor firm to Kamerow, Weintraub & Swain, LLP. In 2006, Kamerow, Weintraub & Swain, LLP merged with Goodman & Company, LLP. Mr. Swain is a senior audit partner in the Rockville Office of Goodman & Company where he manages the audit and accounting segment of the practice that encompasses over 150 tax-exempt organizations as well as numerous other clients in various industries. He currently serves on the Executive Committee of Goodman & Company.

Mr. Swain has worked in the area of litigation support providing accounting research services, giving depositions and assisting in the trial discovery process for various matters involving shareholder actions, demergers of professional practices, fraud, embezzlement, and application of proper accounting principles.

Mr. Swain is a member of the American Institute of Certified Public Accountants (former Council member), the Maryland Association of Certified Public Accountants, the Association of Practicing Certified Public Accountants, the Association of Certified Fraud Examiners, and the Greater Washington Society of Certified Public Accountants (GWSCPA) where he served on the Board of Governors and as President for the 1995-96 fiscal year.

He has also written and lectured in the area of not-for-profit organizations, including his most recent publication, "A CPA's Guide to Management Letter Comments" published by CCH Incorporated.