IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-1653 (ESH/JMF) |
| SERGIO ZAMBRANA, ) | |
| ) | |
| Defendant/Third-Party ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JEAN CLAUDE CAUDERLIER ) | |
| ) | |
| And ) | |
| ) | |
| LA RUCHE, INC. ) | |
| ) | |
| Third-Party Defendants ) | |

### CAUDERLIER & ASSOCIATES, INC., LA RUCHE, INC., AND JEAN CLAUDE CAUDERLIER SUBMISSION IN LIEU OF A FED. R. CIV. P. 26(a)(2) DISCLOSURE

Cauderlier & Associates, Inc. ("CAI"), La Ruche, Inc. ("La Ruche"), and Jean Claude Cauderlier ("Mr. Cauderlier") (collectively referred to hereinafter as the "Joint Parties") respectfully make this submission in lieu of the Fed. R. Civ. P. 26(a)(2) disclosure the Joint Parties anticipated filing by this date. This substitute submission is necessary because Mr. Sergio Zambrana's Statement Pursuant to Federal Rule of Civil Procedure 26(a)(2) ("Rule 26 Statement") referring to the anticipated testimony of Mr. Bert Swain (CAP, CFE) was – and remains – unsupported by a written report as required by Rule 26. Without that written report, the Joint Parties cannot engage rebuttal expertise or file the Rule 26(a)(2) disclosure (with requisite written report). Contingent on the results of a pending "meet and confer" conference,

the Joint Parties anticipate filing a motion to strike that portion of Mr. Zambrana's Rule 26 Statement referring to Mr. Swain's anticipated testimony.

Should Mr. Zambrana be granted permission to file Mr. Swain's report out of time, the Joint Parties will then request leave of this Court to file a disclosure and rebuttal report.

Dated: February 28, 2007

Respectfully submitted,

Robert L. Green, Jr. (D.C. Bar No. 935775)
James B. Boles (D.C. Bar No. 471818)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
(202) 383-6610 – facsimile
greenr@howrey.com
bolesj@howrey.com

Attorneys for Cauderlier & Associates, Inc.,
Jean Claude Cauderlier, and La Ruche, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Cauderlier & Associates, Inc., La Ruche, Inc., and Jean Claude Cauderlier Submission in Lieu of a Fed. R. Civ. P. 26(a)(2) Disclosure was served by operation of the Court's electronic filing system upon all attorneys of record registered with the Court's ECF system, and a true and accurate copy of the foregoing instrument was forwarded by overnight delivery to those attorneys not registered with the Court's ECF system, this 28th day of February 2007, as indicated below, to:

> Benny L. Kass, Esq.
> Jeffrey M. Hamberger, Esq.
> KASS, MITEK & KASS, PLC
> 1050 17th St., N.W. #1100
> Washington, D.C. 20036
> blkass@kmklawyers.com
> jhamberger@kmklawerys.com
> (202) 659-6500

_____
James B. Boles