**FIRST UNION®**

## Commercial Money Market Investment

**4264**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 2030000982662 | 072 | 130 | 0 | 32 | 10,280 | |

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW
WASHINGTON DC  20007

CB

## Commercial Money Market Investment

3/01/2002 thru 3/29/2002

Account number:    2030000982662
Account holder(s):   CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:   522199045

### Account Summary

| | |
|---|---|
| Opening balance 3/01 | $15,858.55 |
| Deposits and other credits | 13,000.00 + |
| Interest paid | 7.76 + |
| Other withdrawals and service fees | 8,265.00 - |
| Closing balance 3/29 | $20,601.31 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/22 | 10,000.00 | DEPOSIT |
| 3/28 | 3,000.00 | DEPOSIT |
| 3/29 | 7.76 | INTEREST FROM 03/01/2002 THROUGH 03/29/2002 |
| **Total** | **$13,007.76** | |

### Interest

| | |
|---|---|
| Number of days this statement period | 29 |
| Annual percentage yield earned | 1.04% |
| Interest earned this statement period | $7.76 |
| Interest paid this statement period | $7.76 |
| Interest paid this year | $17.89 |

### Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 3/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC<br>CO. ID. 1222293019 020301 PPD<br>MISC 000000110354560 | SBA PAYMNT |
| **Total** | **$8,265.00** | | |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 3/01 | 7,593.55 | 3/28 | 20,593.55 | | |
| 3/22 | 17,593.55 | 3/29 | 20,601.31 | | |



# Commercial Money Market Investment

**4265**

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 10,281 |
|----|----|----|----|----|----|----|

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | **Phone number** | **Address** |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | ROANOKE VA  24040-7314 |

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.



# Commercial Money Market Investment

**4266**

| 01 | 2030000982662 | 072 | 140 | 4 | 32 | 5,097 | | |

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW
WASHINGTON DC  20007

CB

---

## Commercial Money Market Investment

**3/30/2002 thru 4/30/2002**

Account number:          2030000982662
Account holder(s):       CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:      522199045

### Account Summary

| | |
|---|---:|
| Opening balance 3/30 | $20,601.31 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 5.09 + |
| Checks | 10,003.01 - |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 4/30** | **$12,338.39** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/23 | 10,000.00 | DEPOSIT |
| 4/30 | 5.09 | INTEREST FROM 03/30/2002 THROUGH 04/30/2002 |
| **Total** | **$10,005.09** | |

### Interest

| | |
|---|---|
| Number of days this statement period | 32 |
| Annual percentage yield earned | 0.97% |
| Interest earned this statement period | $5.09 |
| Interest paid this statement period | $5.09 |
| Interest paid this year | $22.98 |

### Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7035 | 100.00 | 4/04 | 7037 | 403.73 | 4/02 | **Total** | **$10,003.01** | |
| 7036 | 9,160.28 | 4/02 | 7038 | 339.00 | 4/02 | | | |

### Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 4/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC CO. ID. 1222293019 020401 PPD MISC 000000110354560 | SBA PAYMNT |
| **Total** | **$8,265.00** | | |

---



# Commercial Money Market Investment

**#267**

02        2030000982662  072  140         4    32         5,098

---

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/01 | 12,336.31 | 4/04 | 2,333.30 | 4/30 | 12,338.39 |
| 4/02 | 2,433.30 | 4/23 | 12,333.30 | | |

---

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**CAUDERLIER & ASSOCIATES, INC.**
1039 - 31ST STREET, N.W.
WASHINGTON, DC 20007
202-965-2684

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

15-122/540

**7036**

PAY _Nine thousand one hundred sixty & 28/100_                    **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|---|
| D C Treasurer | 3·30·02 | Prop. Tax ⇒ 9·30·02 | 7036 | 9 160 28 |

SP 1/90
Lot 0280

FIRST UNION

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈007036⑈ ⑉054001220⑈ 2030000982662⑈                    ⑈000091 6028⑈

4270

292230402021190          80021021166
DC  CYCLE:0032 PKT:1              CREDIT TO THE ACCOUNT OF THE
DDACYC    04022002               WITHIN NAMED PAYEE
                                 REMITTANCE PROCESSING
                                 FIRST UNION NTL BANK OF
                                 RICHMOND, VA
                                 ABSENCE OF ENDORSEMENT
                                 GUARANTEED

