**Commercial Money Market Investment**

4278

01   2030000982662   072   130         0    32    3,749

00001535  1 AT  0.292  02  3DGS 6

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW
WASHINGTON DC  20007

CB

# Commercial Money Market Investment    4/01/2003 thru 4/30/2003

Account number:       2030000982662
Account holder(s):    CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:   522199045

## Account Summary

| | |
|---|---|
| Opening balance 4/01 | $41,485.92 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 17.87 + |
| Other withdrawals and service fees | 8,265.00 - |
| Closing balance 4/30 | $43,238.79 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/21 | 10,000.00 | DEPOSIT |
| 4/30 | 17.87 | INTEREST FROM 04/01/2003 THROUGH 04/30/2003 |
| Total | $10,017.87 | |

## Interest

| | |
|---|---|
| Number of days this statement period | 30 |
| Annual percentage yield earned | 0.60% |
| Interest earned this statement period | $17.87 |
| Interest paid this statement period | $17.87 |
| Interest paid this year | $57.33 |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 4/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC       SBA PAYMNT<br>CO. ID. 1222293019 030401 PPD<br>MISC 000000110354560 |
| Total | $8,265.00 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/01 | 33,220.92 | 4/21 | 43,220.92 | 4/30 | 43,238.79 |

FIRST UNION NATIONAL BANK , SMALL BUSINESS BANKING-CAPITAL D          page 1 of 2

**Commercial Money Market Investment** 4505

01  2030000982662  072  130    0  32  4,153

00001712 1 AT 0.292 02  3DGS 6

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW    CB
WASHINGTON DC  20007

# Commercial Money Market Investment

5/31/2003 thru 6/30/2003

Account number:  2030000982662
Account holder(s):  CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:  522199045

## Account Summary

| | |
|---|---:|
| Opening balance 5/31 | $44,991.53 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 23.14 + |
| Other withdrawals and service fees | 8,265.00 - |
| Closing balance 6/30 | $46,749.67 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 6/04 | 10,000.00 | DEPOSIT |
| 6/30 | 23.14 | INTEREST FROM 05/31/2003 THROUGH 06/30/2003 |
| Total | $10,023.14 | |

## Interest

| | |
|---|---:|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 0.60% |
| Interest earned this statement period | $23.14 |
| Interest paid this statement period | $23.14 |
| Interest paid this year | $98.21 |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---:|---|
| 6/02 | 8,265.00 | AUTOMATED DEBIT  TMSIC      SBA PAYMNT<br>CO. ID. 1222293019 030602 PPD<br>MISC 000000110354560 |
| Total | $8,265.00 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---:|---|---:|---|---:|
| 6/02 | 36,726.53 | 6/04 | 46,726.53 | 6/30 | 46,749.67 |

FIRST UNION NATIONAL BANK, SMALL BUSINESS BANKING-CAPITAL D        page 1 of 2

Case 1:05-cv-01653-JMF    Document 52-4    Filed 03/14/2007    Page 3 of 8

4506







## Commercial Money Market Investment

01   2030000982662   072   130      0   32            11,229

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW
WASHINGTON DC  20007           CB

# Commercial Money Market Investment             6/01/2002 thru 6/28/2002

| | |
|---|---|
| Account number: | 2030000982662 |
| Account holder(s): | CAUDERLIER & ASSOCIATES, INC. |
| Taxpayer ID Number: | 522199045 |

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $14,047.65 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 5.71 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 6/28** | **$15,788.36** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/25 | 10,000.00 | DEPOSIT |
| 6/28 | 5.71 | INTEREST FROM 06/01/2002 THROUGH 06/28/2002 |
| Total | $10,005.71 | |

## Interest

| | |
|---|---|
| Number of days this statement period | 28 |
| Annual percentage yield earned | 1.00% |
| Interest earned this statement period | $5.71 |
| Interest paid this statement period | $5.71 |
| Interest paid this year | $32.95 |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/03 | 8,265.00 | AUTOMATED DEBIT  TMSIC     SBA PAYMNT<br>CO. ID. 1222293019 020603 PPD<br>MISC 000000110354560 |
| Total | $8,265.00 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 5,782.65 | 6/25 | 15,782.65 | 6/28 | 15,788.36 |



# Commercial Money Market Investment

| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 11,230 | | |

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | ROANOKE VA  24040-7314 |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | Total |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



# FIRST UNION

## Commercial Money Market Investment

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 | 2030000982662 | 072 130 | 0 32 | 11,691 | — — | — |

```
|.|.|||..||..||..|..|..|||
CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW                                CB
WASHINGTON DC  20007
```

## Commercial Money Market Investment        6/29/2002 thru 7/31/2002

Account number:        2030000982662
Account holder(s):     CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:    522199045

### Account Summary

| | |
|---|---|
| Opening balance 6/29 | $15,788.36 |
| Deposits and other credits | 10,000.00 + |
| Interest paid | 7.71 + |
| Other withdrawals and service fees | 8,265.00 - |
| **Closing balance 7/31** | **$17,531.07** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/22 | 10,000.00 | DEPOSIT |
| 7/31 | 7.71 | INTEREST FROM 06/29/2002 THROUGH 07/31/2002 |
| **Total** | **$10,007.71** | |

### Interest

| | |
|---|---|
| Number of days this statement period | 33 |
| Annual percentage yield earned | 0.80% |
| Interest earned this statement period | $7.71 |
| Interest paid this statement period | $7.71 |
| Interest paid this year | $40.66 |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 7/01 | 8,265.00 | AUTOMATED DEBIT  TMSIC    SBA PAYMNT |
| | | CO. ID. 1222293019 020701 PPD |
| | | MISC 000000110354560 |
| **Total** | **$8,265.00** | |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 7/01 | 7,523.36 | 7/22 | 17,523.36 | 7/31 | 17,531.07 |

FIRST UNION NATIONAL BANK , SMALL BUSINESS BANKING-CAPITAL D            page 1 of 3



## Commercial Money Market Investment

| | | | | | | |
|---|---|---|---|---|---|---|
| 02 | 2030000982662 | 072 | 130 | 0 | 32 | 11,692 |

*\*\*EFFECTIVE 09/03/02 ACCOUNTS CLOSED IN OVERDRAFT STATUS WILL BE ASSESSED A $30 COLLECTION FEE.*
*\*\*FOR ALL ACCOUNTS OPENED PRIOR TO 09/03/02 THE FEE FOR THE CHECK RETURN STATEMENT AS REFERENCED IN THE ENCLOSED MISCELLANEOUS FEE SCHEDULE WILL NOT APPLY.*

FIRST UNION NATIONAL BANK , SMALL BUSINESS BANKING-CAPITAL D     page 2 of 3



## Commercial Money Market Investment

| 03 | 2030000982662 | 072 | 130 | 0 | 32 | 11,693 |

### Customer Service Information

For questions about your statement
or billing errors, contact us at:

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | ROANOKE VA 24040-7314 |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.