UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Canderlier + Assoc.*
_____
Plaintiff(s)

v.

*Sergio Zambrana*
_____
Defendant(s)

FILED

APR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 05-1653

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____      4-2-2007
Attorney for the Plaintiff(s)      Date

_____      4/2/07
Attorney for the Defendant(s)      Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED → Facciola that the above-captioned matter be referred to a United States Magistrate Judge for further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties. *with respect to liability only*

_____      April 2, 2006
United States District Judge      Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95