1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>　　　Plaintiff<br><br>　　v.<br><br>**SERGIO ZAMBRANA**<br><br>　　　Defendant/Third-Party<br>　　　Plaintiff<br><br>　　v.<br><br>**JEAN CLAUDE CAUDERLIER and**<br>**LA RUCHE, INC.**<br><br>　　　Third-Party Defendants | Civil Action No. 05-1653<br>Magistrate Judge John M. Facciola<br>(JMF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.6 of the Local Rules of this Court, the undersigned counsel for defendant/counter-plaintiff/third-party plaintiff, Sergio Zambrana ("Mr. Zambrana"), hereby notifies the Court that Jeffrey M. Hamberger has joined the law firm of O'Reilly & Mark, P.C., and that said attorney and law firm shall henceforth represent Mr. Zambrana in this matter. The law firm of Kass, Mitek & Kass, PLLC, and Benny L. Kass, shall withdraw from its representation of Mr. Zambrana, effective as of this filing.

                                    Respectfully submitted,

                                    O'REILLY & MARK, P.C.

Dated: May 10, 2007                  By:   /s/_____
                                         Jeffrey M. Hamberger (D.C. Bar No. 930362)
                                         11200 Rockville Pike
                                         Suite 301
                                         North Bethesda, Maryland 20852
                                         (301) 231-6330
                                         jmh@oreillymark.com
                                         Attorneys for Defendant/Counter-Plaintiff/Third-Party Plaintiff, Sergio Zambrana


                                    KASS, MITEK & KASS, PLLC

Dated: May 10, 2007                  By:   /s/_____
                                         Benny L. Kass  (D.C. Bar No. #025155)
                                         1050 17th Street, N.W., #1100
                                         Washington, D.C.  20036
                                         (202) 659-6500
                                         blkass@kmklawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Substitution of Counsel was filed electronically through the Court's ECF system, and emailed, this 10th day of May, 2007, to:

>Robert L. Green, Jr., Esquire
>James B. Boles, Esquire
>HOWREY, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>greenr@howrey.com
>bolesj@howrey.com

>____/s/_____
>Jeffrey M. Hamberger

C:\Documents and Settings\Jeffrey\My Documents\MY FILES\7246 Zambrana\Notice of Substition of Counsel.wpd