# EXHIBIT 2

Sergio Zambrana                                    January 30, 2007
Washington, DC

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2
    - - - - - - - - - - - - - - - x
3   CAUDERLIER & ASSOCIATES, INC.,:
                                  :
4        Plaintiff,              :
                                  :
5            v.                  :  Civil Case No.
                                  :  1:05CV01653
6   SERGIO ZAMBRANA,             :
                                  :  Judge Ellen Segal
7        Defendant/Third-Party   :   Huvelle
         Plaintiff,             :
8                                 :
             v.                  :
9                                 :
    JEAN CLAUDE CAUDERLIER        :
10      AND                      :
    LA RUCHE, INC.,             :
11                                :
        Third-Party Defendants.  :
12  - - - - - - - - - - - - - - - x

13                          Washington, D.C.

14                  Tuesday, January 30, 2007

15  Deposition of

16          SERGIO ZAMBRANA, called for examination by

17  counsel for Plaintiff and Third-Party Defendants,

18  pursuant to notice, at the Law Offices of Howrey, 1299

19  Pennsylvania Avenue, N.W., Washington, D.C.,

20  commensing at 9:10 a.m., before Barbara A. Huber,

21  Notary Public in and for the District of Columbia,

22  when were present on behalf of the respective parties:

Sergio Zambrana                                          January 30, 2007
                          Washington, DC

Page 2

1    APPEARANCES:

2        On behalf of Plaintiff and Third-Party Defendants:

3            ROBERT L. GREEN, JR., ESQUIRE
             JAMES B. BOLES, ESQUIRE
4            Howrey, LLP
             1299 Pennsylvania Avenue, N.W.
5            Washington, D.C. 20004-2402
             (202) 383-6506
6            greenr@howrey.com

7        On behalf of Defendant and Third-Party Plaintiff:

8            JEFFREY M. HAMBERGER, ESQUIRE
             Kass, Mitek & Kass, PLLC
9            1050 17th, Street, N.W.
             Suite 1100
10           Washington, D.C. 20036-5596
             (202) 659-6500
11           jhamberger@kmklawyers.com

12       Also Present:

13           Jean-Claude Cauderlier

14

15                          *   *   *   *   *

16

17

18

19

20

21

22

Sergio Zambrana                                                            January 30, 2007
                              Washington, DC

1                    C O N T E N T S

2     EXAMINATION BY:                                    PAGE

3        Mr. Green                                          4

4        Mr. Hamberger                                    184

5

6                    E X H I B I T S

7     DEPOSITION EXHIBITS:                                PAGE

8     No. 1 - Copy of Check, January 21, 2000             32

9     No. 2 - Handwritten Document, June 23, 2004         77

10    No. 3 - Certificate Number 10                       77

11    No. 4 - Affidavit                                   96

12    No. 5 - Answer and Counterclaim Answer             124

13    No. 6 - Third-Party Complaint                      136

14    No. 7 - Copy of Checks                             144

15

16

17

18

19

20

21

22

```
 1                    P R O C E E D I N G S

 2    Whereupon,

 3                    SERGIO ZAMBRANA,

 4    was called as a witness by counsel for Plaintiff/

 5    Third-Party Defendant, and having been duly sworn,

 6    by the Notary Public, was examined and testified as

 7    follows:

 8                    EXAMINATION BY COUNSEL FOR PLAINTIFF/

 9                    THIRD-PARTY DEFENDANT

10    BY MR. GREEN:

11         Q    Please state your name.

12         A    Sergio Zambrana.

13         Q    Where do you live, Mr. Zambrana?

14         A    726 Gormley Drive, Rockville, Maryland

15    20850.

16         Q    Have you ever been deposed before?

17         A    No.

18         Q    I'll be asking you questions today,

19    Mr. Zambrana.  And your obligation as a witness is

20    to answer the questions to the best of your

21    ability, and tell the true.  If at some point you

22    don't understand one of my questions, please tell
```

Sergio Zambrana                                                    January 30, 2007
Washington, DC

 1    me.  If it's unclear, I will try to ask it so that

 2    it is clear.

