Page 54

```
 1   La Ruche?

 2        A    I didn't write a to purchase --

 3             OMR. HAMBERGER:  Answer this question.

 4   It's just a "yes" or "no" question.

 5             THE WITNESS:  No.

 6   BY MR. GREEN:

 7        Q    Did you ever write a check payable to

 8   CAI to become an owner of CAI?

 9        A    No.  All the monies were coming for

10   La Ruche.

11        Q    When your salary was reduced in 1995 or

12   1996, was that -- did you discuss that with

13   Mr. Cauderlier?

14        A    Of course.  I don't have any -- I'm not

15   going to take a cut just because.  He was cutting

16   my salaries for a reason.

17        Q    And what did Mr. Cauderlier say to you?

18        A    He -- I was becoming a part of La Ruche.

19        Q    Was that the only reason he was cutting

20   your salary?

21        A    Yeah.  I mean, we have a -- we had to

22   work harder.  People left, actually.  Two managers
```

Page 55

1  left. It was just me and him. We don't a -- most

2  of the staff left. They were leaving with the

3  other manager. It was a challenge.

4       Q    Did you receive shares at that time in

5  La Ruche?

6       A    I think I -- I mean, that's what I

7  thought. I thought, you know, he -- I receive

8  personally? I never received anything from

9  Jean-Claude until just 2004.

10      Q    Did you ask for shares?

11      A    No. We were partners. I mean, we

12 were -- I trust him hundred percent.

13      Q    Are there any documents that reflect

14 what percentage of La Ruche you were to own after

15 this reduction in salary?

16      A    I guess the 10 dollar -- I guess the --

17 yeah, the certificate of ten shares that I have.

18      Q    Is there any document --

19      A    Yes, the number nine certificate for ten

20 shares.

21      Q    And when was that issued to you, sir?

22      A    I don't know when he was issued.

Page 56

1   He's -- was in charge of all the papers.

2       Q    Were those shares issued to you -- well,
3   I'll ask that question in a different way.  I'd
4   like to go back to this meeting that Mr. Powers
5   described.

6            Did you, sometime in the first half,
7   first quarter of 2000, ask Mr. Cauderlier for a
8   percentage ownership of CAI?

9       A    Yes.

10      Q    You did?

11      A    I mean, that was the understanding.

12      Q    And did he agree to give it to you?

13      A    Yes.

14      Q    On how many different occasions did this
15  subject come up?

16           MR. HAMBERGER:  Can we clarify the
17  timeframe, please?

18  BY MR. GREEN:

19      Q    Yes.  First quarter of 2000.

20           MR. HAMBERGER:  He's talking about --

21  BY MR. GREEN:

22      Q    After the closing, sir, did you ask

Sergio Zambrana

Washington, DC

January 30, 2007

Page 57

1  Mr. Cauderlier for a percentage of CAI?

2      A    Not for percentage.

3      Q    Did you ask him for shares?

4      A    I know I was getting shares in La Ruche.
5  And, you know, I was getting shares from
6  everywhere buying. CAI was our retirement plan
7  for both of us. That's the idea.

8      Q    Well, that's not responsive. And I move
9  to strike that.

10          My question is did you ask him for
11 shares in CAI?

12     A    I know -- yes. I mean, we -- I supposed
13 to get shares in CAI.

14     Q    You asked Mr. Cauderlier for shares?

15     A    Yeah.

16     Q    Did he give them to you?

17     A    I thought.

18     Q    In the first quarter of 2000?

19     A    I never receive anything that day, the
20 first quarter of 2000, either received from my
21 check or for my past ownership of La Ruche. Never
22 produced any documents until 2004.

Sergio Zambrana
Washington, DC
January 30, 2007

Page 58

```
 1     Q    Did Mr. Cauderlier ever refuse?
 2          Did he ever say no, I'm not selling you
 3   CAI or any portion of CAI shares?
 4     A    I discovered that on the letter he
 5   commit to purchase the building, when he denied
 6   that I own -- I don't own CAI.  2004, first time.
 7     Q    So that's your testimony, that the first
 8   time that you became aware that you didn't own any
 9   part of CAI was sometime in 2004?
10     A    That I did not own?
11     Q    Yes.
12     A    Or that he denied?
13     Q    Your testimony is that you first learned
14   that Mr. Cauderlier denied that you were a
15   co-owner in CAI sometime in 2004; is that correct?
16     A    Yes.
17     Q    And that prior to that, whenever that
18   occurred, it was your belief that you were a
19   co-owner of CAI?
20     A    Yes.  That was our investment of
21   retirement for me and him.
22     Q    Now, did you fill out any of the forms
```

