Sergio Zambrana

Washington, DC

January 30, 2007

1    yeah.

2        Q    So she said I'm leaving, I'm going to

3    start a restaurant in Reston, I'd like you to

4    participate?

5        A    No.  We went together.  She took me a

6    place she find.  And she wanted to know what I

7    think, and if we can do business.  I say, yes, we

8    can do -- we can -- should talk to Jean-Claude.

9    Maybe he's also interested.  She say you cannot

10   tell him.  I say if you don't tell him, I said I

11   don't work like that way.

12       Q    Is it accurate, Mr. Zambrana, that there

13   is no document that describes your receipt of

14   shares based on -- the shares in La Ruche -- based

15   on your decision to stay at La Ruche rather than

16   join Ms. Lee in 1996 or 1997?

17           MR. HAMBERGER:  Would you restate that?

18   I didn't understand it.

19           MR. GREEN:  Sure.

20   BY MR. GREEN:

21       Q    Is there an agreement, is there a

22   document that reflects the fact that you were

Sergio Zambrana                                                                January 30, 2007
Washington, DC

Page 75

 1    going to get shares in La Ruche if you stayed at

 2    La Ruche, rather than joining Ms. Lee at

 3    Montmartre in 1997?

 4         A    Yes.

 5         Q    What?  What document's that?

 6         A    The number nine, ten shares.

 7         Q    Other than the stock certificate, is

 8    there a -- what I would describe as a contract or

 9    an agreement?

10         A    I think that that document is, and I

11    reduce my salary since '96 at that time.

12         Q    So the only documents that you can

13    identify are your -- the salary records from 1996

14    or '97 or '95, whenever it was; is that right?

15         A    '96.

16         Q    And was it 1996?

17         A    I think, yeah.  '96 is when we talk with

18    Jean-Claude and we tell him, you know, we was

19    leaving, we -- that's when I became a partner, he

20    told me I become a partner of this baby.  Baby,

21    baby, always been La Ruche.

22         Q    So he always referred to the restaurant

1    as a baby?  That's how he referred to it?

2        A    Yes.  And I think he also --

3    stepdaughter, too.

4        Q    Is there anything else that was going on

5    in 1996 around the restaurant?

6             Was there construction going on then?

7        A    The renovation you mean?

8        Q    Was there construction of other

9    buildings in the area around the restaurant?

10       A    '96?  I don't recall at this time.

11       Q    Was there ever a period when there was

12   construction in the area where the restaurant is

13   located?

14       A    Well, the big construction I remember is

15   when they did the Ritz Carlton.

16       Q    And when was that?

17       A    I don't know.  I'd have to look at my

18   papers.  At the top of -- I'm not going to --

19   can't give you a specific --

20       Q    What papers would you look at,

21   Mr. Zambrana?

22       A    I mean, you know, it's a -- I have to

Sergio Zambrana                                                    January 30, 2007
                              Washington, DC

```
 1    for ten shares to Sergio Zambrana.  In January

 2    2000, certificate #9 for ten shares was issued to

 3    Sergio Zambrana but was never received by

 4    Mr. Zambrana and is lost.  Therefore, the

 5    president is authorized to issue certificate #10

 6    to Mr. Zambrana for ten shares.

 7              Do you see that?

 8       A    Yes.

 9       Q    Okay.  Was certificate number nine for

10    ten shares issued to you in January of 2000?

11       A    That's what this document says.

12       Q    I understand.  I'm asking you the

13    question.

14       A    No.

15       Q    Do you remember --

16       A    I don't know.

17       Q    Did you ever receive certificate number

18    nine for ten shares?

19       A    No.

20       Q    So Exhibit 3 is certificate number ten

21    for ten shares; is that correct?

22       A    Yes.
```

Sergio Zambrana                                                  January 30, 2007
Washington, DC

Page 80

1        Q     Were these ten shares that were the same

2     ten shares as Exhibit 9, were they issued to you

3     for your $25,000 check, Exhibit Number 1?

4        A     No.

5        Q     They were not?

6        A     No.

7        Q     What were these shares issued to you

8     for?

9        A     For the -- I assume was for the

10    partnership of when he make -- when he make me a

11    partner in '96.

12       Q     So your testimony is that the ten shares

13    represented by certificate number ten are the

14    shares that you were entitled to based on your

15    staying with the restaurant in 1996 and not going

16    off with Ann Lee to start another restaurant; is

17    that correct?

18       A     That's what I -- I mean, that's what I

19    assume.

