# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGIO ZAMBRANA, )<br>)<br>Defendant/Third-Party )<br>Plaintiff )<br>)<br>v. )<br>)<br>JEAN CLAUDE CAUDERLIER )<br>)<br>And )<br>)<br>LA RUCHE, INC. )<br>)<br>Third-Party Defendants )<br>) | Civil Action No. 05-1653 (JMF) |

### PROPOSED ORDER

Upon consideration of briefing and oral argument, it is hereby **ORDERED and ADJUDGED** this ____ day of _____, 2007, that: (1) Cauderlier & Associates, Inc.'s Motion for Summary Judgment is hereby **GRANTED** and judgment shall be entered in favor of Cauderlier & Associates, Inc.; (2) judgment shall be entered in favor of Cauderlier & Associates, Inc. on the counterclaims brought by Sergio Zambrana; and (3) it is hereby **DECLARED** that Jean Claude Cauderlier is the sole shareholder and has 100 percent ownership of Cauderlier & Associates, Inc. and Sergio Zambrana has no ownership interest in Cauderlier & Associates, Inc.

**SO ORDERED.**

_____
John M. Facciola
United States District Magistrate Judge