## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion of Cauderlier & Associates, Inc. for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, and Exhibits were served by operation of the Court's electronic filing system upon all attorneys of record registered with the Court's ECF system, and a true and accurate copy of the foregoing instrument was forwarded by overnight delivery to those attorneys not registered with the Court's ECF system, this 16th day of May 2007, as indicated below, to:

Jeffrey M. Hamberger, Esq.
O'REILLY & MARK, PC
11200 Rockville Pike, Suite 301
N. Bethesda, Maryland 20852
jmh@oreillymark.com
(301) 231-6330

The recipient specified above was also sent a copy of the foregoing instrument by hand delivery this same day.

_____
James B. Boles