WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** For ____ Shares

Issued to ______________________

______________________

Dated ______________ 19 ___

SPECIMEN

From whom transferred

______________________

Dated ______________ 19 ___

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| | | |

Received Certificate No. ______

for ______________ Shares

on ______________ 19 ___

______________________

______________________

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 88 Shares

Issued to Bruce Levenson

Dated January 14 1982

From whom transferred

original

Dated

CANCELLED

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. ______

for ______ Shares

on ______ 19 __

CANCELLED

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 6 Shares

Issued to Bruce Levenson

Dated January 14 1982

From whom transferred

Dated ________ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. ______

for ______ Shares

on ______ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE ________ For 6 Shares

Issued to Randy Levenson

Dated January 14 19 82

From whom transferred

Dated ________ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| | | |

Received Certificate No. ________

for ________ Shares

on ________ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** [redacted] For 68 Shares

Issued to Bruce Levenson

Dated February 21 1987

From whom transferred

Dated CANCELLED 19 *

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 1 | 88 | 68 |

Received Certificate No. 1

for 88 Shares

on February 21 1987

Transferred to Certificate * 6 & 7

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** For 20 Shares

Issued to Jean-Claude Couderlier

ISSUED SUBJECT TO PLEDGE AGREEMENT

Dated February 21 1987

From whom transferred

Bruce Levenson

Dated 19

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 1 | 88 | 20 |

Received Certificate No. 1

for 88 Shares

on 2/21 1987

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 48 Shares

Issued to Bruce Lewman

Dated June 26 1987

From whom transferred

Dated 19

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. 4 for 68 Shares on June 26 1987

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 20 Shares

Issued to Jean Claude Gauderlier

Dated June 26 19 87

Bruce Levenson

Dated Feb 21 19 86

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| 4 | 68 | -20- |

Received Certificate No. 4 for 88 Shares on June 26 1987

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

Certificate No. [redacted] For 50 Shares

Issued to JC [illegible]

Dated ______ 19__

From whom transferred

Dated ______ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 2 6 | 48 | 6 |

Received Certificate No. ______

for ______ Shares

on ______ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 18 Shares

Issued to Sergio Zambrano

Dated ____ 19__

Dated ____ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

VOID (Cert)

Received Certificate No. ____

for ____ Shares

on ____ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

For 10 Shares

Issued to Sergio Zambrano

Dated June 23 2005

replacement for #9

Dated 19

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 9 | 10 | replacement |

Received Certificate No.

for Shares

on 19