IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>    **Plaintiff**<br><br>    v.<br><br>**SERGIO ZAMBRANA**<br><br>    **Defendant/Third-Party Plaintiff**<br><br>    v.<br><br>**JEAN CLAUDE CAUDERLIER and LA RUCHE, INC.**<br><br>    **Third-Party Defendants** | **Civil Action No. 05-1653 (JMF)** |

## ORDER

Upon consideration of Motion of Cauderlier & Associates, Inc. for Summary Judgment filed by plaintiff, and the Opposition filed thereto, it is this _____ day of _____, 2007, hereby

ORDERED that the Motion be, and hereby is DENIED; and it is further

ORDERED that defendant/third-party plaintiff, Sergio Zambrana, shall be awarded the sum of $_____, to cover his attorneys' fees and costs associated with his Opposition to the Motion.

_____
_____
Judge John M. Facciola

COPIES TO:

Robert L. Green, Jr., Esquire
James B. Boles, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Jeffrey M. Hamberger, Esquire
O'Reilly & Mark, P.C.
11200 Rockville Pike
Suite 301
N. Bethesda, MD 20852
jmh@oreillymark.com

H:\-JEFFREY-\My Files\7246 Zambrana\Order Denying Motion for Summary Judgment.wpd