UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.,**<br>      Plaintiff,<br><br>   v.<br><br>**SERGIO ZAMBRANA,**<br>      Defendant/Third-Party<br>      Plaintiff,<br><br>   v.<br><br>**JEAN CLAUDE CAUDERLIER** and<br>**LA RUCHE, INC.,**<br>      Third-Party Defendants. | Civil Action No. 05-1653 (JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Plaintiff's Motion for Summary Judgment [#57] is **GRANTED** in part and **DENIED** in part, as follows:

**GRANTED** as to Count I of Plaintiff's Complaint [#1] insofar as defendant has no contractual ownership of Cauderlier & Associates, Inc. or the property located at 1035-1039 31st Street, N.W, in Washington, D.C.;

**GRANTED** as to Counts I, II, and III of Defendant's Answer and Counterclaim [#9], which are hereby dismissed with prejudice; and

**DENIED** as to Count IV of Defendant's Answer and Counterclaim [#9].

It is further **ORDERED** that the parties submit memoranda of law on the following questions:

1.     Is Plaintiff entitled to a jury trial on his remaining counterclaim for unjust enrichment?

    2.    What is the proper measure of damages under District of Columbia law for unjust enrichment?

Plaintiff shall file its memoranda of law by January 14, 2008, and Defendants may reply thereto by January 28, 2008.

**SO ORDERED.**

Date:   December 28, 2007                       /s/
                                            JOHN M. FACCIOLA
                                            UNITED STATES MAGISTRATE JUDGE