IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>    **Plaintiff**<br><br>    v.<br><br>**SERGIO ZAMBRANA**<br><br>    **Defendant/Third-Party Plaintiff**<br><br>    v.<br><br>**JEAN CLAUDE CAUDERLIER and LA RUCHE, INC.**<br><br>    **Third-Party Defendants** | **Civil Action No. 05-1653 (JMF)** |

**MEMORANDUM OF SERGIO ZAMBRANA REGARDING THIS COURT'S ORDERS OF DECEMBER 28, 2007 AND FEBRUARY 6, 2008**

Defendant and third-party plaintiff, Sergio Zambrana, by and through counsel, hereby submits this Memorandum pursuant to the Court's Order of December 28, 2007, and the Court's Show Cause Order dated February 6, 2008.

Mr. Zambrana has considered the points raised in the Supplement Memorandum filed by Cauderlier & Associate ("CAI") on January 14, 2008, and concedes that (a) Mr. Zambrana is not entitled to a jury trial on his unjust enrichment claim, and (b) that his recovery on the unjust enrichment claim against CAI should be limited to $25,000, plus interest at the court's restitution rate.

Mr. Zambrana elected not to respond the CAI's Supplemental Memorandum earlier because he agrees with CAI's positions, and because his counsel interpreted the Court's use of

the term "may reply," in its order of December 28, 2007, to mean that a response was not mandatory.

Mr. Zambrana regrets putting the Court to the trouble of issuing a Show Cause Order in this regard.

WHEREFORE, Mr. Zambrana concedes that the Court should hold a bench trial on the issue of Mr. Zambrana's entitlement to damages for unjust enrichment from CAI, and that said damages should be limited to $25,000 plus interest, as argued by CAI.

                          Respectfully submitted,

                          O'REILLY & MARK, P.C.

Dated: February 6, 2008        By: *Jeffrey M. Hamberger*
                                      11200 Rockville Pike
                                      Suite 301
                                      N. Bethesda, MD 20852
                                      301-231-6330
                                      *jmh@oreillymark.com*
                                      Attorneys for Sergio Zambrana

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Memorandum of Sergio Zambrana Regarding this Court's Orders of December 28, 2007 and February 6, 2008 was filed electronically through the Court's ECF system, and was emailed, this 6th day of February, 2008, to:

>Robert L. Green, Jr., Esquire
>James B. Boles, Esquire
>HOWREY, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>*greenr@howrey.com*
>*bolesj@howrey.com*

>*Jeffrey M. Hamberger*
>Jeffrey M. Hamberger

\\Domain1\legal files\-JEFFREY-\My Files\7246 Zambrana\Memorand Regarding Court's Orders of 1.14.08 and 2.6.08.wpd