# EXHIBIT D

UNANIMOUS WRITTEN CONSENT IN LIEU
OF THE ORGANIZATIONAL MEETING
OF THE BOARD OF DIRECTORS OF
<u>CAUDERLIER & ASSOCIATES, INC.</u>

The undersigned, being all of the initial Directors of Cauderlier & Associates, Inc. (the "Corporation"), hereby adopt the following resolutions in lieu of the organizational meeting of the Board of Directors of the Corporation.

**RESOLVED:** That the Articles of Incorporation of the Corporation filed with the Department of Consumer and Regulatory Affairs for the District of Columbia and the Certificate of Incorporation issued by the District of Columbia government, which are attached hereto and incorporated by reference herein, are hereby approved and accepted.

**RESOLVED:** That the Bylaws attached hereto and incorporated by reference herein are hereby approved as the Bylaws of the Corporation.

**RESOLVED:** That the following persons are hereby elected as officers of the Corporation in their respective capacities set forth after their names. The term of office of each person is to be until the first Annual Meeting of the Board of Directors or until their respective successors shall be elected and qualified:

| | |
|---|---|
| Jean Claude Cauderlier | President/Treasurer |
| James A. Powers | Secretary |
| Sergio Zambrana | Vice President/Assistant Secretary |

**RESOLVED:** That the proper officers of the Corporation cause to be prepared appropriate books and records with respect to the capital stock of the Corporation, in which shall be recorded, among other things, the names and addresses of the shareholders and the number of shares held by each.

**RESOLVED:** That the Corporation issue Five Hundred (500) shares of common stock to Jean Claude Cauderlier upon payment by such share-holder in the amount of Sixty Thousand ($60,000.00) dollars. The stock so issued is intended to qualify as Section 1244 stock in accordance with Section 1244 of the Internal Revenue Code.

**RESOLVED:** That any and all actions taken or contracts entered into heretofore by any officer and/or Director for the Corporation, either as an officer and/or Director, as well as any and all actions taken or contracts entered into by said persons as individuals, acting for the Corporation, are hereby ratified, approved and confirmed by the Corporation, and all such contracts are adopted as though said individual had at such time full power

2

and authority to act for the Corporation and in the same manner as if each and every act had been done pursuant to the authorization of the Corporation.

**RESOLVED:** That the officers of the Corporation are authorized and directed to take all action necessary or appropriate to the organization of the Corporation and to carry out the foregoing resolutions.

**RESOLVED:** That the Corporation proceed to carry on the business for which it was incorporated.

**RESOLVED:** That the seal, an imprint of which is embossed on this page, be adopted as the seal of the Corporation.

**RESOLVED:** That the President of the Corporation be and hereby is authorized to enter into an agreement for the purchase of 1035-1039 31st Street, N.W., at a purchase price of $1,100,001.00.

**RESOLVED:** That the proper officers of the Corporation be and hereby are authorized to execute and file an election under Section 1362 of the Internal Revenue Code, to be treated as an "S corporation".

**RESOLVED:** RESOLVED, that First Union National Bank of Washington, D.C. (hereinafter termed the "Bank") is herewith designated as an authorized depository of this Corporation and

3

that one or more checking, savings, and/or other deposit accounts be opened and maintained with said Bank; that the present holders of the following offices and/or positions of this Corporation and his (their) successors in office or position, to wit:

President
_____

_____

is authorized on behalf of this Corporation, and in its name: To sign checks, drafts, instruments, bill of exchange, acceptances, and/or other orders for the payment of money from said corporate account(s); to endorse checks, instruments, bills, drafts, certificates of deposit, bonds, and/or other instruments, evidences of indebtedness and orders payable to, owned or held by this Corporation; to accept drafts acceptances, instruments and; or other evidences of indebtedness payable at or through said Bank; to waive presentment, demand, protest and notice of protest or dishonor of any check(s), instrument(s) drafts(s), acceptances, instruments other evidences of indebtedness made, drawn or endorsed by this Corporation; and otherwise to deal with said Bank in connection with the foregoing activities.

