```
 1      Q     Anyone else?
 2      A     Yeah, the lawyers and six -- six other
 3   people probably.
 4      Q     Somebody from the bank?
 5      A     Yes.  I mean, it was close -- a regular
 6   closing.  I didn't know these people.
 7      Q     At the closing, did you say anything to
 8   anyone from the bank that you were a co-owner of
 9   CAI?
10      A     From the bank?
11      Q     Yes.
12      A     We barely talked to the people at the
13   bank.
14      Q     Did you say to any of the lawyers
15   present that you were a co-owner of CAI?
16      A     Jim introduced me to few people as a
17   co-owner of.  Who they were, I don't remember who
18   they were.
19      Q     What did he say?
20      A     I was -- we were Jean-Claude, myself
21   Mr. Natthani, and Jamie were taking pictures.
22   Jean-Claude brought a camera to take pictures.
```

Sergio Zambrana                                                          January 30, 2007
Washington, DC

Page 62

1   And when he was introducing these other people

2   that were at the signing, he introducing me.  And

3   Jean-Claude said owner and a co-owner to me.

4        Q    Of what?

5        A    For the purchase of the -- at the

6   closing at that day.

7        Q    So Mr. Cauderlier said to the people at

8   the closing that you were a co-owner of CAI?

9        A    Mister who?

10       Q    Mr. Cauderlier said to others at the

11  closing that you were a co-owner of CAI?

12       A    That day I don't think either

13  Jean-Claude or myself we spoke, I believe.

14            MR. HAMBERGER:  I believe his prior

15  testimony was that Mr. Powers said it.

16  BY MR. GREEN:

17       Q    So Mr. Cauderlier did not tell anyone at

18  the closing that you were a co-owner of CAI?

19       A    I don't remember exactly.

20       Q    Did Mr. Powers tell anyone at the

21  closing that you were a co-owner of CAI?

22       A    He was introducing us to everybody

1  around there, I mean -- because Jean-Claude and
2  myself, we were very -- we never been in a closing
3  like this before that, that magnitude.
4      Q    Had you looked at the closing documents
5  prior to the closing?  Had you reviewed them?
6      A    I left that, everything to Jean-Claude
7  to prepare, always.
8      Q    Prior to 2000, had Mr. Cauderlier
9  refused to give you shares in CAI?
10     A    Can you specify a date?
11     Q    At any time.
12          Had you demanded that you be given
13 shares in CAI and he said no?
14     A    No.
15     Q    So that Mr. Powers' testimony about what
16 happened at the meeting in February or March is
17 simply incorrect?
18          MR. HAMBERGER:  He stated he didn't
19 remember the testimony, so he can't answer that
20 question.
21          THE WITNESS:  I don't remember.
22 BY MR. GREEN:

1    Q    Mr. Zambrana, what percentage of La
2    Ruche do you claim that you own in this case?
3    A    At least 10 percent.
4    Q    Do you own more than 10 percent?
5    A    Now that I'm doing the discovery of
6    documents, yes, I think I should.
7    Q    Okay.  What percentage do you own?
8    A    I have to -- I think that's for the
9    judge to decide.
10   Q    Can you tell me what percentage that's
11   more than 10 percent you believe you own in
12   La Ruche?
13   A    I'm not an accountant.  I can't -- I
14   don't know.
15        MR. HAMBERGER:  Just answer "yes" or
16   "no."
17        THE WITNESS:  No, I can't tell you.
18   BY MR. GREEN:
19   Q    Did you ever have any understanding with
20   Mr. Cauderlier that you would own more than 10
21   percent of the restaurant?
22   A    Yes.

1  Q   What percentage was your agreement with
2  Mr. Cauderlier?
3  A   We never spoke about percentage with
4  Jean-Claude. The first time I found out he decide
5  to give me any percentage was when I received the
6  letter when we were going to -- he was trying to
7  sell the business to me very soon, when he was
8  trying to sell me the -- the La Ruche to me on
9  2004.
10 Q   So it's accurate that you believe you
11 own more than 10 percent of La Ruche, but you
12 cannot tell me how much?
13 A   Yes.
14 Q   And you can't tell me how you would
15 calculate what you own that's more than 10
16 percent?
17 A   I need an expert for that.
18 Q   Did Mr. Cauderlier ever offer to sell
19 you shares in La Ruche prior to August of 1999?
20 A   Yes. Become a partner of the business
21 in '96.
22 Q   And did he offer to sell you shares in

1   1996?

