# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-1653 (JMF) |
| SERGIO ZAMBRANA, ) | |
| ) | |
| Defendant/Third-Party ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JEAN CLAUDE CAUDERLIER ) | |
| ) | |
| And ) | |
| ) | |
| LA RUCHE, INC. ) | |
| ) | |
| Third-Party Defendants ) | |
| ) | |

## PROPOSED ORDER

Upon consideration of briefing and oral argument, it is hereby **ORDERED and ADJUDGED** this ____ day of _____, 2008, that:

(1) the Motion of La Ruche, Inc. and Jean Claude Cauderlier for Summary Judgment is hereby **GRANTED** and judgment shall be entered in favor of La Ruche, Inc. and Jean Claude Cauderlier;

(2) the claims of Sergio Zambrana against La Ruche, Inc. and Jean Claude Cauderlier are hereby **DENIED**;

(3) Sergio Zambrana holds no ownership interest in La Ruche, Inc.;

(4) Sergio Zambrana's accounting, usurpation of corporate opportunity, constructive trust, "earn-in," and unjust enrichment claims have been extinguished by the District of Columbia's applicable statute of limitations;

(5) La Ruche, Inc. will return Sergio Zambrana's $25,000 plus interest calculated from January 21, 2000 at 6 percent per annum; and

(6) Sergio Zambrana will return Stock Certificate No. 10 to La Ruche, Inc.

**SO ORDERED**.

_____
John M. Facciola
United States District Court Magistrate Judge