**SHULMAN ROGERS GANDAL PORDY & ECKER, P.A.**

Lawrence A. Shulman
Donald R. Rogers
Larry N. Gandal
Karl L. Ecker†
David A. Pordy+
David D. Freishtat
Martin P. Schaffer
Christopher C. Roberts
Jeffrey A. Shane
Edward M. Hanson, Jr.
David M. Kochanski
James M. Kefauver
Rebecca Oshoway
Robert B. Canter
Daniel S. Krakower
Kevin P. Kennedy

Alan B. Sternstein
Nancy P. Regelin
Samuel M. Spiritos+
Martin Levine
Worthington H. Talcott, Jr.+
Fred S. Sommer
Morton A. Faller
Alan S. Tilles
James M. Hoffman
Michael V. Nakamura
Jay M. Eisenberg+
Douglas K. Hirsch
Ross D. Cooper
Glenn C. Etelson
Ashley Joel Gardner

Michael J. Froehlich
William C. Davis, III
Paul A. Bellegarde+
Kim Viti Fiorentino
Patrick M. Martyn
Karl J. Protil, Jr.+
Elizabeth A. White
Sandy David Baron
Christine M. Sorge
Sean P. Sherman+
Michael L. Kabik
Gregory D. Grant+
Jeffrey W. Rubin
Timothy Dugan+
Karl W. Means

Debra S. Friedman•
Simon M. Nadler
Fern J. Brodney
Matthew M. Moore+
Daniel H. Handman
Deborah L. Moran
Robert S. Tanner
Eric J. von Vorys
Michelle R. Curtis•
Gary I. Horowitz○
Jason M. Kerben
Mark S. Guberman
Cara A. Frye•
Sarit Keinan
Christopher A. Taggi+
Mary Park McLean•

*Of Counsel*
Leonard R. Goldstein
Richard P. Meyer○
Robert B. Ostrom•
William Robert King
Larry A. Gordon•
David E. Weisman
Lawrence Jay Eisenberg

*Maryland and D.C. except as noted:*
+ Virginia also
• Maryland only
○ D.C. only
† Retired

Writer's Direct Dial Number:
(301) 230-5243
jhoffman@srgpe.com

September 25, 2001

Mr. Jean-Claude Cauderlier
1039 31st Street, N.W.
Washington, D.C. 20007

Re:   La Ruche, Inc. (the "Corporation")
      Our File No. 045347.00002

Dear J.C.:

I have enclosed the necessary documents to reinstate the Charter of La Ruche, Inc., with the District of Columbia, Department of Consumer and Regulatory Affairs, ("DCRA"):

1. Two-Year Report for Foreign and Domestic Business Corporations, due April 15, 2001 (the "Report").

2. Two (2) copies of Application and Petition for Reinstatement of Articles of Incorporation for Profit Corporations (the "Application").

3. Two (2) copies of Statement of Change of Registered Office and Registered Agent by a Corporation (the "Statement").

Please review the information contained in all the documents. If the information is correct, please sign the Report where indicated, as the President of the Corporation. You must also sign in duplicate originals the Application and the Statement. Once all the enclosed documents are signed, please return them to me with a check made payable to the D.C. Treasurer in the amount of $450.00 in payment of the filing fees for the Report ($200.00), late fee penalty ($25.00), filing fees for the Application ($200.00) and filing fees for the Statement ($25.00). Upon receipt of the documents, we will file them with DCRA. Soon after we receive filing confirmation from DCRA, we will forward copies to you for your records.

Also enclosed is Consent in Lieu of a Meeting of the Board of Directors (the "Consent"). The Consent will ratify and confirm all actions taken by the officers and Directors since 1992, which is the date of the last record contained in the minute book. Please sign it where indicated, and return it to us for filing in the minute book. Beginning next year, each January you will receive from us


SHULMAN
ROGERS
GANDAL
PORDY &
ECKER, P.A.

Mr. Jean-Claude Cauderlier
September 25, 2001
Page 2

a letter forwarding the Annual Consents for your approval and signature. If January is inconvenient, please let me know and we can change it to a more convenient month in the year.

The Consent was drafted to reflect the ownership as we believe it currently exists. Please confirm that this information is correct. We understand that Messrs. Rudy and Bruce Levenson both transferred all of their stock to you and Mr. Zambrana, so that you own 90 shares and Mr. Zambrana owns 10 shares. However, the records do not reflect how this was accomplished and we can only speculate. We recommend that you cancel the existing certificates and issue new one, which we can do for you.

On a separate note, Jamie indicated that he will ask Mr. La Force to forward to us the corporate book and records of Cauderlier & Associates, Inc. ("C & A"). Perhaps you can follow-up with Mr. La Force to make certain he is sending the documents. When I called his number I received no answer or answering machine. I would like to review the records to determine current ownership of C & A and La Ruche.

If you have any questions, please feel free to call Jim or me.

