WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE No. ____ For ____ Shares

Issued to ____

Dated ____ 19__

SPECIMEN

From whom transferred

Dated ____ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. ____
for ____ Shares
on ____ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** [redacted] For 88 Shares

Issued to Bruce Levenson

Dated January 14 1982

From whom transferred

original

Dated CANCELLED

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| | | |

Received Certificate No. ______

for ______ Shares

on ______ 19 __

CANCELLED

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** For 6 Shares

Issued to Bruce Levenson

Dated January 14 1982

From whom transferred

Dated ______ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| | | |

Received Certificate No. ______

for ______ Shares

on ______ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 6 Shares

Issued to Randy Levenson

Dated January 14 19 82

From whom transferred

Dated ______ 19 __

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. ______

for ______ Shares

on ______ 19 __

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** [redacted] For 68 Shares

Issued to Bruce Levenson

Dated February 21 1987

From whom transferred

Dated CANCELLED 19 *

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 1 | 88 | 68 |

Received Certificate No. 1 for 88 Shares on February 21 1987

Transferred to Certificate * 6 & 7

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** For 20 Shares

Issued to Jean-Claude Couderlier

ISSUED SUBJECT TO PLEDGE AGREEMENT

Dated February 21 1987

From whom transferred

Bruce Levenson

Dated 19

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 1 | 88 | 20 |

Received Certificate No. 1

for 88 Shares

on 2/21 1987

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

**CERTIFICATE** [redacted] For 48 Shares

Issued to Bruce Lennon

Dated June 26 1987

From whom transferred

Dated 19

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. 4
for 68 Shares
on June 26 1987

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 20 Shares

Issued to Jean Claude Gouderlier

Dated June 26 1987

[illegible] transferred

Bruce Levenson

Dated Feb 21 1986

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 4 | 68 | -20- |

Received Certificate No. 4 for 88 Shares on June 26 1987

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

For 50 Shares

Issued to J C Culdertier

Dated ______ 19__

Dated ______ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 2 / 6 | 48 | 6 |

Received Certificate No. ______

for ______ Shares

on ______ 19__

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

CERTIFICATE [redacted] For 18 Shares

Issued to Sergio Zambrano

Dated ______ 19__

Received Certificate No. ______ for ______ Shares on ______ 19__

Dated ______ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Void (Cert)

WHERE REQUIRED PASTE REVENUE STAMPS ON REVERSE SIDE

Certificate [illegible] For 10 Shares

Issued to Sergio Zambrano

Dated June 23 2005

replacement for #9

Dated ______ 19__

| No. Original Certificate | No. of Original Shares | No. of Shares Transferred |
|---|---|---|
| 9 | 10 | replacement |

Received Certificate No. ______

for ______ Shares

on ______ 19__