IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.**<br><br>     **Plaintiff**<br><br>     v.<br><br>**SERGIO ZAMBRANA**<br><br>     **Defendant/Third-Party**<br>     **Plaintiff**<br><br>     v.<br><br>**JEAN CLAUDE CAUDERLIER and**<br>**LA RUCHE, INC.**<br><br>     **Third-Party Defendants** | **Civil Action No. 05-1653 (JMF)** |

## ORDER

Upon consideration of the Motion of La Ruche, Inc. and Jean Claude Cauderlier for Summary Judgment filed by third-party defendants, and the Opposition filed thereto, it is this

____ day of _____, 2008, hereby

ORDERED that the Motion be, and hereby is, DENIED; and it is further

ORDERED that defendant/third-party plaintiff, Sergio Zambrana, shall be awarded the sum of $_____, to cover his attorneys' fees, costs and expenses associated with his Opposition to the Motion.

_____

_____
Judge John M. Facciola

COPIES TO:

Robert L. Green, Jr., Esquire
James B. Boles, Esquire
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
greenr@howrey.com
clements@howrey.com

Jeffrey M. Hamberger, Esquire
O'Reilly & Mark, P.C.
11200 Rockville Pike
Suite 301
N. Bethesda, MD 20852
jmh@oreillymark.com

H:\-JEFFREY-\My Files\7246 Zambrana\Order Denying Motion of La R and JCC for Summary Judgment.wpd