UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.,**<br>　　　　Plaintiff,<br><br>　v.<br><br>**SERGIO ZAMBRANA,**<br>　　　　Defendant/Third-Party<br>　　　　Plaintiff,<br><br>　v.<br><br>**JEAN CLAUDE CAUDERLIER** and<br>**LA RUCHE, INC.,**<br>　　　　Third-Party Defendants. | Civil Action No. 05-1653 (JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Motion of La Ruche, Inc. and Jean Claude Cauderlier for Summary Judgment [#65] is **GRANTED** in part and **DENIED** in part, as follows:

**GRANTED** as to Counts I through IV and Counts VI through IX of defendant's Third-Party Complaint [#18]; and

**DENIED** as to Count V of defendant's Third-Party Complaint [#18].

**SO ORDERED.**

Date:   July 7, 2008                                    /s/
　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE