IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUDERLIER & ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1653 (JMF) |
| SERGIO ZAMBRANA, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| JEAN CLAUDE CAUDERLIER | ) |
| And | ) |
| LA RUCHE, INC. | ) |
| Third-Party Defendants. | ) |

### JOINT MOTION FOR ENTRY OF AN ORDER OF DISMISSAL

Cauderlier & Associates, Inc., Jean Claude Cauderlier, La Ruche, Inc. and Sergio Zambrana respectfully move that the Court enter an order dismissing all claims, counterclaims and cross claims with prejudice.

An agreed upon order is attached to this motion.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Jeffrey M. Hamberger | Robert L. Green, Jr. (D.C. Bar No. 935775) |
| (D.C. Bar No. 930362) | James B. Boles (D.C. Bar No. 471818) |
| O'REILLY & MARK P.C. | HOWREY LLP |
| 11200 Rockville Pike, Suite 301 | 1299 Pennsylvania Ave., N.W. |
| North Bethesda, Maryland 20852 | Washington, D.C. 20004 |
| (301) 231-6330 | (202) 783-0800 |
| jmh@oreillymark.com | greenr@howrey.com |
|  | bolesj@howrey.com |

Attorney for Sergio Zambrana

Attorneys for Cauderlier & Associates, Inc., La Ruche, Inc., and Jean Claude Cauderlier

Dated: August __, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAUDERLIER & ASSOCIATES, INC.,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 05-1653 (JMF) |
| **SERGIO ZAMBRANA,** | )<br>) |
| Defendant/Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| **JEAN CLAUDE CAUDERLIER** | )<br>) |
| And | )<br>) |
| **LA RUCHE, INC.** | )<br>) |
| Third-Party Defendants. | )<br>) |

## ORDER OF DISMISSAL

Upon the joint motion of the parties, it is hereby ORDERED:

1. This case is dismissed in its entirety.

2. The claims of Cauderlier & Associates, Inc. are dismissed with prejudice.

3. The counterclaims and cross claims of Sergio Zambrana are dismissed with prejudice.

4. Each party shall bear its own attorneys' fees, costs and expenses.

_____
John M. Facciola
United States District Court Magistrate Judge

August __, 2008

DM_US:21405076_1