                       ▶031000011◀
                       FIRST UNION NATL SVC-071
                       PHILADELPHIA PA 04022002
                       7316225956

◊ ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER ◊

**CAUDERLIER & ASSOCIATES, INC.**
1039 - 31ST STREET, N.W.
WASHINGTON, DC 20007
202-965-2684

15-122/540

**7036**

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY Nine thousand one hundred sixty & 28/100    **DOLLARS**

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|---|
| D C Treasurer | 3.30.02 | Prop. Tax ≥ 9.30.02 | 7036 | 9160 28 |

sp 1190
Lot 0820

FIRST UNION

◊ THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW ◊

⑈007036⑈ ⑆054001220⑆ 203000098266 2⑈    ⑈000091602 8⑈

2922304202021190    80021021164    CREDIT TO THE ACCOUNT OF TI:
DC  CYCLE:0032 PKT:1                  WITHIN NAMED PAYEE
DDACYC    04022002                 REMITTANCE PROCESSING
                                   FIRST UNION NTL BANK OF
                                      RICHMOND, VA
                                  ABSENCE OF ENDORSEMENT

▶031000011◀
FIRST UNION NATL SVC-071
PHILADELPHIA PA 04022002

731622595b

4271

**CAUDERLIER & ASSOCIATES, INC.**
1039 - 31ST STREET, N.W.
WASHINGTON, DC 20007
202-965-2684

15-122/540

7038

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

PAY *Three hundred thirty nine & 00/100* —

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|---|
| DC TREASURER | 33002 | MPD Sept 30 02 | 7038. | 339.00 |
| Q 1180 | | | | |
| Lot 007 | | | | |

FIRST UNION

⑇ THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW ⑇

⑈⑈007038⑈⑈  ⑆05400⑈220⑆ 203000098 266 2⑈⑈     ⑊⑈0000033900⑈⑊

4272

750228100079

CREDIT TO THE ACCOUNT OF THE
WITHIN NAMED PAYEE
REMITTANCE PROCESSING
FIRST UNION, BANK OF
RICHMOND, VA
ABSENCE OF ENDORSEMENT
GUARANTEED

►0310000114
FIRST UNION NATL SVC-071
PHILADELPHIA PA 04022002

7316227347

DC CYCLE 0032 PKT 1
DDACYC     04022002

4273

**CAUDERLIER & ASSOCIATES, INC.**
1039 - 31ST STREET, N.W.
WASHINGTON, DC 20007
202-965-2684

15-122/540

7035

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

PAY ~~Mellun dod + °°/100~~

DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|---|
| DC TREASURER | 3/1/02 | Extension 2001 | 7035 | 100 00 |

FIRST UNION

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈007035⑈ ⑆054001220⑈ 203000098266 2⑈ ⑈00000 10000⑈

DC  CYCLE:0032 PKT:7
DDACYC      04052002

031000011
COLLECTING BANK  SVC-141
04052002

BANK OF AMERICA NA BAL
03500073874 £4455 90 P22
04/04/02

2002040313151030  1020        7690   3110820036

4275

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**CAUDERLIER & ASSOCIATES, INC.**
1039 - 31ST STREET, N.W.
WASHINGTON, DC 20007
202-965-2684

15-122/540

7037

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY ~~Four hundred three & 73/100~~ ————— DOLLARS

| TO THE ORDER OF | DATE | DESCRIPTION | CHECK NO. | CHECK AMOUNT |
|---|---|---|---|---|
| D.C. TREASURER | 3·30·02 | BID 5 Sept 302 | 7037 | 403 73 |

p 1190.
Lot 0074.

FIRST UNION

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈007037⑈ ⑆054001220⑆ 203000098 266 2⑈          ⑈000004037 3⑈

4276

74022810078

DC CYCLE:0032 PXT:7
DDACYC    04022002

CREDIT TO THE ACCOUNT OF THE
WITHIN NAMED PAYEE
REMITTANCE PROCESSING
FIRST UNION NATL BANK OF
RICHMOND, VA.
ABSENCE OF ENDORSEMENT
GUARANTEED

►031000011◄
FIRST UNION NATL SVC-071
PHILADELPHIA PA 04022002

731627346

# Commercial Money Market Investment

4277

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 3,750 |

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below.