 3            If you don't know, just tell me you

 4    don't know.  But don't guess, don't speculate,

 5    unless I ask you to.  Unless you tell me that you

 6    don't understand a question, then I will assume

 7    that the question is clear enough for you to

 8    provide an answer.

 9            Is that satisfactory with you?

10    A    Yeah.

11    Q    Okay.  When were you born?

12    A    December 6, 1960.

13    Q    And where were you born, sir?

14    A    Bolivia.

15    Q    Please describe for me your education.

16    A    I went to high school.  I went to a

17    school call Anglo American School.  I graduate in

18    1978.

19    Q    And where is that school located?

20    A    In Bolivia.

21    Q    Okay.

22    A    I went to the University of Bolivia for

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 6

```
 1    a year, study electric engineering.  Then I moved

 2    to Houston, Texas.  And I went to Houston

 3    University for a year.  Then I transferred to

 4    Maryland University.  I went there for a

 5    year-and-a-half.

 6        Q    What field of study did you pursue at

 7    the University of Houston?

 8        A    Electrical engineer started in Bolivia.

 9        Q    So you started that at the University of

10    Bolivia?

11        A    Yeah.

12        Q    And then you continued those studies --

13        A    Yeah.

14        Q    -- at the University of Houston?

15             The court reporter is taking down what I

16    say --

17        A    Okay.

18        Q    -- and what you saw.  And it works best

19    for her and for everybody if you let me complete

20    the question before you start your answer.

21             And then you transferred to the

22    University of Maryland?
```

Sergio Zambrana

January 30, 2007

Washington, DC

1     A     Yes.

2     Q     When was that?

3     A     1982.

4     Q     And do you recall -- and you were at the

5     University of Maryland for a year-and-a-half?

6     A     Yes.

7     Q     Were you in a degree program at

8     Maryland?

9     A     No.  I was trying to -- I wasn't sure if

10    I want to study electrical engineering, so I was

11    taking some courses there, different.

12    Q     Were you a full-time student?

13    A     No.

14    Q     Were you also working at the time?

15    A     Yes.

16    Q     Where did you work -- when did you

17    first -- let me ask this.

18          When did you first move to the

19    Washington metropolitan area?

20    A     '82.  Actually, that was -- that was in

21    19 -- 1981.  Yeah, '81.

22    Q     Okay.  And when you moved to the

Sergio Zambrana                                                                    January 30, 2007
Washington, DC

1    Washington area, what did you do?

2            Were you employed?

3    A    I work, yeah.  I was working also

4    part-time.

5    Q    And where did you work part-time?

6    A    At the restaurant called Vittorio's.

7    Q    And where is Vittorio's restaurant, or

8    where was Vittorio's restaurant?

9    A    It was in Georgetown Park Mall.

10    Q    And what job did you have there?

11    A    I was a waiter, and then assistant

12    manager.

13    Q    How long did you work at Vittorio's

14    restaurant?

15    A    I did it for four years.  I'm --

16    Q    Until --

17    A    -- I'm not sure.  '84, probably.  I

18    don't recall.

19    Q    And while you were working at

20    Vittorio's, either as a waiter or as an assistant

21    manager, you also took some classes --

22    A    Yes.

Sergio Zambrana                                                                January 30, 2007
Washington, DC

```
 1        Q     -- at the University of Maryland; is

 2   that correct?

 3        A     Yes.

 4        Q     What's the next thing that happened in

 5   terms of your employment?

 6              Where did you go after Vittorio's?

 7        A     Filomena's restaurant.

 8        Q     In 1984?

 9        A     1985.

10        Q     What position did you hold at

11   Filomena's?

12        A     Metro lead.  It's a dining room manager.

13        Q     How long were you the dining room

14   manager at Filomena's?

15        A     Until I moved to Cafe La Ruche.

16        Q     When was that?

17        A     '87.

18        Q     What position did you hold at Cafe

19   La Ruche?

20        A     What, at the beginning?

21        Q     Yes.

22        A     Manager.
```