Sergio Zambrana                                           January 30, 2007
Washington, DC

Page 59

1    to purchase the land that CAI bought?
2        A    I never filled any forms or documents
3    for either La Ruche or CAI.
4        Q    Did you execute a guarantee, a personal
5    guarantee connected with the purchase?
6        A    I trust Jean-Claude hundred percent.
7        Q    Whether you trusted him or not, my
8    question is did you execute a guarantee as part of
9    the purchase by CAI of the land?
10       A    I don't understand the question.
11       Q    Okay.  Do you know what a guarantee is?
12       A    Yes.
13       Q    All right.  Did you sign a guarantee as
14   part of the purchase by CAI of the land?
15       A    Yes.  My $25,000 check.
16       Q    No, no.  No, sir.
17            I'm asking, did you execute --
18            MR. HAMBERGER:  Listen to the question.
19   BY MR. GREEN:
20       Q    -- a document?
21       A    A document?
22       Q    A document.  It's called a guarantee.

Sergio Zambrana
Washington, DC
January 30, 2007

Page 60

```
 1   And I'll represent to you a personal guarantee is
 2   a document that says that if the corporation
 3   doesn't meet its debts, that the individual is
 4   personally liable for the entire amount of the
 5   debt.
 6          Now, with that understanding, did you
 7   execute a personal guarantee for the purchase
 8   price of the land when CAI bought the land in
 9   January of 2000?
10      A   No.
11      Q   You were present at the closing,
12   correct?
13      A   Yes.
14      Q   Now, other than yourself, Mr. Cauderlier
15   was present?
16      A   Yes.
17      Q   Mr. Powers was present?
18      A   Yes.
19      Q   Who else was present?
20      A   The owner of the building.
21      Q   Who's that?
22      A   Mr. Mahesh Natthani.
```

1    Q    Anyone else?

2    A    Yeah, the lawyers and six -- six other

3    people probably.

4    Q    Somebody from the bank?

5    A    Yes. I mean, it was close -- a regular

6    closing. I didn't know these people.

7    Q    At the closing, did you say anything to

8    anyone from the bank that you were a co-owner of

9    CAI?

10   A    From the bank?

11   Q    Yes.

12   A    We barely talked to the people at the

13   bank.

14   Q    Did you say to any of the lawyers

15   present that you were a co-owner of CAI?

16   A    Jim introduced me to few people as a

17   co-owner of. Who they were, I don't remember who

18   they were.

19   Q    What did he say?

20   A    I was -- we were Jean-Claude, myself

21   Mr. Natthani, and Jamie were taking pictures.

22   Jean-Claude brought a camera to take pictures.

Sergio Zambrana

Washington, DC

January 30, 2007

Page 62

1  And when he was introducing these other people

2  that were at the signing, he introducing me.  And

3  Jean-Claude said owner and a co-owner to me.

4      Q    Of what?

5      A    For the purchase of the -- at the

6  closing at that day.

7      Q    So Mr. Cauderlier said to the people at

8  the closing that you were a co-owner of CAI?

9      A    Mister who?

10     Q    Mr. Cauderlier said to others at the

11 closing that you were a co-owner of CAI?

12     A    That day I don't think either

13 Jean-Claude or myself we spoke, I believe.

14          MR. HAMBERGER:  I believe his prior

15 testimony was that Mr. Powers said it.

16 BY MR. GREEN:

17     Q    So Mr. Cauderlier did not tell anyone at

18 the closing that you were a co-owner of CAI?

19     A    I don't remember exactly.

20     Q    Did Mr. Powers tell anyone at the

21 closing that you were a co-owner of CAI?

22     A    He was introducing us to everybody

Sergio Zambrana                                                    January 30, 2007
                        Washington, DC

Page 63

1   around there, I mean -- because Jean-Claude and

2   myself, we were very -- we never been in a closing

3   like this before that, that magnitude.

4        Q    Had you looked at the closing documents

5   prior to the closing?  Had you reviewed them?

6        A    I left that, everything to Jean-Claude

7   to prepare, always.

8        Q    Prior to 2000, had Mr. Cauderlier

9   refused to give you shares in CAI?

10       A    Can you specify a date?

11       Q    At any time.

12            Had you demanded that you be given

13  shares in CAI and he said no?

14       A    No.

15       Q    So that Mr. Powers' testimony about what

16  happened at the meeting in February or March is

17  simply incorrect?