20       Q     Well, is that your position?

21             I'm not asking for your assumption; I'm

22    asking you if that's your understanding?

Sergio Zambrana                                              January 30, 2007
Washington, DC

Page 81

1      A    Yes.  I mean, yes.

2      Q    Do these ten shares -- were you entitled

3  to do any more shares than these ten shares for

4  staying with the restaurant in 1996, or was

5  this -- did you get what you were supposed to get

6  for staying with the restaurant in 1996?

7      A    I never get any document until this

8  date.

9      Q    Whether you got it or not, I'm asking

10  whether or not your -- when you received these ten

11  shares, you got what you were supposed to for

12  staying with the restaurant in 1996?

13     A    I don't understand your question.

14     Q    Okay.  Before we took the break, you

15  told me that in 1996 you had the opportunity to

16  leave and join Ann Lee --

17     A    Yes.

18     Q    -- as a partner?

19     A    Yes.

20     Q    And you didn't do that?

21     A    Yes.

22     Q    You took a pay cut?

Sergio Zambrana                                                                    January 30, 2007
Washington, DC

Page 82

1          A      Yes.

2          Q      And you stayed with La Ruche; and you

3     testified that you were going to be a partner,

4     right?

5          A      Yes.

6          Q      That's what you testified to.

7                 Have I said that -- is that summary

8     essentially what you said?

9          A      Could you repeat?

10          Q      Sure.   I'm not trying to -- I'm not

11     trying to misstate your testimony.

12                 But in 1996 you took a pay cut?

13          A      Yes.

14          Q      You had an opportunity to join Ann Lee

15     in a restaurant?

16          A      Yes.

17          Q      You chose not to do that; and you stayed

18     at La Ruche; and you testified that you believed

19     you were going to be a partner in La Ruche?

20          A      Jean-Claude offer me a partnership.

21          Q      Right.   And you were believed you were

22     going --

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 83

```
 1        A     Yes.

 2        Q      -- to be a partner?

 3              And my question, and you just testified,

 4     is that these ten shares were not for the $25,000

 5     check that you wrote in January of 2000; but these

 6     ten shares were the shares that you were entitled

 7     to for staying with the restaurant in 1996; is

 8     that correct?

 9        A     No.

10        Q     It's not correct?

11        A     No.

12        Q     All right.  What --

13        A     I don't know what Jean-Claude was doing

14     with the certificates number nine or ten or what

15     he did with all the paperwork.  I never see any

16     paperwork, so I don't know what he did.  I cannot

17     testify of something.

18        Q     You and I are not communicating very

19     well, Mr. Zambrana.

20              Certificate number ten is the only

21     certificate for shares that you've ever received

22     in La Ruche; is that correct?
```

Sergio Zambrana                                                                January 30, 2007
Washington, DC

```
1      A    Yes.

2      Q    Your testimony is that whether or not

3  certificate nine was issued, you never got it?

4      A    I never got any document of La Ruche

5  period.

6           MR. HAMBERGER:  "Yes" or "no."

7  BY MR. GREEN:

8      Q    I'm not asking for --

9      A    I never got --

10     Q    -- a long explanation --

11     A    No.

12     Q    -- Mr. Zambrana.

13          I'm just trying to establish:  You never

14 got certificate number nine, correct?

15     A    No.

16          MR. HAMBERGER:  Yes.  That's correct.

17          THE WITNESS:  I mean, yes.  I mean,

18 yeah, I never got it, yes.

19 BY MR. GREEN:

20     Q    Did you receive certificate number nine,

21 Mr. Zambrana?

22     A    No.
```

Sergio Zambrana                                                January 30, 2007
                        Washington, DC

Page 85

1       Q     Thank you.

2             Certificate number ten is the only

3    certificate of shares in La Ruche stock that

4    you've ever received?

5       A     Yes.

6       Q     Are the ten shares in certificate number

7    ten the shares to which you were entitled because

8    you stayed with the restaurant in 1996 rather than

9    going off to start a new venture with Ann Lee?

10      A     I don't know.

11      Q     Why not?  Do you think you were entitled

12   to more?

13      A     Jean-Claude is the person who issued all

14   these things.  I never ask him for a papers.

15   That's the first time I saw a document, that you

16   show me.  And the other time, I came -- I went to

17   that meeting for a different reason.  And it was

18   supposed to be a meeting of shareholders.  I

19   didn't even have any advice of lawyers.  I never

20   had a lawyer at that time.  And they told me you

21   had to sign this paper.