RESOLVED FURTHER, that the opening and maintaining of the above corporate accounts and all transactions in connection therewith shall be governed by the provisions of the agreements

4

contained on the Depositor's Agreement pertaining to such account(s), as amended from time to time by the Bank, and by such rules and regulations as the Bank shall, from time to time, promulgate and establish. This Corporation is also authorized to purchase Certificates of Deposit, bonds, notes and other such savings instruments from the Bank. Further, this Corporation is herewith authorized to obtain other related services from the Bank, such as the rental of Safe 'Deposit Boxes from the Bank, obtaining of "Night Depository" services, and the like. The rendering of such services by the Bank shall be governed by any night depository agreement(s), safe deposit box lease agreement(s), or any other agreements(s) contained on the Depositor's Agreement or signature cards pertaining to any such services offered to this Corporation by the Bank, as amended from time to time. Each of the above identified or described officers or representatives of this Corporation is herewith authorized to sign and execute such signature cards, applications and forms as the Bank shall deem appropriate, from time to time, in connection with the opening and maintaining of such account(s) and/or obtaining of such additional related services. Each is also authorized on behalf of this Corporation, and in its name to

execute applications for the insurance of any such savings instruments in the name of this Corporation.

Further, the foregoing authority shall not be limited to the above-identified or described officers or other representatives of this Corporation but shall extend to such additional or different individual(s) as are named as being so authorized in any letter, form or other written or oral notice by any officer or other representative of this Corporation identified or described above; and

RESOLVED FURTHER, that the Bank be and it hereby is authorized to honor, receive, certify or pay all checks, drafts and other evidences of indebtedness enumerated or described in the foregoing resolution bearing or purporting to bear the facsimile signature of any person or persons authorized to sign, when the signatures resemble the facsimile signature designated regardless of who affixed the actual or purported facsimile signature thereon, or by what means the facsimile signature thereon may have been affixed thereto, if such facsimile signature resembles the facsimile specimen from time to time filed with the Bank; and

RESOLVED FURTHER, that the Bank be and it hereby is authorized to honor, receive, certify, or pay all of the

6

instruments or evidences of indebtedness, checks, drafts, and other items enumerated or described in the foregoing resolutions, even though drawn or indorsed to bearer or to the order, individually or any corporate officer or employee signing the same or tendered by him for cashing, or in payment of the individual obligation(s) of such officer or employee, or for deposit to his personal account; and said Bank shall not be expected, required or under any obligation to inquire as to the circumstances of the issuance or use of any document or item signed or indorsed in accordance with the foregoing resolutions, or the application or disposition of such document(s) or item(s) or the proceeds thereof; and

RESOLVED FURTHER, that the Secretary or Assistant Secretary of this Corporation shall furnish said Bank a certified copy of these resolutions, and said Bank is hereby authorized to deal with the above named or described persons, officers, representatives and/or employees under the authority of these Resolutions unless and until it shall be expressly notified in writing to the contrary by this Corporation; and

RESOLVED FURTHER, that the Secretary or Assistant Secretary of this Corporation shall, from time to time hereafter, as changes in the personnel of said offices, positions, officers,

7

representatives and/or employees of this corporation named or described in the foregoing resolutions are made, immediately certify such changes to said Bank. Said Bank shall be fully protected in relying upon such certifications of the Secretary or Assistant Secretary, and shall be indemnified and saved harmless from any claims, demands, expenses, losses and/or damages resulting from, or growing out of, honoring the signature of any officer(s) representatives() agent(s), or employee(s) so certified, or refusing to honor any signature not so certified which is not described or stated in the foregoing resolutions; and

RESOLVED FURTHER, that the Secretary or Assistant Secretary of this corporation is authorized and directed to certify to said Bank that the foregoing resolutions were duly adopted, and that the provisions thereof are in full conformity with the Articles of Incorporation, Charter and By-Laws of this Corporation; and

RESOLVED FURTHER, that all transactions by any officers, representatives, employees or agents of this Corporation, on its behalf and in its name with the Bank prior to delivery of a certified copy of the foregoing resolutions, are, in all respects, hereby ratified, confirmed and adopted, **nunc pro tunc.**

RESOLVED FURTHER, this Corporation certifies to the Bank that should the Corporation open or covert an existing account to an interest-bearing account of any kind with the Bank, the Corporation is and shall be eligible under Regulation D of the Federal Reserve Board to maintain an account that earns interest.

Each Director, by signing this Unanimous Written consent, waives notice of the time, date, place and purpose of the Organizational Meeting of the Board of Directors and agrees to the transaction of business of such meeting by unanimous written consent by all of the Directors in lieu of such meeting.

**DIRECTORS:**

Dated:

August 19, 1999          _____
                         Jean Claude Cauderlier

August 19, 1999          _____
                         Charles Webb

August 19, 1999          _____
                         Sergio Zambrana

9

# EXHIBIT E

WRITTEN CONSENT IN LIEU OF AN ANNUAL MEETING

OF THE SHAREHOLDERS OF

CAUDERLIER & ASSOCIATES, INC.