2      A    I assume if you become a partner, you
3   have to own shares.

4      Q    Well, I'm asking did he offer to sell
5   you shares --

6      A    We never --

7      Q    Let me just finish.

8           Did he say, for example, I would like to
9   sell you five shares of La Ruche in exchange for a
10  sum of money?  Did you have that conversation with
11  him?

12     A    We always talk about partnership.  We
13  never talk about shares.

14     Q    Okay.  Did he say I would like you to
15  become my partner, and it's going to cost you this
16  much amount of money?

17     A    So, sir, you're going to become my
18  partner.  You just -- for me to stay, not to leave
19  La Ruche and stay there.  Instead to -- he say
20  that he was very grateful with me, because I was a
21  hard worker, I was a loyal with him and a friend
22  on the bad times he had.  And also we decide that,

1  you know, I'm going to cut my salary.
2          So for me that's -- and that's -- that
3  was the conversation. I mean, we never went to
4  details. I never saw any corporation books or
5  anything like that. I never thought about that.
6  I trust him hundred percent.
7      Q   Did Mr. Cauderlier offer you a
8  partnership or a partial ownership in La Ruche --
9      A   Yes.
10     Q   -- in exchange for a payment by you?
11     A   Yes.
12     Q   And how much were you to pay?
13     A   I -- you know, I -- for me, I -- I
14 assume it's, you know, I cut my salary starting
15 '96. I never had a raise. You know, I stay -- I
16 had a better investments. I mean, somebody
17 offered me to go with -- the other manager offered
18 me to go with her when this new restaurant opened.
19 And JC told me to stay with him. And that was an
20 exchange of. So that for me is value.
21     Q   And what were you to get for that value,
22 sir?

```
 1      A     A partnership.  A partnership.
 2      Q     How much?
 3            MR. HAMBERGER:  This has been asked and
 4   answered.  He's answered that he --
 5            THE WITNESS:  I guess it was a 10
 6   percent of -- he give me on the certificate -- my
 7   guess is that the certificate I have from La
 8   Ruche.  We never discussed percentage.  When I saw
 9   that document.
10   BY MR. GREEN:
11      Q     Did I understand you to say that after
12   1996 you never got a raise?
13      A     No.  I said I a cut of my salary for
14   several years.
15      Q     How many years?
16      A     Think four.
17      Q     Sorry?
18      A     I think four.
19      Q     And did Mr. Cauderlier explain why your
20   salary was being cut for four years?
21      A     We had an agreement.  I was becoming
22   partner, and putting something for my part.  I'm
```

```
 1   not leaving the company, I work -- you know, I'm
 2   staying with him.  I had this great opportunity to
 3   become an owner of a restaurant.
 4       Q    And where was this restaurant you were
 5   going to be an owner of?
 6       A    It's in Virginia.
 7       Q    What's the name of the restaurant?
 8       A    Montmartre.
 9       Q    I'm sorry?
10       A    Cafe Montmartre.
11       Q    And where is Virginia is the Cafe
12   Montmartre?
13       A    It's in Reston, Virginia, Lake Anne.
14       Q    And when did this restaurant open, sir?
15       A    They opened in -- I think they opened in
16   '97.  When they left, we didn't -- we didn't have
17   a contact with them.  Jean-Claude was very upset
18   with them, with everybody, so I didn't want to --
19   I didn't have a contact -- that much contact with
20   them anymore, not --
21       Q    Is the restaurant still in operation?
22       A    Yes.
```

```
 1     Q     And is it owned by the same people?
 2     A     Yes.
 3     Q     And what was the offer that was made to
 4  you?
 5     A     To become partner.
 6     Q     To become a partner in the Montmartre?
 7     A     "Montmartre."
 8     Q     "Montmartre."  Excuse me.
 9           You were going to be an owner?
10     A     Yeah.  Part owner.
11     Q     I'm sorry?
12     A     A part owner with Ann Lee, who was the
13  manager of La Ruche.
14     Q     And how much money were you going to
15  have to invest in the Montmartre restaurant?
16     A     I didn't went into details because
17  Jean-Claude -- I talked to Jean-Claude.  He was
18  aware to always forward to tell the truth to
19  everybody.  And he offered me to stay at La Ruche.
20  So I never went forward with her.
21     Q     So you had an offer from Ann Lee to
22  become a co-owner of Montmartre, correct?
```

```
1      A    We went together to look for the places.
2      Q    Right.  But you never had an agreement
3  with her about what you would get; is that true?
4      A    No, it's not true.
5      Q    Oh, so you had an agreement about what
6  percentage of the restaurant you would own?
7      A    Okay.  An agreement percentage, no, I
8  didn't have.
9      Q    Okay.  Did you have an agreement about
10 how much money you would have to invest, if any?
11     A    Yes.  We talk.  I don't remember how
12 much at that time.
13     Q    Well, about how much?
14     A    I don't remember.
15     Q    Well, was it more than --
16          OMR. HAMBERGER:  He said he doesn't
17 remember, sir.
18          MR. GREEN:  Well, I'm entitled to test
19 his memory.
20 BY MR. GREEN:
21     Q    Was it more than $10,000?
22     A    I didn't went forward to discuss that.
```