Sincerely,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By:
James M. Hoffman

Enclosures
cc: Annie D. Schroyer, Legal Assistant
T: 10261



Government
of the
District of Columbia

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION
CORPORATION DIVISION
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

## APPLICATION AND PETITION FOR REINSTATEMENT OF ARTICLES OF INCORPORATION FOR PROFIT AND NON-PROFIT CORPORATIONS

**To:** The Department of Consumer and Regulatory Affairs Washington, D.C.

Pursuant to the provisions of Title 29, of the Code of Laws of the District of Columbia, the undersigned corporation hereby petitions and applies for a Certificate of Reinstatement of a proclaimed domestic corporation and hereby certifies as follows:

**FIRST:** The name of the corporation at the time of publication of the proclamation was La Ruche, Inc.

**SECOND:** The new name by which the corporation will hereafter be known is La Ruche, Inc.

**THIRD:** The Certificate of Incorporation was revoked on September 10, 2001, for failure to file any annual report for two consecutive years, next proceeding June 30, 2002.

**FOURTH:** The address (including street and number) of its registered office in the District of Columbia is CT Corporation System and the name of its registered agent in the District of Columbia at such address is: 1025 Vermont Avenue, N.W., Washington, D.C. 20005.

**FIFTH:** This application and petition is accompanied by all delinquent reports together with requisite filing fees, plus interest hereon and penalties required by the Code of Laws of the District of Columbia.

Date: September ____, 2001

Corporate Name La Ruche, Inc.                                      CORPORATE SEAL

By (Its President) _____
            Jean Claude Cauderlier

ATTEST: (Its Secretary) _____
            Jean Claude Cauderlier

**FEES DUE: (MAKE CHECK PAYABLE TO THE D.C. TREASURER)**

| **Business** | **Non-Profit** |
|---|---|
| Filing Fee ........$200.00 | Filing Fee ........$50.00 |
| Indexing Fee ... | Indexing Fee .... |
| Total ..............$200.00 | Total ..............$50.00 |

Government
of the
District of Columbia

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION
CORPORATION DIVISION
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

## APPLICATION AND PETITION FOR REINSTATEMENT OF
## ARTICLES OF INCORPORATION FOR PROFIT AND NON-PROFIT CORPORATIONS

**To:** The Department of Consumer and Regulatory Affairs Washington, D.C.

Pursuant to the provisions of Title 29, of the Code of Laws of the District of Columbia, the undersigned corporation hereby petitions and applies for a Certificate of Reinstatement of a proclaimed domestic corporation and hereby certifies as follows:

**FIRST:** The name of the corporation at the time of publication of the proclamation was La Ruche, Inc.

**SECOND:** The new name by which the corporation will hereafter be known is La Ruche, Inc.

**THIRD:** The Certificate of Incorporation was revoked on September 10, 2001, for failure to file any annual report for two consecutive years, next proceeding June 30, 2002.

**FOURTH:** The address (including street and number) of its registered office in the District of Columbia is CT Corporation System and the name of its registered agent in the District of Columbia at such address is: 1025 Vermont Avenue, N.W., Washington, D.C. 20005.

**FIFTH:** This application and petition is accompanied by all delinquent reports together with requisite filing fees, plus interest hereon and penalties required by the Code of Laws of the District of Columbia.

Date: September ____, 2001

Corporate Name <u>La Ruche, Inc.</u>                                          CORPORATE SEAL

By (Its President) _____
                   Jean Claude Cauderlier

ATTEST: (Its Secretary) _____
                        Jean Claude Cauderlier

**FEES DUE: (MAKE CHECK PAYABLE TO THE D.C. TREASURER)**

| Business | Non-Profit |
|---|---|
| Filing Fee ........$200.00 | Filing Fee ........$50.00 |
| Indexing Fee ... | Indexing Fee .... |
| **Total** ...............$200.00 | **Total** ...............$50.00 |

3239

BRA-25 (10/96)

★ ★ ★

GOVERNMENT OF THE DISTRICT OF COLUMBIA

File Number 742933

# TWO-YEAR REPORT FOR FOREIGN AND DOMESTIC BUSINESS CORPORATIONS

DUE April 15, 2001

FILING FEE $200.00
PENALTY 25.00
INTEREST
TOTAL $200.00

RETAIN A COPY FOR YOUR RECORDS
SEE REVERSE SIDE FOR FILING FEES, PENALTIES, ETC.
MAKE CHECK PAYABLE TO D.C. TREASURER
MAIL REPORT TO: DEPT. OF CONSUMER AND REGULATORY AFFAIRS,
BUSINESS REGULATION ADMINISTRATION, CORPORATIONS DIVISION
P.O. BOX 92300, WASHINGTON, D.C. 20090

Indicate if corporation is
X  Domestic Profit
___ Foreign Profit

1. Name of Corporation

   La Ruche, Inc.