_____  2. Write in the closing balance shown on the front of account statement.

_____  3. Write in any deposits you have made since the date of this statement.

_____

_____

_____  4. Add together amounts listed above in steps 2 and 3.

_____  5. In the section to the right, list and total all checks and withdrawals that you have made but not reported on your account statement.  Write in the total here.

_____  6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above.

### List Outstanding Checks and Withdrawals

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862, or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

 **FIRST UNION**®

## Commercial Money Market Investment

4279

01        2030000982662  072  130        0    32        11,229

հվվՈւմՈւմՈւմՈււՈււՈ
CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW                    CB
WASHINGTON DC  20007

## Commercial Money Market Investment

6/01/2002 thru 6/28/2002

| | |
|---|---|
| Account number: | 2030000982662 |
| Account holder(s): | CAUDERLIER & ASSOCIATES, INC. |
| Taxpayer ID Number: | 522199045 |

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $14,047.65 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 5.71 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 6/28** | **$15,788.36** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/25 | 10,000.00 | DEPOSIT |
| 6/28 | 5.71 | INTEREST FROM 06/01/2002 THROUGH 06/28/2002 |
| **Total** | **$10,005.71** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 28 |
| Annual percentage yield earned | 1.00% |
| Interest earned this statement period | $5.71 |
| Interest paid this statement period | $5.71 |
| Interest paid this year | $32.95 |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 6/03 | 8,265.00 | AUTOMATED DEBIT  TMSIC CO. ID. 1222293019 020603 PPD MISC 000000110354560 | SBA PAYMNT |
| **Total** | **$8,265.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 5,782.65 | 6/25 | 15,782.65 | 6/28 | 15,788.36 |



# Commercial Money Market Investment

4280

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 11,230 |

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | **Phone number** | **Address** |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | ROANOKE VA  24040-7314 |

---

## To Balance Your Account

| | **List Outstanding Checks and Withdrawals** | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | **Ck. No.** | **Amount** | **Ck. No.** | **Amount** |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | **Total** | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

---



# Commercial Money Market Investment

4281

01     2030000982662  072  130     0   32     11,691

ℓₐℓₐℓℓℓₐℓℓₐₐℓℓₐₐℓₐℓₐℓₐℓℓℓ
CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW          CB
HASHINGTON DC  20007

# Commercial Money Market Investment

6/29/2002 thru 7/31/2002

| Account number: | 2030000982662 |
| Account holder(s): | CAUDERLIER & ASSOCIATES, INC. |

Taxpayer ID Number:     522199045

## Account Summary

| | |
|---|---|
| Opening balance 6/29 | $15,788.36 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 7.71 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 7/31** | **$17,531.07** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/22 | 10,000.00 | DEPOSIT |
| 7/31 | 7.71 | INTEREST FROM 06/29/2002 THROUGH 07/31/2002 |
| **Total** | **$10,007.71** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 33 |
| Annual percentage yield earned | 0.80% |
| Interest earned this statement period | $7.71 |
| Interest paid this statement period | $7.71 |
| Interest paid this year | $40.66 |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 7/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC<br>CO. ID. 1222293019 020701 PPD<br>MISC 000000110354560 | SBA PAYMNT |
| **Total** | **$8,265.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 7/01 | 7,523.36 | 7/22 | 17,523.36 | 7/31 | 17,531.07 |



## Commercial Money Market Investment

4282

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 11,692 |

*"EFFECTIVE 09/03/02 ACCOUNTS CLOSED IN OVERDRAFT STATUS WILL BE ASSESSED A $30 COLLECTION FEE.*
*"FOR ALL ACCOUNTS OPENED PRIOR TO 09/03/02 THE FEE FOR THE CHECK RETURN STATEMENT AS REFERENCED IN THE ENCLOSED MISCELLANEOUS FEE SCHEDULE WILL NOT APPLY.*

# FIRST UNION®

# Commercial Money Market Investment

4283

| 03 | 2030000982662 | 072 | 130 | 0 | 32 | 11,693 |
|----|---------------|-----|-----|---|----|--------|

## Customer Service Information

For questions about your statement
or billing errors, contact us at:

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | ROANOKE VA  24040-7314 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.