Sergio Zambrana                                          January 30, 2007
                          Washington, DC

                                                              Page 10

```
 1        Q     And who hired you, sir?

 2        A     Jean-Claude Cauderlier.

 3        Q     Was he the owner of the restaurant?

 4        A     I think he -- what I heard at the time,

 5   he was taking over the business.

 6        Q     Taking over the business from whom?

 7        A     The family, Levenson's family.

 8        Q     At the time you were hired at La Ruche,

 9   had Mr. Cauderlier purchased the restaurant, to

10   your knowledge?

11        A     He was in the process.

12        Q     Do you know whether it was complete or

13   not?

14        A     I know it -- at that time, no.

15        Q     You don't know or --

16        A     At that time.

17        Q     It wasn't complete?

18        A     No, I didn't know at that time all the

19   details.

20        Q     Okay.  Were you part of Mr. Cauderlier's

21   purchase of the restaurant in 1987?

22        A     No.
```

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 11

1        Q     So you had no ownership interest in

2   La Ruche beginning in 1987?

3        A     No.

4        Q     No you did not, or no you --

5        A     No, I did not.

6        Q     Thank you.

7              Now, as the manager at La Ruche in 1987,

8   what did you do?

9        A     I ran the business on the front of the

10  dining room -- I mean, the dining room part.

11       Q     What does that entail?

12       A     I was hiring staff, you know, management

13  of the alcohol, waitress, and all the -- all the

14  business of that.

15       Q     Are you a chief?

16       A     No.

17       Q     Did you have any responsibility for the

18  kitchen operations?

19       A     No.  Jean-Claude Cauderlier was taking

20  care of the kitchen.

21       Q     And is that how it was split:  You had

22  the dining room, he had the kitchen?

Sergio Zambrana                                         January 30, 2007
                        Washington, DC

Page 32

1       A       Probably $2,000 a week.

2               MR. GREEN:  Mark that, please.

3                       (Deposition Exhibit No. 1

4                       marked for identification.)

5   BY MR. GREEN:

6       Q       Mr. Zambrana, I've placed before you a

7   document marked as Exhibit 1, which is a -- do you

8   recognize it?

9       A       Yes.

10      Q       What is Exhibit 1?

11      A       It's a check.

12      Q       Is that your signature on the check?

13      A       Yes.

14      Q       And it's dated January 21st, 2000,

15  correct?

16      A       Correct.

17      Q       And it's in the amount of $25,000?

18      A       Correct.

19      Q       Payable to La Ruche, Inc.?

20      A       Yes.

21      Q       After you wrote the check, Mr. Zambrana,

22  what did you do with it?

Sergio Zambrana                                                          January 30, 2007
                          Washington, DC

```
 1        A     Could you repeat it?

 2        Q     After you wrote the check, what did you

 3   do with it?

 4              Did you give it to anyone?

 5        A     Yes.

 6        Q     To whom did you give it?

 7        A     To Jean-Claude and Jamie Powers.

 8        Q     When did you write the check?

 9        A     On the twenty -- the night before the

10   21st, on the twenty -- the night of the 20th,

11   2000.

12        Q     So you wrote the check the night before

13   and you dated it the next day?

14        A     Yes.

15        Q     Did you fill in the whole check on the

16   20th when you wrote it?

17        A     Yes.

18        Q     So the way Exhibit 1 appears is the way

19   that you completed the check on the 20th of

20   January in 2000; is that right?

21        A     That's the way they directed to me to

22   write it.
```

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 34

1       Q    Okay.  Now, you say they directed you to

2    write it?

3       A    Yes.

4       Q    Who directed you?

5       A    Jean-Claude and Jamie Powers.

6       Q    Together?

7       A    Yes.  We were sitting at the table.  I

8    asked them who I should write the check, CAI or La

9    Ruche.  They said write to La Ruche.

10      Q    And when you wrote the check, what was

11   your understanding of what you were getting for

12   $25,000?