18            MR. HAMBERGER:  He stated he didn't

19  remember the testimony, so he can't answer that

20  question.

21            THE WITNESS:  I don't remember.

22  BY MR. GREEN:

Page 64

1     Q    Mr. Zambrana, what percentage of La

2    Ruche do you claim that you own in this case?

3     A    At least 10 percent.

4     Q    Do you own more than 10 percent?

5     A    Now that I'm doing the discovery of

6    documents, yes, I think I should.

7     Q    Okay. What percentage do you own?

8     A    I have to -- I think that's for the

9    judge to decide.

10    Q    Can you tell me what percentage that's

11   more than 10 percent you believe you own in

12   La Ruche?

13    A    I'm not an accountant. I can't -- I

14   don't know.

15         MR. HAMBERGER:  Just answer "yes" or

16   "no."

17         THE WITNESS:  No, I can't tell you.

18   BY MR. GREEN:

19    Q    Did you ever have any understanding with

20   Mr. Cauderlier that you would own more than 10

21   percent of the restaurant?

22    A    Yes.

Page 65

1     Q    What percentage was your agreement with
2  Mr. Cauderlier?
3     A    We never spoke about percentage with
4  Jean-Claude. The first time I found out he decide
5  to give me any percentage was when I received the
6  letter when we were going to -- he was trying to
7  sell the business to me very soon, when he was
8  trying to sell me the -- the La Ruche to me on
9  2004.
10    Q    So it's accurate that you believe you
11 own more than 10 percent of La Ruche, but you
12 cannot tell me how much?
13    A    Yes.
14    Q    And you can't tell me how you would
15 calculate what you own that's more than 10
16 percent?
17    A    I need an expert for that.
18    Q    Did Mr. Cauderlier ever offer to sell
19 you shares in La Ruche prior to August of 1999?
20    A    Yes. Become a partner of the business
21 in '96.
22    Q    And did he offer to sell you shares in

Sergio Zambrana

Washington, DC

January 30, 2007

Page 66

```
1    1996?
2        A    I assume if you become a partner, you
3    have to own shares.
4        Q    Well, I'm asking did he offer to sell
5    you shares --
6        A    We never --
7        Q    Let me just finish.
8             Did he say, for example, I would like to
9    sell you five shares of La Ruche in exchange for a
10   sum of money?  Did you have that conversation with
11   him?
12       A    We always talk about partnership.  We
13   never talk about shares.
14       Q    Okay.  Did he say I would like you to
15   become my partner, and it's going to cost you this
16   much amount of money?
17       A    So, sir, you're going to become my
18   partner.  You just -- for me to stay, not to leave
19   La Ruche and stay there.  Instead to -- he say
20   that he was very grateful with me, because I was a
21   hard worker, I was a loyal with him and a friend
22   on the bad times he had.  And also we decide that,
```

Page 67

1   you know, I'm going to cut my salary.

2           So for me that's -- and that's -- that

3   was the conversation. I mean, we never went to

4   details. I never saw any corporation books or

5   anything like that. I never thought about that.

6   I trust him hundred percent.

7       Q   Did Mr. Cauderlier offer you a

8   partnership or a partial ownership in La Ruche --

9       A   Yes.

10      Q   -- in exchange for a payment by you?

11      A   Yes.

12      Q   And how much were you to pay?

13      A   I -- you know, I -- for me, I -- I

14  assume it's, you know, I cut my salary starting

15  '96. I never had a raise. You know, I stay -- I

16  had a better investments. I mean, somebody

17  offered me to go with -- the other manager offered

18  me to go with her when this new restaurant opened.

19  And JC told me to stay with him. And that was an

20  exchange of. So that for me is value.

21      Q   And what were you to get for that value,

22  sir?

Page 68

1      A    A partnership. A partnership.

2      Q    How much?

3           MR. HAMBERGER: This has been asked and

4    answered. He's answered that he --

5           THE WITNESS: I guess it was a 10

6    percent of -- he give me on the certificate -- my

7    guess is that the certificate I have from La

8    Ruche. We never discussed percentage. When I saw

9    that document.

10   BY MR. GREEN:

11     Q    Did I understand you to say that after

12   1996 you never got a raise?

13     A    No. I said I a cut of my salary for

14   several years.

15     Q    How many years?

16     A    Think four.

17     Q    Sorry?

18     A    I think four.

19     Q    And did Mr. Cauderlier explain why your

20   salary was being cut for four years?