22      Q     Well, did you have any understanding of

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 86

1    how many shares you were to get for staying with

2    the restaurant in 1996?

3            MR. HAMBERGER:  I believe he's testified

4    several times that he did not have an

5    understanding.

6    BY MR. GREEN:

7       Q    Okay.

8       A    I don't know.  Or I don't have an

9    understanding.

10      Q    When you got these shares in 2000 --

11   that's when you got them, right?

12      A    Yes.

13      Q    Certificate number ten?

14      A    Yes.

15      Q    All right.  Who gave them to you?

16      A    Jean-Claude's lawyer.

17      Q    Was Jean-Claude there?

18      A    Yes.

19      Q    Did you ask what they were for, why you

20   were getting them?

21      A    The lawyer told me this is the

22   replacement of certificate.  For me at that time,

Sergio Zambrana                                              January 30, 2007
Washington, DC

Page 87

1    the only thing I told was I need to get something

2    from now from this man because he change hundred

3    percent.  I didn't have any document.  And I feel

4    very nieve and stupid, that how come I never him

5    ask for papers.

6              MR. HAMBERGER:  Why don't you ask a

7    clarification question?  I believe you said 2000.

8    Did you mean 2000, or 2004?

9    BY MR. GREEN:

10       Q    Let me ask the question again, so the

11   record's clear.

12              When you received certificate number ten

13   in 2004, did you ask what the shares were for,

14   Mr. Zambrana?

15       A    No.  Either they told me.

16       Q    He had told you?

17       A    Either they told me.

18       Q    Okay.  And what did they tell you in

19   2004?

20       A    We had a meet -- I went there for a

21   meeting of a shareholder.

22       Q    Shareholders of La Ruche?

Sergio Zambrana                                              January 30, 2007
                        Washington, DC

Page 88

```
 1      A    Yes.

 2      Q    When was --

 3      A    That was the original of why I went

 4   there, not to receive a certificate.

 5      Q    Right.  Okay.  You went to a

 6   shareholders meeting?

 7      A    Yes.

 8      Q    And where was the meeting held?

 9      A    Jean-Claude's attorney.

10      Q    At his office?

11      A    Yes.

12      Q    And who was that attorney?

13      A    Rich or Rick.

14      Q    I'm sorry?

15      A    I think his name is Rick or Rich.

16      Q    Had you ever been to the office before?

17      A    Never.

18      Q    When you received certificate number ten

19   in 2004, did you believe that this was what you

20   were purchasing for $25,000 --

21      A    No.

22      Q    -- Exhibit Number 1?
```

Page 89

```
 1        A     No.

 2        Q     Okay.  So this is a replacement for

 3   certificate number nine, which you never received,

 4   correct?

 5        A     Yes.

 6        Q     Whether it was certificate number nine

 7   or certificate number ten, what did you understand

 8   those ten shares to represent?

 9        A     That was my partnership in La Ruche.

10        Q     Was that the entire partnership of La

11   Ruche?

12        A     No.  From '96.  I went there to fix the

13   papers starting '96.  I never saw any papers of

14   the company.

15        Q     But was this to take care of the shares

16   that you got beginning in 1996?

17        A     I assume.  I don't -- I --

18        Q     Were you entitled to any more than ten

19   shares for staying with the restaurant in 1996?

20        A     Sure.

21        Q     Why?

22              Did you have a discussion with
```

Sergio Zambrana                                                    January 30, 2007
                        Washington, DC

Page 90

```
 1    Mr. Cauderlier that you should get more than ten

 2    shares?

 3         A     No.

 4         Q     Did he agree to give you more than ten

 5    shares?

 6         A     We never agree about anything with

 7    shares, talking about shares.

 8         Q     Had you asked for more than ten shares?

 9         A     We never agree about -- we never

10    discussed with shares with Jean-Claude.

11         Q     Okay.  So in June of 2004, you took

12    these shares believing that -- certificate number

13    ten -- that these were the shares that you were

14    entitled to for staying with the restaurant in

15    2006 and thereafter; is that correct?

16         A     No.

17         Q     Why did you take them then?

18         A     That was the only document for the first

19    time I saw in my hands.  And after I saw lawyers

20    and trying to make me sign things on the

21    meeting -- which I didn't sign it.  I didn't

22    agree.  And I didn't read this paper, I just want
```

1    to get some document in my hand to see that I have

2    something.  Things were changing completely.