In lieu of an Annual Meeting of the Shareholders of Cauderlier & Associates, Inc., a District of Columbia corporation (the "Corporation"), the Shareholders of the Corporation, in accordance with the provisions of Section 29-101.136 of the Business Corporation Act of the District of Columbia, adopts the following resolutions:

RESOLVED, That all actions taken by the Board of Directors of the Corporation during the past year, in the conduct of corporate affairs, be and hereby are approved, ratified and confirmed in all respects.

FURTHER RESOLVED, That the following person be and hereby is elected Director of the Corporation to hold his position until the next Annual Meeting of the Shareholder and until his successor is chosen and qualified or until his earliest resignation, removal from office, or death:

Jean Claude Cauderlier

Date:   As of August 24, 2000

Jean Claude Cauderlier

WRITTEN CONSENT IN LIEU OF AN ANNUAL MEETING

OF THE BOARD OF DIRECTORS OF

CAUDERLIER & ASSOCIATES, INC.

In lieu of an Annual Meeting of the Board of Directors of Cauderlier & Associates, Inc., a District of Columbia corporation (the "Corporation"), the Board of Directors of the Corporation, in accordance with the provisions of Section 29-101.136 of the Business Corporation Act of the District of Columbia, unanimously adopts the following resolutions:

RESOLVED, That all actions taken by the officers of the Corporation during the past year, in the conduct of corporate affairs, be and hereby are approved, ratified and confirmed in all respects.

FURTHER RESOLVED, That the following persons be and hereby are elected officers of the Corporation to hold there respective positions until the next Annual Meeting of the Directors and until their respective successors are chosen and qualified or until their earliest resignation, removal from office, or death:

| | |
|---|---|
| President/Treasurer | Jean Claude Cauderlier |
| Secretary | Jean Claude Cauderlier |
| Vice President | Jean Claude Cauderlier |

Date:   As of August 24, 2000

*Jean Claude Cauderlier* (signature)
Jean Claude Cauderlier

# EXHIBIT F



## Commercial Money Market Investment

01    2030000982662  072  130          0  32          6,531

CAUDERLIER & ASSOCIATES, INC.
1039 31ST STREET NW                         CB
WASHINGTON DC  20007

# Commercial Money Market Investment                8/25/1999 thru 8/31/1999

Account number:       2030000982662
Account holder(s):    CAUDERLIER & ASSOCIATES, INC.

Taxpayer ID Number:

## Account Summary

| | |
|---|---:|
| Opening balance 8/25 | $0.00 |
| Deposits and other credits | 60,000.00 + |
| Interest paid | 27.72 + |
| Closing balance 8/31 | $60,027.72 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 8/25 | 60,000.00 | DEPOSIT |
| 8/31 | 27.72 | INTEREST FROM 08/25/1999 THROUGH 08/31/1999 |
| **Total** | **$60,027.72** | |

## Interest

| | |
|---|---:|
| Number of days this statement period | 7 |
| Annual percentage yield earned | 2.85% |
| Interest earned this statement period | $27.72 |
| Interest paid this statement period | $27.72 |
| Interest paid this year | $27.72 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---:|---|---:|---|---:|
| 8/25 | 60,000.00 | 8/31 | 60,027.72 | | |



# Commercial Money Market Investment

02        2030000982662  072   130              0    32             6,532

---

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Checking, Investment & Loan Accounts | 1-800-398-3862 | FIRST UNION NATIONAL BANK |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | POST OFFICE BOX 13327 |
| | | ROANOKE VA 24040-7314 |
| 24 Hour Banking Card & Check Card Credit Card & Other Lines of Credit | 1-800-359-3862 | FIRST UNION CARD PRODUCTS POST OFFICE BOX 563966 CHARLOTTE NC 28256-3966 24 HOURS A DAY, 365 DAYS A YEAR |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-359-3862 or Write us at FIRST UNION CARD PRODUCTS, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

# EXHIBIT G

**OFFICIAL CHECK**



23-391
1020

**599063725**

0000202

11/19/1999

Pay To The Order Of   YES INC.                                $   $55,000.00

*FIFTY FIVE THOUSAND DOLLARS AND 00 CENTS*                   Dollars

**NON NEGOTIABLE**
Retain this copy. Serial No. required for any further inquiry.

**CUSTOMER COPY**

For   SECURITY DEPOSIT

Issued By Integrated Payment Systems Inc., Englewood, Colorado
KeyBank National Association, Denver, Colorado