Page 72

1    Q    So it never -- the discussions never got
2  far enough that you got to the money part?
3    A    I told her if we want to keep going with
4  the business, I would tell Jean-Claude that we go
5  forward with that, and maybe he even would be
6  interested.  That's what I tell her.
7         Then we spoke with -- I spoke with
8  Jean-Claude.  He get very upset and he fire her.
9  I mean, I spoke with him.  And I told him the
10 truth, what she was planning.  And he get upset,
11 fire her.  And I -- you know, he start -- we
12 start -- we talk each other.  I mean, he was very
13 upset.  He had problems with ex-wife before.  He
14 had a lot of trouble in that time, so --
15    Q    Did you ever have a written agreement
16 with Ann Lee about your participation in this
17 restaurant?
18    A    We didn't went that far.
19    Q    And there was no agreement about money?
20    A    Well, some verbal.  I mean, we talk
21 about money, verbal agreements, but it didn't went
22 forward.

Page 73

```
 1        Q    Well, what was the verbal agreement on
 2   the money?
 3        A    I don't remember the amount.
 4        Q    You can't tell me the amount?
 5        A    No.  I don't remember the amount.  I
 6   mean, it was -- unless Jean-Claude was aware of
 7   the things I --
 8        Q    No, no.  I just asked you can you tell
 9   me what the agreement was on the money?
10        A    No.  I don't remember right now.
11        Q    Was there even an agreement on the
12   money?
13        A    No.  I mean, the agreement in -- I
14   mean -- no.
15        Q    Who else was going to be a partner,
16   other than you and Ann Lee?
17        A    I didn't went through that part any more
18   because I decide to stay at La Ruche.  I don't
19   know what she did.
20        Q    Did you receive any written documents
21   from Ann Lee, or was this just a conversation?
22        A    That was starting of the conversation,
```

Page 74

1   yeah.

2       Q   So she said I'm leaving, I'm going to

3   start a restaurant in Reston, I'd like you to

4   participate?

5       A   No.  We went together.  She took me a

6   place she find.  And she wanted to know what I

7   think, and if we can do business.  I say, yes, we

8   can do -- we can -- should talk to Jean-Claude.

9   Maybe he's also interested.  She say you cannot

10  tell him.  I say if you don't tell him, I said I

11  don't work like that way.

12      Q   Is it accurate, Mr. Zambrana, that there

13  is no document that describes your receipt of

14  shares based on -- the shares in La Ruche -- based

15  on your decision to stay at La Ruche rather than

16  join Ms. Lee in 1996 or 1997?

17          MR. HAMBERGER:  Would you restate that?

18  I didn't understand it.

19          MR. GREEN:  Sure.

20  BY MR. GREEN:

21      Q   Is there an agreement, is there a

22  document that reflects the fact that you were

1   going to get shares in La Ruche if you stayed at
2   La Ruche, rather than joining Ms. Lee at
3   Montmartre in 1997?
4       A    Yes.
5       Q    What? What document's that?
6       A    The number nine, ten shares.
7       Q    Other than the stock certificate, is
8   there a -- what I would describe as a contract or
9   an agreement?
10      A    I think that that document is, and I
11  reduce my salary since '96 at that time.
12      Q    So the only documents that you can
13  identify are your -- the salary records from 1996
14  or '97 or '95, whenever it was; is that right?
15      A    '96.
16      Q    And was it 1996?
17      A    I think, yeah. '96 is when we talk with
18  Jean-Claude and we tell him, you know, we was
19  leaving, we -- that's when I became a partner, he
20  told me I become a partner of this baby. Baby,
21  baby, always been La Ruche.
22      Q    So he always referred to the restaurant