4. Name of registered agent and address of registered office in the District of Columbia (Do not make change of agent or address on this form)

   Bruce Levenson
   1039 31st Street, N.W.
   Washington, D.C. 20007

2. Organized under the laws of (insert District of Columbia, State or Country)

   District of Columbia

5. Brief statement of business or affairs conducted in the District of Columbia

   Restaurant

3. If a foreign corporation, the address of its principal office in the state or Country where organized

6. If a domestic profit corporation, the address including street and number of principal office in the District of Columbia

   1039 31st Street, N.W., Washington, D.C. 20007

7. Name and address, including street and number of directors and officers

| | NAME | ADDRESS |
|---|---|---|
| Director | Jean Claude Cauderlier | 1200 N. Veitch, #1215, Arlington, Va. 22201 |
| Director | | |
| Director | | |
| President | Jean Claude Cauderlier | (Same as above) |
| Vice President | | |
| Secretary | Jean Claude Cauderlier | (Same as above) |
| Treasurer | Jean Claude Cauderlier | (Same as above) |

DOMESTIC PROFIT CORPORATION ANSWER ARTICLES 8 AND 9. (Foreign corporation disregard articles 8 and 9)

8. Aggregate number of shares corporation has authority to issue

9. Aggregate number of shares issued

| NO. OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE OR WITHOUT PAR | NO. OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE OR WITHOUT PAR |
|---|---|---|---|---|---|---|---|
| 100 | Common | | None | 100 | Common | | None |

FOREIGN PROFIT CORPORATIONS ANSWER ARTICLES 10 THRU 12 (Do not apply to domestic corporations)

10. Date organized

11. Term of existence authorized

    ___ Perpetual    Limited to _____ years

12. Is corporation in good standing in State in which organized?
    ___ Yes    ___ No

PROFESSIONAL CORPORATIONS SEE SPECIAL INSTRUCTIONS ON BACK

Date  September 21, 2001

[Corporate Seal]

By: _____ (signature)
    Jean Claude Cauderlier

Its   X  Pres.   ___ Vice Pres.   ___ Sec'y
      ___ Asst. Sec'y   ___ Treas.

FILED
By: _____

A fee of $50.00 will be charged for dishonored checks

★ ★ ★

Government
of the
District of Columbia

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION
CORPORATIONS DIVISION
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

[X] Domestic Company
[ ] Foreign Company

## STATEMENT OF CHANGE OF REGISTERED OFFICE
## AND REGISTERED AGENT BY A CORPORATION

1. The name of the corporation is:     La Ruche, Inc.

2. The address of the CURRENT registered office as shown in the records of the District of Columbia's Corporations Division is: (Please provide street address, city, state and zip code. The address must be in the District of Columbia.)

    1039 31st Street, N.W., Washington, D.C. 20007

3. The address of the NEW registered office is: (please provide street address, city, state and zip code. The address must be in the District of Columbia).

    1025 Vermont Avenue, N.W., Washington, D.C. 20005

4. The name of the CURRENT registered agent as shown in the records of the District of Columbia's Corporations Division is

    Bruce Levenson

5. The name of the NEW registered agent is

    CT Corporation System

Must attach a letter of consent from the new registered agent using the form supplied for this purpose by The District of Columbia's Corporations Division.

6. Following the changes shown above, the address of the registered office and the address of the registered agent will continue to be identical, as required by law.

7. Change was authorized by resolution duly adopted by Board of Directors or by officers of the corporation duly empowered to make such change.

_____
Jean Claude Caudelier, President

Attest: _____
Jean Claude Caudelier, Secretary

DATE: September ____, 2001

**MAIL DUPLICATE ORIGINALS (TWO MANUALLY SIGNED SETS) TO:**
Department of Consumer & Regulatory Affairs
Business Regulation Administration
Corporations Division
941 North Capitol Street, N.E.
Washington, D.C. 20002

**FEES DUE**
Filing Fee ....$25

**Make Check Payable to D.C. Treasurer**



**Government of the District of Columbia**

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION
CORPORATIONS DIVISION
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

[X] Domestic Company
[ ] Foreign Company

## STATEMENT OF CHANGE OF REGISTERED OFFICE AND REGISTERED AGENT BY A CORPORATION

1. The name of the corporation is:    La Ruche, Inc.

2. The address of the CURRENT registered office as shown in the records of the District of Columbia's Corporations Division is: (Please provide street address, city, state and zip code. The address must be in the District of Columbia.)

   1039 31st Street, N.W., Washington, D.C. 20007

3. The address of the NEW registered office is: (please provide street address, city, state and zip code. The address must be in the District of Columbia).

   1025 Vermont Avenue, N.W., Washington, D.C. 20005

4. The name of the CURRENT registered agent as shown in the records of the District of Columbia's Corporations Division is

   Bruce Levenson

5. The name of the NEW registered agent is

   CT Corporation System

Must attach a letter of consent from the new registered agent using the form supplied for this purpose by The District of Columbia's Corporations Division.

6. Following the changes shown above, the address of the registered office and the address of the registered agent will continue to be identical, as required by law.

7. Change was authorized by resolution duly adopted by Board of Directors or by officers of the corporation duly empowered to make such change.

_____
Jean Claude Caudelier, President

Attest: _____
        Jean Claude Caudelier, Secretary

DATE: September ____, 2001

**MAIL DUPLICATE ORIGINALS (TWO MANUALLY SIGNED SETS) TO:**
Department of Consumer & Regulatory Affairs
Business Regulation Administration
Corporations Division
941 North Capitol Street, N.E.
Washington, D.C. 20002

**FEES DUE**
Filing Fee ....$25

**Make Check Payable to D.C. Treasurer**