# Commercial Money Market Investment

01          2030000982662   072  130          0   32     2,445

00000974  1 AT  0.292  02  3DGS 3
|..|.|ll|..ll..ll...|..|..l..|.|.|.lll|....||.|l.|.|.l|..l
CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW                            CB
WASHINGTON DC  20007

---

# Commercial Money Market Investment                    8/01/2002 thru 8/30/2002

Account number:       2030000982662
Account holder(s):    CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:   522199045

## Account Summary

| | |
|---|---|
| Opening balance 8/01 | $17,531.07 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 5.92 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 8/30** | **$19,271.99** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/29 | 10,000.00 | DEPOSIT |
| 8/30 | 5.92 | INTEREST FROM 08/01/2002 THROUGH 08/30/2002 |
| **Total** | **$10,005.92** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 30 |
| Annual percentage yield earned | 0.75% |
| Interest earned this statement period | $5.92 |
| Interest paid this statement period | $5.92 |
| Interest paid this year | $46.58 |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 8/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC | SBA PAYMNT |
| | | CO. ID. 1222293019 020801 PPD | |
| | | MISC 000000110354560 | |
| **Total** | **$8,265.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 8/01 | 9,266.07 | 8/29 | 19,266.07 | 8/30 | 19,271.99 |

# FIRST UNION®
## Commercial Money Market Investment

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 2,446 |

*\*\*EFFECTIVE 09/03/02 ACCOUNTS CLOSED IN OVERDRAFT STATUS WILL BE
ASSESSED A $30 COLLECTION FEE.
\*\*FOR ALL ACCOUNTS OPENED PRIOR TO 09/03/02 THE FEE FOR THE CHECK
RETURN STATEMENT AS REFERENCED IN THE ENCLOSED MISCELLANEOUS
FEE SCHEDULE WILL NOT APPLY.*



# Commercial Money Market Investment

01     2030000982662   072   130        0    32      3,771

00001571  1 AT  0.292 02  3DGS 6

||.|.|||..||..||..||..|..|..||||

CAUDERLIER & ASSOCIATES,  INC.
1039 31ST STREET NW                         CB
WASHINGTON DC   20007

---

# Commercial Money Market Investment

8/31/2002 thru 9/30/2002

Account number:        2030000982662
Account holder(s):     CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:    522199045

## Account Summary

| | |
|---|---|
| Opening balance 8/31 | $19,271.99 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 9.53 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 9/30** | **$21,016.52** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 9/25 | 10,000.00 | DEPOSIT |
| 9/30 | 9.53 | INTEREST FROM 08/31/2002 THROUGH 09/30/2002 |
| **Total** | **$10,009.53** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 0.84% |
| Interest earned this statement period | $9.53 |
| Interest paid this statement period | $9.53 |
| Interest paid this year | $56.11 |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 9/03 | 8,265.00 | AUTOMATED DEBIT TMSIC<br>CO. ID. 1222293019 020903 PPD<br>MISC 000000110354560 | SBA PAYMNT |
| **Total** | **$8,265.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 9/03 | 11,006.99 | 9/25 | 21,006.99 | 9/30 | 21,016.52 |

---

4289



# Commercial Money Market Investment

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 3,772 |

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | **Phone number** | **Address** |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

---

<table>
<tr><td colspan="5" align="center"><strong>To Balance Your Account</strong></td></tr>
<tr>
<td rowspan="2">1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.</td>
<td colspan="4" align="center"><strong>List Outstanding Checks and Withdrawals</strong></td>
</tr>
<tr>
<td>Ck. No.</td><td>Amount</td><td>Ck. No.</td><td>Amount</td>
</tr>
<tr><td>2. Write in the closing balance shown on the front of account statement.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>3. Write in any deposits you have made since the date of this statement.</td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>4. Add together amounts listed above in steps 2 and 3.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.</td><td></td><td></td><td>Total</td><td></td></tr>
</table>

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

---





# Commercial Money Market Investment

01          2030000982662  072  130          0   32          3,555

00001461  1 AT  0.292  02  3DGS 6

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW          CB
WASHINGTON DC  20007

# Commercial Money Market Investment

10/01/2002 thru 10/31/2002

Account number:          2030000982662
Account holder(s):       CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:      522199045