13      A    I was putting in $25,000 as investment

14   to buy a building.

15      Q    What building?

16      A    Where La Ruche stays, the building La

17   Ruche stay and next -- the next door to.

18      Q    So you were purchasing -- was $25,000

19   the entire purchase price of the building?

20      A    No.

21      Q    Okay.  What portion of the purchase

22   price did the 25,000 represent?

Page 35

```
 1        A     I don't know.

 2        Q     What portion, what percentage of the

 3   property were you purchasing for $25,000?

 4        A     I don't know.  I guess that's what the

 5   judge have to decide.

 6        Q     No, no, no.  I'm asking when you gave

 7   the check, when you wrote the check on the 20th of

 8   January, what did you think you were getting?

 9   What percentage?

10        A     I didn't think in percentage.

11        Q     Had you had any conversation with

12   Mr. Powers about what percentage you were to get?

13        A     To Mr. Powers?

14        Q     Well, you said that Mr. Powers told you

15   to make the check out to La Ruche, right?

16        A     No.  I said Jean-Claude Cauderlier and

17   Mr. Powers were setting at the same table, and I

18   asked both of them.

19        Q     Okay.  And which one told you La Ruche?

20        A     They look at -- they look at each other.

21   And they had a conversation.  I don't remember

22   what.  And they said to La Ruche.
```

Sergio Zambrana                                                    January 30, 2007
                        Washington, DC

Page 36

1       Q      They had a conversation in front of you?

2       A      Yeah.

3       Q      Okay.  And did they both say La Ruche?

4    Did Jean-Claude --

5       A      Yes.

6       Q      -- Cauderlier say --

7       A      Both say La Ruche.

8       Q      Okay.  Now, you mentioned CAI.

9              You know that to be a corporation, do

10   you not?

11      A      I was the officer and director for,

12   yeah.

13      Q      That's Cauderlier & Associates, Inc.,

14   right?

15      A      Yes.

16      Q      Okay.  So we can call it CAI, and you

17   and I will both know that we're talking about

18   Cauderlier & Associates, Inc.; is that correct?

19      A      That's correct.

20      Q      Okay.  Now, were you buying a

21   percentage, a portion of CAI, or were you buying

22   the land for your $25,000?

Sergio Zambrana                                                      January 30, 2007
                          Washington, DC

Page 37

1        A      CAI was an instrument to buy the land.

2        Q      Okay.  So you weren't actually buying

3    the land yourself personally?

4        A      That was the purpose.

5        Q      I'm sorry?

6        A      That was the purpose of my $25,000.

7        Q      No, but were you going to be an

8    individual owner of the land?

9        A      Yes.

10        Q      You were?  So the title of the property

11   was going to be in the name of Sergio Zambrana?

12        A      I never have any titles or anything.  I

13   trust Jean-Claude all my --

14        Q      No, no.  Just answer my question.

15               My question is was the land to be titled

16   in your name as an owner, Sergio Zambrana, or were

17   you to be a shareholder in CAI?

18        A      We never went to this -- that deeply

19   discussions.  I never understand that.  I didn't

20   understand at that time the type of transactions.

21        Q      So you didn't have any understanding or

22   agreement on how the property would be titled?

Sergio Zambrana                                                      January 30, 2007
                        Washington, DC

Page 38

1       A    The agreement that we had, we were -- we

2    create CAI in order to buy the building.

3       Q    So there was an understanding that CAI

4    was going to purchase the building?

5       A    Yes.

6       Q    Okay.  Now, when did you have this

7    conversation with Mr. Powers and Mr. Cauderlier at

8    the table?  When did that occur?

9       A    This particular conversation?

10      Q    Yes.

11      A    The 20.

12      Q    The 20 --

13      A    I mean the -- of the whole -- are you

14   referring right now, or who write it -- who I

15   should write the check?

16      Q    No, no.  When you were writing the

17   check?