21     A    We had an agreement. I was becoming

22   partner, and putting something for my part. I'm

Page 69

```
 1   not leaving the company, I work -- you know, I'm
 2   staying with him.  I had this great opportunity to
 3   become an owner of a restaurant.
 4        Q    And where was this restaurant you were
 5   going to be an owner of?
 6        A    It's in Virginia.
 7        Q    What's the name of the restaurant?
 8        A    Montmartre.
 9        Q    I'm sorry?
10        A    Cafe Montmartre.
11        Q    And where is Virginia is the Cafe
12   Montmartre?
13        A    It's in Reston, Virginia, Lake Anne.
14        Q    And when did this restaurant open, sir?
15        A    They opened in -- I think they opened in
16   '97.  When they left, we didn't -- we didn't have
17   a contact with them.  Jean-Claude was very upset
18   with them, with everybody, so I didn't want to --
19   I didn't have a contact -- that much contact with
20   them anymore, not --
21        Q    Is the restaurant still in operation?
22        A    Yes.
```

Page 70

```
 1      Q    And is it owned by the same people?
 2      A    Yes.
 3      Q    And what was the offer that was made to
 4   you?
 5      A    To become partner.
 6      Q    To become a partner in the Montmartre?
 7      A    "Montmartre."
 8      Q    "Montmartre."  Excuse me.
 9           You were going to be an owner?
10      A    Yeah.  Part owner.
11      Q    I'm sorry?
12      A    A part owner with Ann Lee, who was the
13   manager of La Ruche.
14      Q    And how much money were you going to
15   have to invest in the Montmartre restaurant?
16      A    I didn't went into details because
17   Jean-Claude -- I talked to Jean-Claude.  He was
18   aware to always forward to tell the truth to
19   everybody.  And he offered me to stay at La Ruche.
20   So I never went forward with her.
21      Q    So you had an offer from Ann Lee to
22   become a co-owner of Montmartre, correct?
```

Page 71

```
1     A    We went together to look for the places.
2     Q    Right.  But you never had an agreement
3  with her about what you would get; is that true?
4     A    No, it's not true.
5     Q    Oh, so you had an agreement about what
6  percentage of the restaurant you would own?
7     A    Okay.  An agreement percentage, no, I
8  didn't have.
9     Q    Okay.  Did you have an agreement about
10 how much money you would have to invest, if any?
11    A    Yes.  We talk.  I don't remember how
12 much at that time.
13    Q    Well, about how much?
14    A    I don't remember.
15    Q    Well, was it more than --
16         OMR. HAMBERGER:  He said he doesn't
17 remember, sir.
18         MR. GREEN:  Well, I'm entitled to test
19 his memory.
20 BY MR. GREEN:
21    Q    Was it more than $10,000?
22    A    I didn't went forward to discuss that.
```

```
 1      Q    So it never -- the discussions never got
 2   far enough that you got to the money part?
 3      A    I told her if we want to keep going with
 4   the business, I would tell Jean-Claude that we go
 5   forward with that, and maybe he even would be
 6   interested.  That's what I tell her.
 7           Then we spoke with -- I spoke with
 8   Jean-Claude.  He get very upset and he fire her.
 9   I mean, I spoke with him.  And I told him the
10   truth, what she was planning.  And he get upset,
11   fire her.  And I -- you know, he start -- we
12   start -- we talk each other.  I mean, he was very
13   upset.  He had problems with ex-wife before.  He
14   had a lot of trouble in that time, so --
15      Q    Did you ever have a written agreement
16   with Ann Lee about your participation in this
17   restaurant?
18      A    We didn't went that far.
19      Q    And there was no agreement about money?
20      A    Well, some verbal.  I mean, we talk
21   about money, verbal agreements, but it didn't went
22   forward.
```

Sergio Zambrana  
Washington, DC  
January 30, 2007

Page 73

```
 1      Q    Well, what was the verbal agreement on
 2   the money?
 3      A    I don't remember the amount.
 4      Q    You can't tell me the amount?
 5      A    No.  I don't remember the amount.  I
 6   mean, it was -- unless Jean-Claude was aware of
 7   the things I --
 8      Q    No, no.  I just asked you can you tell
 9   me what the agreement was on the money?
10      A    No.  I don't remember right now.
11      Q    Was there even an agreement on the
12   money?
13      A    No.  I mean, the agreement in -- I
14   mean -- no.
15      Q    Who else was going to be a partner,
16   other than you and Ann Lee?
17      A    I didn't went through that part any more
18   because I decide to stay at La Ruche.  I don't
19   know what she did.
20      Q    Did you receive any written documents
21   from Ann Lee, or was this just a conversation?
22      A    That was starting of the conversation,
```