3              I never had a -- that's why I decide to

4    hire an attorney for the first time.  I start to

5    lost my trust in Jean-Claude.

6         Q    Did you say to Jean-Claude, in June of

7    2004, what is this ten shares for?

8         A    No.

9         Q    Did you say to him it should be more?

10        A    I didn't discuss about him about this.

11        Q    Did you say that I'm entitled to 20

12   shares in La Ruche?

13        A    I didn't discuss about any papers or

14   what we sign with him that day.

15        Q    Did you say to him or to his lawyer

16   where are my shares in CAI, in June of 2004?

17        A    What I asked that lawyer that day is who

18   he was representing that day, Jean-Claude, JC, or

19   Cauderlier.  And he told me it's not my business.

20        Q    Did he say that he was your lawyer?

21        A    That's what he say.

22        Q    He said he represented --

Sergio Zambrana                                                     January 30, 2007
                          Washington, DC

Page 92

1       A    No, no.

2       Q    -- you?

3       A    No.  That's what he say when I ask him

4   who he was representing that day on the meeting,

5   Jean-Claude personally, CAI, or La Ruche.  And he

6   told me it's not my business.

7       Q    He did not say he that represented your

8   interest, correct?

9       A    I didn't ask that question.

10      Q    And he didn't -- whether you asked it or

11  not, he didn't say, Mr. Zambrana I'm your lawyer,

12  too?

13      A    I don't think he told me who his lawyer

14  was.  That's why I asked him who he was

15  representing.

16      Q    Mr. Zambrana, after you got these

17  shares, did you continue to work at La Ruche?

18      A    Yes.  That's my business.

19      Q    Did you have a conversation with

20  Mr. Cauderlier after June 23rd of 2004, in which

21  you said I got the ten shares, but that's not what

22  I'm entitled to?

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 93

```
 1      A    I don't think we converse anymore after

 2    that point.

 3      Q    You quit talking to him about the

 4    shares?

 5      A    I think we talk about -- we quit talking

 6    about anything related to La Ruche.  It was very

 7    basic.

 8      Q    After June of 2004, did you ask

 9    Mr. Cauderlier for shares in CAI?

10      A    After -- repeat the question.  After two

11    thousand --

12      Q    '4, uh-huh, June of 2004.

13      A    I stopped talking to him about any type

14    of business regarding to CAI or La Ruche to him.

15    And I decide to get a lawyer.

16      Q    Okay.  When did you hire a lawyer?

17      A    Around that time.  Mr. Kass.

18      Q    And Mr. Kass is a lawyer with

19    Mr. Hamberger's firm, correct?

20      A    Yes.

21      Q    In addition to your salary,

22    Mr. Zambrana, did you receive any bonuses when you
```

Sergio Zambrana                                                      January 30, 2007
                          Washington, DC

Page 94

1    were at La Ruche?

2         A    Yes.  I think some, some years.

3         Q    Okay.  Did you receive a bonus every

4    year?

5         A    Not every year.

6         Q    How much were the bonuses?

7         A    I don't recall.  I remember when I

8    received $20,000.  I'm not sure what year.  I have

9    to look at my -- my documents.

10        Q    Was that the largest bonus you received?

11        A    Yes.

12        Q    Were there any years in which you did

13   not receive a bonus?

14        A    Yes.

15        Q    Between 1996 and 2005, did you receive a

16   bonus in each year?

17        A    No.

18        Q    In which years did you not receive a

19   bonus?

20        A    I don't recall.  Many years we didn't

21   receive bonuses.  Restaurant was going down the

22   drain.  Second wife took a lot of money from

Page 95

1    La Ruche, with drug problems.

2        Q    Excuse me.  I didn't hear your answer.

3        A    On the '80s, we have a lot of problems,

4    '90s, I mean, with mis -- mishandling of money.

5    La Ruche was going -- was in a difficult times.

6    And so I don't think that -- I was trying to --

7        Q    No, you said something about drug

8    problems, Mr. Zambrana.  And I did not hear what

9    you said.  I want you to tell me what you meant.

10            Are you accusing Mr. Cauderlier of

11    having a drug problem?

12            MR. HAMBERGER:  Let him answer your

13    question, sir.

14            THE WITNESS:  I'm saying -- I said when

15    second wife of Jean-Claude have some drug

16    problems, and she was the accountant of La Ruche,

17    we have a difficult in La Ruche economically.  So

18    I don't believe at that time I receive any bonus,

19    because the restaurant was almost going out of

20    business.