Page 76

```
1    as a baby?  That's how he referred to it?
2         A    Yes.  And I think he also --
3    stepdaughter, too.
4         Q    Is there anything else that was going on
5    in 1996 around the restaurant?
6              Was there construction going on then?
7         A    The renovation you mean?
8         Q    Was there construction of other
9    buildings in the area around the restaurant?
10        A    '96?  I don't recall at this time.
11        Q    Was there ever a period when there was
12   construction in the area where the restaurant is
13   located?
14        A    Well, the big construction I remember is
15   when they did the Ritz Carlton.
16        Q    And when was that?
17        A    I don't know.  I'd have to look at my
18   papers.  At the top of -- I'm not going to --
19   can't give you a specific --
20        Q    What papers would you look at,
21   Mr. Zambrana?
22        A    I mean, you know, it's a -- I have to
```

Page 79

```
 1   for ten shares to Sergio Zambrana.  In January
 2   2000, certificate #9 for ten shares was issued to
 3   Sergio Zambrana but was never received by
 4   Mr. Zambrana and is lost.  Therefore, the
 5   president is authorized to issue certificate #10
 6   to Mr. Zambrana for ten shares.
 7           Do you see that?
 8      A    Yes.
 9      Q    Okay.  Was certificate number nine for
10   ten shares issued to you in January of 2000?
11      A    That's what this document says.
12      Q    I understand.  I'm asking you the
13   question.
14      A    No.
15      Q    Do you remember --
16      A    I don't know.
17      Q    Did you ever receive certificate number
18   nine for ten shares?
19      A    No.
20      Q    So Exhibit 3 is certificate number ten
21   for ten shares; is that correct?
22      A    Yes.
```

1    Q    Were these ten shares that were the same
2    ten shares as Exhibit 9, were they issued to you
3    for your $25,000 check, Exhibit Number 1?
4    A    No.
5    Q    They were not?
6    A    No.
7    Q    What were these shares issued to you
8    for?
9    A    For the -- I assume was for the
10   partnership of when he make -- when he make me a
11   partner in '96.
12   Q    So your testimony is that the ten shares
13   represented by certificate number ten are the
14   shares that you were entitled to based on your
15   staying with the restaurant in 1996 and not going
16   off with Ann Lee to start another restaurant; is
17   that correct?
18   A    That's what I -- I mean, that's what I
19   assume.
20   Q    Well, is that your position?
21        I'm not asking for your assumption; I'm
22   asking you if that's your understanding?

```
 1      A    Yes.  I mean, yes.
 2      Q    Do these ten shares -- were you entitled
 3 to do any more shares than these ten shares for
 4 staying with the restaurant in 1996, or was
 5 this -- did you get what you were supposed to get
 6 for staying with the restaurant in 1996?
 7      A    I never get any document until this
 8 date.
 9      Q    Whether you got it or not, I'm asking
10 whether or not your -- when you received these ten
11 shares, you got what you were supposed to for
12 staying with the restaurant in 1996?
13      A    I don't understand your question.
14      Q    Okay.  Before we took the break, you
15 told me that in 1996 you had the opportunity to
16 leave and join Ann Lee --
17      A    Yes.
18      Q    -- as a partner?
19      A    Yes.
20      Q    And you didn't do that?
21      A    Yes.
22      Q    You took a pay cut?
```

Page 82

1    A    Yes.

2    Q    And you stayed with La Ruche; and you

3    testified that you were going to be a partner,

4    right?

5    A    Yes.

6    Q    That's what you testified to.

7         Have I said that -- is that summary

8    essentially what you said?

9    A    Could you repeat?

10   Q    Sure. I'm not trying to -- I'm not

11   trying to misstate your testimony.

12        But in 1996 you took a pay cut?

13   A    Yes.

14   Q    You had an opportunity to join Ann Lee

15   in a restaurant?

16   A    Yes.

17   Q    You chose not to do that; and you stayed

18   at La Ruche; and you testified that you believed

19   you were going to be a partner in La Ruche?

20   A    Jean-Claude offer me a partnership.

21   Q    Right. And you were believed you were

22   going --