## Account Summary

| | |
|---|---|
| Opening balance 10/01 | $21,016.52 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 9.79 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 10/31** | **$22,761.31** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/25 | 10,000.00 | DEPOSIT |
| 10/31 | 9.79 | INTEREST FROM 10/01/2002 THROUGH 10/31/2002 |
| **Total** | **$10,009.79** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 0.82% |
| Interest earned this statement period | $9.79 |
| Interest paid this statement period | $9.79 |
| Interest paid this year | $65.90 |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 10/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC | SBA PAYMNT |
| | | CO. ID. 1222293019 021001 PPD | |
| | | MISC 000000110354560 | |
| **Total** | **$8,265.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/01 | 12,751.52 | 10/25 | 22,751.52 | 10/31 | 22,761.31 |



# Commercial Money Market Investment

02      2030000982662  072  130          0   32      3,556

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**                    **Phone number**          **Address**

Business Checking, CheckCard & Loan Accounts      1-800-566-3862      FIRST UNION NATIONAL BANK
Commercial Checking & Loan Accounts               1-800-222-3862      NC8502
TDD   (For the Hearing Impaired)                   1-800-388-2234      P O BOX 563966
                                                                      CHARLOTTE NC 28262-3966

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.



# Commercial Money Market Investment

| 01 | 2030000982662 072 130 | 0 32 | 3,680 |
| --- | --- | --- | --- |

00001546 1 AT 0.292 02 3DGS 6

Ihilllllllllllllllll

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW                    CB
WASHINGTON DC  20007

---

# Commercial Money Market Investment                11/01/2002 thru 11/29/2002

| | |
| --- | --- |
| Account number: | 2030000982662 |
| Account holder(s): | CAUDERLIER & ASSOCIATES, INC. |

Taxpayer ID Number:      522199045

## Account Summary

| | |
| --- | --- |
| Opening balance 11/01 | $22,761.31 |
| Interest paid | 6.73 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 11/29** | **$14,503.04** |

## Deposits and Other Credits

| Date | Amount | Description |
| --- | --- | --- |
| 11/29 | 6.73 | INTEREST FROM 11/01/2002 THROUGH 11/29/2002 |
| **Total** | **$6.73** | |

## Interest

| | |
| --- | --- |
| Number of days this statement period | 29 |
| Annual percentage yield earned | 0.59% |
| Interest earned this statement period | $6.73 |
| Interest paid this statement period | $6.73 |
| Interest paid this year | $72.63 |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
| --- | --- | --- |
| 11/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC          SBA PAYMNT |
| | | CO. ID. 1222293019 021101 PPD |
| | | MISC 000000110354560 |
| **Total** | **$8,265.00** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/01 | 14,496.31 | 11/29 | 14,503.04 | | |

---

**FIRST UNION NATIONAL BANK , SMALL BUSINESS BANKING-CAPITAL D**                                    page 1 of 2

4293



# Commercial Money Market Investment

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 3,681 |

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

---

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____   2. Write in the closing balance shown on the front of account statement. | | | | |
| _____   3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ | | | | |
| _____   4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____   5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| _____   6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

---





# Commercial Money Market Investment

01          2030000982662  072  130          0  32          3,988

00001591  1 AT  0.292 02  3DGS 6

IıIılIIIııIIıılIıılıılIııIII
CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW                                    CB
WASHINGTON DC   20007

---

# Commercial Money Market Investment                 11/30/2002 thru 12/31/2002

Account number:          2030000982662
Account holder(s):        CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:      522199045

## Account Summary

| | |
|---|---|
| Opening balance 11/30 | $14,503.04 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 3.42 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 12/31** | **$16,241.46** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 12/17 | 10,000.00 | DEPOSIT |
| 12/31 | 3.42 | INTEREST FROM 11/30/2002 THROUGH 12/31/2002 |
| **Total** | **$10,003.42** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 32 |
| Annual percentage yield earned | 0.35% |
| Interest earned this statement period | $3.42 |
| Interest paid this statement period | $3.42 |
| Interest paid this year | $76.05 |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 12/02 | 8,265.00 | AUTOMATED DEBIT  TMSIC<br>CO. ID. 1222293019 021202 PPD<br>MISC 000000110354560 | SBA PAYMNT |
| **Total** | **$8,265.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 12/02 | 6,238.04 | 12/17 | 16,238.04 | 12/31 | 16,241.46 |



# Commercial Money Market Investment

02      2030000982662  072  130          0   32      3,989

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | **Phone number** | **Address** |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| | | | | |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.