18      A    Repeat the question, please.

19      Q    Okay.  You said that you were sitting at

20   a table with Mr. Powers and Mr. Cauderlier, and

21   you were writing out this check, right?

22      A    Yes.

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 39

1      Q      Where did that meeting take place?

2      A      On the restaurant.

3      Q      And it took place on January 20th?

4      A      Yes.

5      Q      At what time of day, sir?

6      A      What time?

7      Q      Yes.

8      A      Night, late at night.  We were getting

9   ready and excited to leave for the closing the

10  next day, doing the last touchups.

11     Q      All right.  So what percentage of CAI

12  were you going to get for your $25,000?

13            MR. HAMBERGER:  He's answered that

14  question, sir.  He stated he didn't know.

15            MR. GREEN:  He can answer it one more

16  time.

17  BY MR. GREEN:

18     Q      You may answer.

19            MR. HAMBERGER:  I'll tell him if he may.

20            But you may.

21            THE WITNESS:  Well, we never have

22  that -- I mean, we never agree on a percentage.

Page 40

```
 1    BY MR. GREEN:

 2         Q    You mentioned Mr. Powers.

 3              Who was Mr. Powers?  Who is he?

 4         A    A lawyer.

 5         Q    At the time, in January of 2000, he

 6    represented La Ruche; is that correct?

 7         A    I believe so.

 8         Q    Did he represent Mr. Cauderlier?

 9         A    At that time, I didn't -- never thought

10    about it.

11         Q    Had Mr. Powers ever represented you

12    personally?

13         A    No.

14         Q    He'd never done any legal work for you?

15         A    No.

16         Q    Hadn't represented you on any traffic

17    offenses or contracts or buying or selling a house

18    or anything?

19         A    Never.

20         Q    Have you ever paid him any money to be

21    your lawyer?

22         A    To --
```

Sergio Zambrana                                          January 30, 2007
                        Washington, DC

```
 1        Q      Mr. Powers, have you ever --

 2        A      No.

 3        Q      -- paid Mr. Powers any money?

 4        A      No.  He was never my lawyer.

 5        Q      Did Mr. Powers ever tell you that he

 6   couldn't be your lawyer because he represented

 7   La Ruche?

 8        A      Later on, yes.

 9        Q      Had he told you prior to January of 2000

10   that he couldn't represent you?

11        A      We never discussed that matter.

12        Q      Did he ever advise you to get your own

13   lawyer?

14        A      Later on, yes.

15        Q      Prior to January of 2000, had he ever

16   advised you to get your own lawyer?

17        A      I never thought I'd need a lawyer in my

18   life.

19        Q      That wasn't my question.

20               My question was whether Mr. Powers ever

21   said to you, in words or in substance,

22   Mr. Zambrana, I'm the lawyer for La Ruche; I can't
```

Sergio Zambrana                                              January 30, 2007
Washington, DC

Page 42

1    represent you, you need to get your own lawyer?

2              Not those exact words.

3        A    I don't recall.  I mean, I don't

4    remember.  I'm not going to speculate.

5        Q    You can't remember one way or the other?

6        A    Not at this time.

7        Q    Now, when you were sitting at this table

8    on January 20th writing this check, was there any

9    kind of written document that was prepared that

10   showed what you were to get for the $25,000?

11       A    We never had any written document.

12       Q    Okay.  Did you make any notes?

13       A    I never make notes.

14       Q    Okay.  So there's -- you don't have a

15   napkin, or an envelope, or a single sheet of

16   paper, or something in your checkbook on the back

17   of a deposit slip that memorializes, says what

18   you're to get for the $25,000?

19       A    I was dealing with a person who I

20   thought was close as my family.  And I don't write

21   things with my family.

22       Q    My question is, is there a single piece

Sergio Zambrana                                                          January 30, 2007
                              Washington, DC

Page 43

1    of paper that reflects what you were to get for

2    the $25,000?

3        A    No.

4        Q    No e-mails?

5        A    No.

6        Q    No handwritten documents?

7        A    I never do -- deal with any type of

8    things like that on this problem.