21    BY MR. GREEN:

22        Q    Are you accusing Mr. Cauderlier of

Sergio Zambrana                                                      January 30, 2007
                          Washington, DC

Page 96

1    having a drug problem, sir?

2          A     No.

3                MR. HAMBERGER:  He didn't mention --

4                THE WITNESS:  No.

5                MR. HAMBERGER:  -- Mr. Cauderlier, sir.

6                THE WITNESS:  I said the wife, sir,

7    second wife.

8    BY MR. GREEN:

9          Q     And what is her name?

10         A     Her name was Cindy Nelms.

11         Q     How do you spell her last name?

12         A     I believe N-E-L-M-S.

13               MR. GREEN:  4, please.

14                         (Deposition Exhibit No. 4

15                          marked for identification.)

16   BY MR. GREEN:

17         Q     Mr. Zambrana, do you recognize Exhibit 4

18   as an affidavit that you signed in September of

19   2005?

20         A     (Witness examined document).  Yeah.

21   Yes.

22         Q     Now, did you draft this affidavit

Sergio Zambrana                                         January 30, 2007
                        Washington, DC

Page 97

1    yourself personally?

2         A    No.

3         Q    This was drafted by your lawyer?

4         A    Yes.

5         Q    Would you review the affidavit, please?

6              I have some questions I'd like to ask

7    you.

8         A    (Witness examined document).

9         Q    Have you finished looking at it?

10        A    Do you want me to read the whole thing

11   or --

12        Q    Yeah, I want you to read the whole

13   thing.

14             Did you read the entire document?

15        A    No.

16        Q    Please do.

17        A    Okay.

18             (Witness examined document).  Okay.

19        Q    Have you had a chance to read Exhibit 4,

20   Mr. Zambrana?

21        A    Yeah.  Yes.

22        Q    All right.  If you look at paragraph

Sergio Zambrana                                        January 30, 2007
Washington, DC

Page 98

1    four, you state, At all times it was understood

2    between Jean-Claude Cauderlier (J. Cauderlier) and

3    me that the $25,000 mentioned in paragraph two

4    above was to be earmarked for the purchase by CAI

5    of the real property and building located at 1035,

6    1037, 1039 31st Street Northwest, Washington, D.C.

7    20007 (the building).

8              Do you see that language?

9        A    Yeah.

10       Q    All right.  Now, I'd like you to tell me

11   about this understanding that you had with

12   Mr. Cauderlier about the $25,000 to purchase the

13   property.

14             When did you reach this understanding?

15       A    When they asked me how much money I

16   have.

17       Q    Who is "they"?

18       A    Jean-Claude and Jamie.  Jamie was always

19   in there.

20       Q    When did they ask you this?

21       A    Have to be probably -- I don't know, a

22   week maybe.  I have to get the money.

Sergio Zambrana                                                    January 30, 2007
Washington, DC

Page 99

```
 1        Q    A week?

 2        A    I'm not -- I don't remember the time,

 3   sir.

 4        Q    A week when?

 5        A    I say I don't remember exactly the time.

 6   Was prior to they ask me how much money I can put

 7   in the business.

 8        Q    Was this before the closing?

 9        A    No.  This is before I issued the check.

10        Q    Yes.

11        A    I had to --

12        Q    You wrote the check on the 20th, you

13   said?

14        A    Yes.

15        Q    And it's dated the 21st.

16             So they asked you a week or so --

17        A    Yeah.

18        Q    -- before?

19             And they said -- who said -- who asked

20   you how much money you could put into the

21   business?

22        A    I don't know if it's a week or days, no,
```

Page 100

```
 1    I don't -- I don't want to speculate.  It was

 2    before the night we meet they asked me how much

 3    money I can put.  That's why, for the business, to

 4    buy the building.  And that's why we meet that

 5    night.  And that's why I wrote the check.

 6         Q    Did they ask you how much you could put

 7    into the business, or how much you could put in to

 8    buy the building?  Which was it?

 9         A    My understanding in CAI was the same --

10    the reason CAI was there is to buy the building,

11    instead to be liability to La Ruche, if La Ruche

12    would buy the building.  That was the reason it

13    was created.

14         Q    CAI was created to buy the building and

15    the land, correct?

16         A    Yeah.  Because La Ruche -- in order to

17    keep out of liability for La Ruche.

18         Q    And who asked you how much money you

19    could put into the business?

20         A    JC.

21         Q    That's Mr. Cauderlier?

22         A    Jean-Claude --
```