9        Q    And you didn't prepare a typewritten or

10   a computer-generated document of any kind?

11       A    We always talk by mouth, since I start

12   to work there.  I never had a contract as employee

13   of La Ruche.

14       Q    What percentage of CAI do you believe

15   that you purchased for the $25,000?

16       A    That's why I'm here.  I guess the judge

17   have to decide that.

18       Q    No, no.  I'm asking you.  I want to know

19   what you think you own.

20       A    I'm not an expert.

21       Q    Well, you're the one who wrote the

22   check, sir.

Sergio Zambrana                                                    January 30, 2007
                              Washington, DC

Page 44

1       A    I wrote a check as an investment to buy

2    a building, and a partner.

3       Q    But you have no understanding of what

4    percentage of CAI you were to get for that

5    $25,000?

6       A    Can you repeat the question?

7       Q    You don't have any understanding of what

8    percentage of CAI you were to get for that

9    $25,000?

10      A    Not right now.

11      Q    Have you had at any time an

12   understanding?

13      A    I guess it's very complicated.  That's

14   why we here.

15      Q    So the answer's no, you don't -- you've

16   never had an understanding of what you were to

17   get?

18      A    On CAI?

19      Q    Yes.

20      A    I supposed to be a partner.

21      Q    But you can't tell me how much -- what

22   percentage of CAI you were to own?

Sergio Zambrana                                                    January 30, 2007
                        Washington, DC

Page 45

```
 1        A     That's why we're in this dispute.

 2        Q     Okay.  Is it correct, sir, that you

 3   cannot, as you sit here today, tell me what

 4   percentage of CAI you claim to own?

 5        A     I can tell you at least 10 percent.

 6        Q     Of CAI?

 7        A     Yes.

 8        Q     And what's the basis for that, sir?

 9        A     My $25,000 investment.

10        Q     And how did you calculate the 10

11   percent?

12        A     I didn't calculate.

13        Q     Now, you were present at Mr. Powers'

14   deposition, right?

15        A     Yes.

16        Q     And have you read that deposition?

17        A     No.

18        Q     Did you attend a meeting after the

19   closing, in February or March, that was held at

20   the building, in which you and Mr. Powers and

21   Mr. Cauderlier were present?

22        A     We have many meetings that time.
```

Page 46

1        Q      Well, Mr. Powers testified that the

2    three of you met in the shell of the building?

3        A      We meet many times.

4        Q      And that you asked at that meeting, that

5    he described, what you got for your $25,000.

6               Do you recall that testimony?

7        A      No.  Can I read it, please?

8        Q      The testimony?

9        A      Yes.

10       Q      No, I'm just going to ask do you recall

11   the testimony?

12       A      Can you repeat what he said?

13       Q      Sure.  Mr. Powers testified --

14       A      Okay.

15       Q      -- that there was a meeting in February

16   or March of 2000, after the closing.  And at that

17   meeting you asked:  What do I get for my $25,000?

18              Did that meeting occur?

19              And did you ask that question?

20       A      I don't recall at this time.  We had a

21   lot of meetings.

22       Q      Did you have a lot of meetings in which

Sergio Zambrana                                                      January 30, 2007
                          Washington, DC

Page 47

1    the issue of what you got for the 25,000 was

2    discussed?

3         A    Yes.

4         Q    Okay.  When was the first time you had a

5    meeting where the issue of what you were to get

6    for your $25,000 was discussed?

7         A    The same day of the closing.

8         Q    Before, or after?

9         A    After.

10        Q    So this is January 21st, after the

11   closing?

12        A    Yes.

13        Q    Okay.  I don't think I asked you.

14             Who did you give the check to, the

15   Exhibit 1?

16        A    Who handled the check?

17        Q    No.  You wrote the check --

18        A    Yeah.

19        Q    -- but when did you give it -- you gave

20   it to --

21        A    I put on the table.  And I guess

22   Jean-Claude took it.  I mean, he --